**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., | Case No. 1:26-cv-5451 |
| *Plaintiffs*, | Judge: Hon. John J. Tharp Jr. |
| v. | |
| MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., | |
| *Defendants*. | |

**DECLARATION OF BONNIE LAU IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

I, Bonnie Lau, hereby declare as follows:

1. I am a partner at Wilson Sonsini Goodrich Rosati PC, counsel for Plaintiffs Zillow Group, Inc. and Zillow, Inc. ("Zillow" or "Plaintiffs") in this action.

2. I submit this Declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the matters set forth in this declaration and could and would testify competently to them.

3. Attached as Exhibit A is a true and correct copy of an April 14, 2025 article on Redfin.com titled "Buyers Should See All the Listings, Sellers Should Control How Their Listing Appears Online," available at https://www.redfin.com/news/buyers-should-see-all-the-listings-sellers-should-control-how-their-listing-appears-online/ (last accessed on May 13, 2026).

1

4.      Attached as Exhibit B is a true and correct copy of a February 26, 2026 article on Redfin.com titled "Redfin and Compass Partner to Expand Inventory and Seller Choice," available at https://www.redfin.com/news/redfin-policy-seller-choice/ (last accessed on May 13, 2026).

5.      Attached as Exhibit C is a true and correct copy of an April 25, 2026 social media post on Linkedin.com by Compass CEO Robert Reffkin, available at https://www.linkedin.com/posts/robertreffkin_thank-you-mred-activity-7453673506875076608-hKMt (last accessed on May 13, 2026).

6.      Attached as Exhibit D is a true and correct copy of MRED's 2026 Annual Report, available at https://www.mredllc.com/comms/resources/2026-little-book-of-mred.pdf (last accessed on May 13, 2026).

7.      Attached as Exhibit E is a true and correct copy of an email thread dated May 12 – May 15, 2026 between myself and counsel for Defendant Midwest Real Estate Data, LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of May, 2026.

/s/ Bonnie Lau
Bonnie Lau

2