# EXHIBIT D



# 2026
# ANNUAL REPORT

# a letter from
# MRED's CEO



## MRED COVERAGE AREAS IN



**VS**



**2015**

**2025**





**a letter from MRED's CEO**

### Growing Together in an Expanding Industry

Growth isn't luck. It's the quiet grind beneath the surface – roots twisting through rock before the leaves ever show. Over the past decade, MRED didn't just grow – we dug in.

Starting with listings in northern Illinois, we spent years laying foundation: creating a nationwide data distribution network, upgrading our systems, scaling our staff, and listening to customers who didn't even know they were heard yet. The roots have taken hold.

Listings not only touch the borders of every neighboring state, but we are also now officially in multiple states with the launch of Quad City Area REALTORS® in Iowa. Last year also included consolidation of Egyptian Board of REALTORS® in southern Illinois, and a data share with RMLS Alliance (Peoria area).

As our footprint grows, our commitment remains consistent: service-driven leadership, responsible stewardship of MLS data, reliable systems, and thoughtful innovation shaped by subscriber needs.

### Service That Supports Every Market

Service remains central to everything we do. Subscriber satisfaction continues to trend upward, marked by a key milestone this year: in July, MRED's Help Desk achieved a 100% satisfaction rating across more than 5,000 subscriber calls taken that month. Other customer satisfaction survey scores have also steadily increased over the decade.

### Staying Connected as We Grow

Direct subscriber input remains essential. Growth in our Preferred Unit Owner community strengthens our connection to the market. Fostering two-way communication along with continued use of focus groups, ensures that MRED's decisions are guided by real-world needs and everyday MLS use.

### Strengthening the Industry Together

MRED remains actively involved in advancing the broader real estate industry through MLS Grid, RESO, the Broker Public Portal, and the Council of Multiple Listing Services. As emerging technologies such as artificial intelligence shape the industry, we remain focused on responsible innovation that supports collaboration, data stewardship, and long-term industry health.

Thank you for your continued trust and partnership.

**Rebecca Jensen**

**President & CEO, MRED**



3

# MRED'S
# CORE VALUES





4





## SERVICE

We deliver excellent service to our brokerages, subscribers, and all end users. We embody the ideals of servant leadership.



## DATA CARETAKING

We provide secure access to the MLS system, and are steadfast guardians of MLS data use and distribution.



## RELIABILITY

We provide dependable systems to access and utilize the MLS. Our data is trustworthy, accurate, timely, and usable, all in an environment that prioritizes user choice.



## INNOVATION

We seek out and drive a culture of innovation throughout our organization. To better serve our brokerages and end users, we reach out for input, respond to feedback, and thrive through collaboration.

5

# MRED'S BOARD OF MANAGERS



# BOARD OF MANAGERS
## SERVING IN 2025 – 2026

**Note:** Terms listed are based on year elected, not filled vacancies.

## CATEGORY 1
### TOP TEN FIRMS

**FRAN BROUDE**
Compass
Chicago, IL
Third term ends in 2026

**JOHN MATTHEWS**
Baird & Warner
Oak Park, IL
Second term ends in 2027

**NICOLE MINIER**
Coldwell Banker Real Estate Group
**Plain**field, IL
First term ends in 2028

**AARON STARCK**
Berkshire Hathaway HomeServices Starck Real Estate
Palatine, IL
Second term ends in 2028

## CATEGORY 2
### THE NEXT 150 FIRMS

**TOMMY CHOI**
Keller Williams ONEChicago
Chicago, IL
Second term ends in 2026

**ROSE SCHLICKMAN**
Key Realty
Rockford, IL
Second term ends in 2027

**LUIGUI CORRAL**
**Vice Chair**
Re/Max American Dream
Round Lake Beach, IL
Second term ends in 2027

**MATT SILVER**
Corcoran Urban Real Estate
Chicago, IL
First term ends in 2028

**JOAN MARIE LOCASCIO**
Fulton Grace Realty
Chicago, IL
First term ends in 2028

## CATEGORY 3
### ALL OTHER FIRMS

**PRADEEP SHUKLA**
Treasurer
American Star Realty
Des Plaines, IL
First term ends in 2026

**CHRISTOPHER DE SANTO**
Secretary
Realty Executives Legacy Oak Brook, IL
Second term ends in 2026

**AL ROSSELL**
Jack Carpenter Organization
Oak Park, IL
Second term ends in 2027

**JEFF GREGORY**
Chair
Realty Executives Success Shorewood, IL Third term ends in 2028

## ASSOCIATION EXECUTIVE MANAGERS

**MICHELLE MILLS CLEMENT**
Chicago Association of REALTORS®
Chicago, IL | First term

**SHARON HALPERIN**
Oak Park Area Association of REALTORS®
Oak Park, IL | Second term

There are two association executive positions on MRED's board. Association executive managers serve one-year terms. There is no limit on the number of terms they can serve.

## STRATEGIC MANAGERS

**TOM HURDELBRINK**
Kirkland, WA | Sixth term
Term ends January 2027

**BRAD BALDWIN**
First Utah Bank
Salt Lake City, UT | Fourth term
Term ends January 2027



# BOARD OF MANAGERS
## STRUCTURE

MRED is rare among MLSs in that it is owned by brokers and associations.
There are 17 seats for MRED's Board of Managers, as detailed below.

| | | |
|---|---|---|
| Category 1 | Top 10 firms by annual transaction count | 4 seats (3-year term) |
| Category 2 | Next 150 firms by annual transaction count | 5 seats (3-year term) |
| Category 3 | All other firms by annual transaction count | 4 seats (3-year term) |
| Associations | *Ownership limited to MLSNI's associations | 1 seat (1-year term) |
| Associations | Association Executive with CSA Agreement | 1 seat (1-year term) |
| Strategic Managers | Appointed by MRED Board of Managers | 2 seats (1-year term) |

Categories are calculated on total closed transactions between July 1 – June 30.
*MLSNI (Multiple Listing Service of Northern Illinois) original owners include the Chicago Association of REALTORS®, Heartland REALTOR® Organization, Mainstreet REALTORS®, North Shore Barrington Association of REALTORS®, Oak Park Area Association of REALTORS®, REALTOR® Association of the Fox Valley, and Three Rivers Association of REALTORS®

8



# BOARD OF MANAGERS
## ELECTION PROCESS

MRED's Board of Managers includes seats for firms of all sizes, along with associations and strategic managers. Thirteen of the board's seats are allocated to Preferred Unit Owners representing firms sorted by transaction volume.

**1** Five Preferred Unit Owners, whose seats are not up for election on the Board of Managers, are appointed to the Election Committee.

**2** Preferred Unit Owners may nominate themselves for a Board of Managers seat, or they can nominate another quafilied candidate. Candidates are reviewed by the Election Committee to ensure they meet qualification criteria.

**3** Firms are sorted into categories based on the total number of closed transactions between July 1 – June 30.

* Category One: Top 10 firms
* Category Two: Next 150 firms
* Category Three: All other firms

**4** Preferred Unit Owners may vote for a Board of Managers candidate within their respective category.

**5** The election process takes place in August and September each year. Elected board members' new terms begin October 1.

## BOARD CANDIDATE QUALIFICATION CRITERIA

* Firms must become Preferred Unit Owners for election eligibility.

* Candidates must have executive or highlevel experience.

* Candidates must be nominated by an MRED Preferred Unit Owner.

* Candidates must show the highest commitment to integrity and independence of thought and judgment.

* Candidates must be willing and able to execute MRED's Manager Conduct Policy.

* Candidates must have sufficient time to devote to MRED's governance.

# WHY SHOULD YOU GET INVOLVED AS AN MRED PREFERRED UNIT OWNER?

## WITH OWNERSHIP COMES THE ABILITY TO CREATE A BETTER MLS FOR ALL



### POLICY VOICE

* Run for MRED's Board of Managers or nominate other owners for the Board.

* Vote in Board of Managers elections and attend Board meetings.

* Serve on Localized Rules Teams, which help set MLS policy.



### PROVIDE FEEDBACK

* Take part in strategic planning and help influence MRED's future.

* Receive an exclusive invite to MRED's annual Owners' Meeting.

* Meet with MRED's Outreach Team to gain insight into MRED's strategic vision.



### TECHNOLOGY

* Join exclusive feedback networks, including:
  • Key Communicators
  • Private forums and surveys
  • Specialized focus groups

* Get early access to new products and advance notice of reaking industry news.

* Gain access to MRED vendor contracts.

10

# MRED BROKER OUTREACH

## HOW CAN MRED BEST SUPPORT YOUR BUSINESS?

 Our Broker Outreach Team gathers feedback throughout the entire marketplace. Subscribers can schedule a meeting with our Outreach Team to get answers to questions and get connected to MRED's many resources.

 Broker Outreach provides Preferred Unit Owners direct two-way communication with the MLS management team.

 The Broker Outreach Team is available to speak about the MLS at your next event or office meeting.

 MRED expanded our Key Communicator program to 61 participants, partnering with trusted local voices to share MLS data, insights, and feedback directly with their offices.

To schedule an office visit or meeting, contact: **brokeroutreach@mredllc.com**

To join Key Communicators, contact: **keycommunicators@mredllc.com**

11

# ⟨MRED **HELP DESK**

## TO LEARN MORE CONTACT

No matter the issue, you're just a quick click, call, or text away from assistance! Our award winning Help Desk is friendly, experienced, and knowledgeable. MRED also has an expanding online Knowledge Base with answers to common questions.

**97.6%** of calls are closed on the first call.

Customer satisfaction: **99%**

Average wait time **20** seconds

**51,480** calls fielded in 2025

**10** staff members

MRED Knowledge Base articles: **299**



To reach out to MRED's Help Desk, contact us at **help.desk@mredllc.com** or call/text **630.955.2755**

**Help Desk Hours**
Mon-Fri: 8AM–6PM, Sat: 9AM–3PM,
Sun (and most holidays) on call emergency hours: 10AM–2PM

# ᴍMRED TRAINING

## SIGN UP TODAY: TRAINING.MREDLLC.COM

Participate in MRED training courses taught by experienced real estate professionals. These classes address the advanced features and functions of our MLS platforms, as well as an array of MRED products and services.



### ONLINE TRAINING

MRED offers free LIVE online classes daily which provide training beyond hands-on class topics.



### HANDS-ON TRAINING

MRED offers free hands-on classes, including state certified CE classes, at more than 15 locations.



### ONE-ON-ONE TRAINING

One-on-one training is great for specific questions related to MRED products.



### ON-DEMAND TRAINING

Get training when and where it works best for you. MRED's training website has a library of over 100 on-demand videos and webinars.

In 2025, MRED trainers taught **11,003** attendees and on-demand videos received more than **10,600** views.

13

# MRED LOCALIZED RULES TEAMS

## ONE SIZE DOESN'T FIT ALL WHEN IT COMES TO SOME RULES

MRED spans an area which includes everything from high-rise condominiums to farmland. Recognizing this geographic diversity, MRED created Localized Rules Teams which can recommend policy changes based on unique market needs for rural, suburban, and urban areas.

## SUGGESTION

MRED's subscribers recommend rules changes for Localized Rules Team consideration.

## EVALUATION

The chairs of the rural, suburban, and urban teams select proposals for discussion.

## RESEARCH

Staff studies the proposal for effects on subscribers and presents findings to team members.

## ACTION

The teams debate the change and may make a recommendation to the MRED Board of Managers, which has the final say on rule changes.

✱ MRED's Localized Rules Team policy supports MLS growth. If MRED enters a large market or crosses state lines, additional rules teams may be created to serve those areas.

14



# MRED LOCALIZED RULES TEAMS
## ONE SIZE DOESN'T FIT ALL WHEN IT COMES TO SOME RULES

## Localized rules enacted in MRED's marketplace

 **Square Footage Details**
Association Requirement: CCAR

 **Total Square Footage**
Association Requirement: CCAR

 **Legal Description**
Association Requirement: CCAR

 **Zoning Type**
Association Requirement: MIRA

 **School Names**
Association Requirement: MIRA

 **Subdivision**
Association Requirement: MIRA

 **WaterView Field**
Required for the City of Chicago

 **Zero Lot Line**
Association Requirement: MIRA

 **Lockbox Location**
Association Requirement: MIRA

 **Coordinates**
Required for the City of Chicago

15

# ◢MRED COMPLIANCE

## WE'RE NOT HERE TO FINE YOU; WE'RE HERE TO HELP!

MRED Staff monitors for repeated violations by members to maintain the accuracy of the database. MRED's Compliance Team ensures the accuracy of listing data. Artificial intelligence is used to monitor listing photos for errors and prevent violations.

| VIOLATION | NOTIFICATIONS SENT | RESULTING IN FINES |
|---|---|---|
| INVALID TAXES | 1,809 | 0 |
| INVALID POST DIRECTIONAL FIELD | 1,251 | 0 |
| INVALID OWNERSHIP FIELD | 915 | 0 |
| INVALID BASEMENT FIELD | 749 | 0 |
| NO PRIMARY PHOTO | 736 | 6 |

IN 2025, MRED'S COMPLIANCE TEAM MONITORED MORE THAN 264,000 LISTINGS TO ENSURE COMPLIANCE WITH MRED RULES.

16



# ☀MRED COMPLIANCE

## HOW DATA VIOLATIONS ARE HANDLED

### THE PROCESS STARTS HERE

The system flags listing violations at the point of input.

**OR**

Violations are flagged by MRED subscribers.

**OR**

MRED's compliance team and computer vision artificial intelligence performs data quality checks.

### HOW MEMBERS ARE NOTIFIED

An email is sent to the broker, Designated Realtor, and any identified secretaries notifying them of the violation.

A pop-up notification displays on a subscriber's connectMLS dashboard.

### FINAL PROCESS

Unless there is an automatic fine, the listing broker has 72 hours to correct the listing.

If the listing has not been corrected, a courtesy email is sent to the listing broker.

If the listing calls for an automatic fine, or if the violation has not been corrected, a fine will be administered by the primary association.



# MRED'S MAJOR ACCOMPLISHMENTS

18

# MAJOR ACCOMPLISHMENTS

### LAUNCHED QUAD CITY AREA REALTORS® AND EGYPTIAN BOARD OF REALTORS® (now the Egyptian Chapter of MIRA)

* Successfully onboarded and integrated both organizations, expanding market footprint and enhancing data collaboration. Egyptian serves more than 400 members and covers 27 counties in southern Illinois. Quad City serves more than 1,000 members across eastern Iowa and western Illinois.

### EXPANDED MRED TEAM

* New hires in Technology, Broker Outreach, and Help Desk.

### BROKER OUTREACH ATTENDED MORE THAN 60 EVENTS

* Engaged directly with the brokerage community through participation in 60+ industry events, strengthening relationships and market presence.

### CREXI COLLABORATION

* Partnered with Crexi to broaden commercial listing exposure and deliver enhanced marketing opportunities for subscribers.

### MADE SYSTEM CHANGES TO IMPROVE SUBSCRIBER EXPERIENCE

* Improvements came from more than 20 live focus groups, including updates to hotsheet reports, a new CMA feature, and the ability to text listings directly from connectMLS.

### BECAME FIRST MLS TO JOIN CRIBIO

* The new consumer-facing portal from the Broker Public Portal.

### UPDATED OPERATING AGREEMENT

* Changes open up potential subscriber base to all licensed real estate professionals and decrease legal risk.

### RMLS ALLIANCE DATA SHARE

* Established a data-sharing partnership to increase listing visibility and provide expanded access to cross-market inventory. RMLS Alliance's coverage area includes southern and western Illinois.

### UPDATED RESEARCH PAPER TO SHOW CONTINUED BENEFITS OF PRIVATE LISTINGS

* Published fresh research demonstrating the continued consumer and market benefits of Private Listings.

### LAUNCHED NEW WEEKLY MARKET SNAPSHOT

* Allows subscribers to filter to their local market, view open houses, and view Private listing statistics in real time. The Weekly Market report is available on MyMLSDashboard in Analytics.

### IMPROVED INTERNATIONAL OFFERINGS

* Met with a delegation from India to discuss opportunities and hosted focus groups which highlighted a need for international listings on Share My Listing Widget and in data feeds.

### ADDED SEVEN NEW PREFERRED UNIT OWNERS

* PUO program now includes 124 members.

19

# MAJOR ACCOMPLISHMENTS

## TECHNOLOGY



## FIVE MLSs JOINED IN 2025

* Over 5,000 sites are powered by MLS Grid for MRED.

* Serves more than 360,000 agents from 37 MLSs, which fuel over 70,000 active data licenses supporting websites, applications and developer integrations.



1. Canopy MLS | NC, SC
2. Heartland MLS | KS, MO
3. MARIS MLS | MO, IL
4. MIBOR Broker Listing Cooperative | IN
5. Midwest Real Estate Data (MRED) | IL
6. Northstar MLS | MN, WI
7. RealTracs | TN, KY, AL
8. Unlock MLS | TX
9. Northwest MLS | WA
10. Stellar MLS | FL, PR
11. Regional MLS Alliance | IL
12. Spokane REALTORS® | WA

13. Northeast Iowa Regional Board of REALTORS® | IA
14. Sunflower Association of REALTORS® | KS
15. Northwest Indiana REALTORS® Association | IN
16. Lawrence Board of REALTORS® | KS
17. REcolorado | CO
18. Lawrence Board of REALTORS® | KS
19. Reelfoot Regional Association of REALTORS® | TN
20. REALTORS® Association of Northeast Wisconsin | WI
21. Prescott Area Association of REALTORS® | AZ

22. Highland Lakes Association of REALTORS® | TX
23. Mid-Kansas MLS | KS
24. Southern New Mexico MLS | NM
25. OneKey® MLS | NY
26. South Central Kansas MLS | KS
27. Greater Scranton Board of REALTORS® | PA
28. Pike/Wayne Association of REALTORS® | PA
29. MLSOK, Inc. | OK
30. NoCoast MLS | IA
31. Southern Missouri Regional MLS | MO

32. Spartanburg Association of REALTORS® | SC
33. Lake Superior Area REALTORS® | MN
34. East Central Iowa Association of REALTORS® | IA
35. IRES MLS | CO
36. Pacific Regional MLS | WA
37. Indiana Regional MLS | IN

# MAJOR ACCOMPLISHMENTS

## TECHNOLOGY

How does MLS Grid make the data delivery process more efficient?

For more information, visit: **mlsgrid.com**



21

 x

MRED is proud to support Cribio, the Broker Public Portal's national portal option for consumers! Cribio follows the Fair Display Guidelines, providing leads for your own listing with no referral fees.

Download Cribio on Apple Store

Download Cribio on Play Store





Free to Download and Use

22

# MRED 2026 ROADMAP

## BY QUARTER

### Q1 JAN-MAR

* Onboard new members from Quad City Area REALTORS® and Egyptian Board of REALTORS®

* Launch additional listing display controls, including the ability to choose between displaying or not displaying price change history and market time on third-party websites

### Q2 APR-JUN

* Disseminate subscriber-facing Cribio campaign

* Launch ability to screen search results prior to sending to clients

* Launch listing input capabilities for subscribers in Zenlist and Paragon

* Implement policy for approved uses of artificial intelligence with MLS Grid data

### Q3 JUL-SEP

* Hold annual Board of Managers elections

* Disseminate consumer-facing Cribio campaign

* Roll out of MRED Services program for a la carte billing

### Q4 OCT-DEC

* Update MLS Client Portal to enable faster and easier navigation

* Add Portfolio Property Type

23

Case: 1:26-cv-05451 Document #: 22-4 Filed: 05/18/26 Page 25 of 37 PageID #:179

# MRED'S MARKET SNAPSHOT





24

# 2025 MARKET SNAPSHOT

## MRED WORKS CLOSELY WITH 14 REALTOR® ASSOCIATION PARTNERS THROUGHOUT ILLINOIS TO PROVIDE CUTTING EDGE SERVICE AND PRODUCTS TO CUSTOMERS. THEIR SUCCESS IS OUR SUCCESS.

Champaign County Association of REALTORS®

Chicago Association of REALTORS®

Heartland REALTOR® Organization

HomeTown Association of REALTORS®

Kankakee-Iroquois-Ford Association of REALTORS®

Mainstreet REALTORS®

Mid-Illinois REALTORS® Association

Northern Illinois Commercial Association of REALTORS®

North Shore-Barrington Association of REALTORS®

Oak Park Area Association of REALTORS®

Quad City Area REALTORS®

Quincy Association of REALTORS®

REALTOR® Association of the Fox Valley

Three Rivers Association of REALTORS®

**107,464**
Closed Listings

**264,983**
Total Listings

**$43.52B**
Total Transaction Volume

# 2025 MARKET SNAPSHOT

**Map includes listings taken by ZIP code in 2025.**



**International listings in:**



## RESIDENTIAL

**$42.54B**
Transaction Volume

**252,373**
New Listings

**105,487**
Closed Sales

**$333,000**
Median Sale Price

**9 DAYS**
Median Market Time

## COMMERCIAL

**$0.98B**
Transaction Volume

**12,610**
New Listings

**1,977**
Closed Sales

**$247,500**
Median Sale Price

**28 DAYS**
Median Market Time

#  MRED MARKET SNAPSHOT

## MRED BROKERS' TRANSACTION DISTRIBUTION | 2024 COMPARED TO 2025

■ 2024   ■ 2025   ■ TeamMembers

**2024 percentage based on 44,781 brokers. 2025 percentage based on 43,610 brokers.**

| | 0 | 1 | 2-6 | 7-12 | 13-24 | 25-99 | 100 or more |
|---|---|---|---|---|---|---|---|
| **2024** | 36.5% | 16.1% | 26.9% | 9.8% | 6.8% | 3.6% | 0.2% |
| **2025** | 39.8% | 14.8% | 25.6% | 9.4% | 6.6% | 3.5% | 0.2% |
| **TeamMembers 2024** | 20.8% | 4.9% | 5.4% | 9.1% | 13.5% | 32.6% | |
| **TeamMembers 2025** | 18.7% | 4.8% | 6.1% | 10.0% | 14.8% | 32.5% | |

*64.8%* of 100 or more transactions in 2025 were by TeamMembers which increased from *61.4%* in 2024

27

# MRED MARKET SNAPSHOT

## TRANSACTIONS



| 2021 | 2022 | 2023 | 2024 | 2025 |
|------|------|------|------|------|
| 350,963 Transactions | 290,307 Transactions | 236,228 Transactions | 234,288 Transactions | 234,252 Transactions |

**2021:** Small firms 18.7% (65,481); Medium firms 16.0% (56,280); Large firms 65.3% (229,202)

**2022:** Small firms 18.9% (54,824); Medium firms 15.2% (44,146); Large firms 65.9% (191,337)

**2023:** Small firms 19.4% (45,819); Medium firms 16.1% (37,993); Large firms 64.5% (152,416)

**2024:** Small firms 19.4% (45,563); Medium firms 15.6% (36,662); Large firms 64.9% (152,063)

**2025:** Small firms 19.5% (45,730); Medium firms 15.3% (35,733); Large firms 65.2% (152,789)

Legend:
- Small firms (1-10 brokers)
- Medium firms (11-50 brokers)
- Large firms (51+ brokers)

| YoY Growth | 2024 | 2025 |
|------------|------|------|
| Small firms (1-10 brokers) | -0.6% | 0.4% |
| Medium firms (11-50 brokers) | -3.5% | -2.5% |
| Large firms (51+ brokers) | -0.2% | 0.5% |
| Grand Total | -0.8% | 0.0% |

*Counts all offices in a brokerage as part of one firm. Includes all subscribers. Estimates may differ from previous reports due to updates to the methodology used to produce these statistics. Figures represent the average monthly active users for the year. Averages by office size are calculated independently and may not sum exactly to the overall average. Data refreshed on 01/23/2026.*

28

# MRED MARKET SNAPSHOT

## TRANSACTION VOLUME (IN BILLIONS)



Counts all offices in a brokerage as part of one firm. Includes all subscribers. Estimates may differ from previous reports due to updates to the methodology used to produce these statistics. Figures represent the average monthly active users for the year. Averages by office size are calculated independently and may not sum exactly to the overall average. Data refreshed on 01/23/2026.

29

# MRED MARKET SNAPSHOT

## YOY GROWTH RATE

### YoY Growth Rate
### Brokers

| | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| Small firms (1-10 brokers) | 11,680 | -3.0%<br>11,335 | -1.3%<br>11,184 | -3.5%<br>10,789 | -4.2%<br>10,341 |
| Medium firms (11-50 brokers) | 6,807 | -3.3%<br>6,583 | -3.5%<br>6,351 | -6.8%<br>5,920 | -0.9%<br>5,865 |
| Large firms (51+ brokers) | 28,573 | 4.3%<br>29,796 | -2.2%<br>29,143 | -3.7%<br>28,072 | -2.4%<br>27,404 |
| Grand Total | 47,060 | 1.4%<br>47,714 | -2.2%<br>46,678 | -4.1%<br>44,781 | -2.6%<br>43,610 |

### YoY Growth Rate
### Firms

| | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| Small firms (1-10 brokers) | 5,918 | -1.8%<br>5,809 | -1.7%<br>5,711 | -4.2%<br>5,473 | -3.8%<br>5,264 |
| Medium firms (11-50 brokers) | 340 | -1.1%<br>336 | -5.7%<br>317 | -7.4%<br>293 | 0.7%<br>295 |
| Large firms (51+ brokers) | 96 | 2.6%<br>98 | -0.4%<br>98 | -3.0%<br>95 | -3.7%<br>91 |
| Grand Total | 6,354 | -1.7%<br>6,243 | -1.9%<br>6,126 | -4.3%<br>5,861 | -3.6%<br>5,650 |

Counts all offices in a brokerage as part of one firm. Includes all subscribers. Estimates may differ from previous reports due to updates to the methodology used to produce these statistics. Figures represent the average monthly active users for the year. Averages by office size are calculated independently and may not sum exactly to the overall average. Data refreshed on 01/23/2026.

# MRED MARKET SNAPSHOT

## BROKERS



Counts all offices in a brokerage as part of one firm. Includes all subscribers. Estimates may differ from previous reports due to updates to the methodology used to produce these statistics. Figures represent the average monthly active users for the year. Averages by office size are calculated independently and may not sum exactly to the overall average. Data refreshed on 01/23/2026.

| YoY Growth | 2024 | 2025 |
|---|---|---|
| Small firms (1-10 brokers) | -3.5% | -4.2% |
| Medium firms (11-50 brokers) | -6.8% | -0.9% |
| Large firms (51+ brokers) | -3.7% | -2.4% |
| Grand Total | -4.1% | -2.6% |



# MRED **MARKET SNAPSHOT**

## BROKERS

| | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| Total Brokers | 47,060 | 47,714 | 46,678 | 44,782 | 43,610 |

Legend:
- Small firms (1-10 brokers) — green
- Medium firms (11-50 brokers) — orange
- Large firms (51+ brokers) — blue

**Monthly Average Active Brokers**

| Firm size | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| Small firms | 11,680 | 11,335 | 11,184 | 10,789 | 10,341 |
| Medium firms | 6,807 | 6,583 | 6,351 | 5,920 | 5,865 |
| Large firms | 28,573 | 29,796 | 29,143 | 28,072 | 27,404 |

| YoY Growth | 2024 | 2025 |
|---|---|---|
| Small firms (1-10 brokers) | -3.5% | -4.2% |
| Medium firms (11-50 brokers) | -6.8% | -0.9% |
| Large firms (51+ brokers) | -3.7% | -2.4% |
| Grand Total | -4.1% | -2.6% |

*Counts all offices in a brokerage as part of one firm. Includes all subscribers. Estimates may differ from previous reports due to updates to the methodology used to produce these statistics. Figures represent the average monthly active users for the year. Averages by office size are calculated independently and may not sum exactly to the overall average. Data refreshed on 01/23/2026.*



32

# MRED MARKET SNAPSHOT

## BROKERS



**2021**
24.82%
14.46%
60.72%
**47,060**
Total brokers

**2022**
23.76%
13.80%
62.45%
**47,714**
Total brokers

**2023**
23.96%
13.61%
62.44%
**46,678**
Total brokers

**2024**
24.09%
13.22%
62.69%
**44,781**
Total brokers

**2025**
23.71%
13.45%
62.84%
**43,610**
Total brokers

■ Small firms (1-10 brokers)    ■ Medium firms (11-50 brokers)    ■ Large firms (51+ brokers)

*Counts all offices in a brokerage as part of one firm. Includes all subscribers. Estimates may differ from previous reports due to updates to the methodology used to produce these statistics. Figures represent the average monthly active users for the year. Averages by office size are calculated independently and may not sum exactly to the overall average. Data refreshed on 01/23/2026.*

33

# ⬟MRED MARKET SNAPSHOT

## FIRMS



Counts all offices in a brokerage as part of one firm. Includes all subscribers. Estimates may differ from previous reports due to updates to the methodology used to produce these statistics. Figures represent the average monthly active users for the year. Averages by office size are calculated independently and may not sum exactly to the overall average. Data refreshed on 01/23/2026.

34

# MRED MARKET SNAPSHOT

## FIRMS



*Counts all offices in a brokerage as part of one firm. Includes all subscribers. Estimates may differ from previous reports due to updates to the methodology used to produce these statistics. Figures represent the average monthly active users for the year. Averages by office size are calculated independently and may not sum exactly to the overall average. Data refreshed on 01/23/2026.*





**SCAN HERE TO SEE THE LATEST MRED UPDATES AND JOIN THE CONVERSATION!**

