# EXHIBIT E

| | |
|---|---|
| **From:** | Carson, Dylan <DCarson@manatt.com> |
| **Sent:** | Friday, May 15, 2026 8:51 AM |
| **To:** | Lau, Bonnie |
| **Cc:** | Charles El-Moussa; Libowsky, Stephen; Buffier, Beau; Sidney, Nick |
| **Subject:** | RE: Zillow v. MRED, Compass: Waiver of Service |

EXT - dcarson@manatt.com

Bonnie – MRED simply requests that Zillow maintain the status quo and keep MRED's data feeds among the "narrow exceptions" to the implementation of Zillow's Standards. Our responsive ask is the same one MRED made in my letter to Beau in October 2025 (and many times since): please continue to comply with Zillow's license to MRED listing data. Please cure the violation flagged in MRED's notice of last week and continue to follow MRED's IDX and VOW rules. Please let us know if Zillow will do so.

Thanks, Dylan

**Dylan Carson**
Partner

---

**Manatt, Phelps & Phillips,** LLP
Washington Square
1050 Connecticut Avenue, NW, Suite 600
Washington, DC 20036
**D** (202) 585-6680 **M** (310) 663-8543
DCarson@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Lau, Bonnie <blau@wsgr.com>
**Sent:** Thursday, May 14, 2026 4:03 PM
**To:** Carson, Dylan <DCarson@manatt.com>
**Cc:** Charles El-Moussa <charles.em@mredllc.com>; Libowsky, Stephen <SLibowsky@manatt.com>; Buffier, Beau <bbuffier@wsgr.com>; Sidney, Nick <nsidney@wsgr.com>
**Subject:** Re: Zillow v. MRED, Compass: Waiver of Service

Dylan,

As you know, Zillow has already implemented its Listing Access Standards throughout the country for nearly a year, with narrow exceptions. It is unclear from your response whether MRED now proposes to require that Zillow abandon its Standards on a nationwide basis, under threat of feed termination, or instead limits its proposal to MRED's typical Chicagoland region. Please clarify by 9am CDT tomorrow whether MRED intends to terminate Zillow's access to IDX and VOW feeds if Zillow continues to

implement its Standards outside of MRED's Chicagoland region, including as to listings located in Florida, Georgia, and California.

On May 14, 2026, at 7:52 AM, Carson, Dylan <dcarson@manatt.com> wrote:

EXT - dcarson@manatt.com

Bonnie – MRED will agree not to terminate Zillow's access to any IDX or VOW feeds while Zillow's lawsuit is pending on the condition that Zillow displays all MRED listings in a manner consistent with Zillow's license and MRED's rules. In other words, please confirm that Zillow will make all MRED listings that are active and authorized for distribution visible on Zillow's platforms while its lawsuit is pending.

Thanks, Dylan

**Dylan Carson**
Partner

**Manatt, Phelps & Phillips,** LLP
Washington Square
1050 Connecticut Avenue, NW, Suite 600
Washington, DC 20036
**D** (202) 585-6680 **M** (310) 663-8543
DCarson@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Lau, Bonnie <blau@wsgr.com>
**Sent:** Tuesday, May 12, 2026 7:18 PM
**To:** Carson, Dylan <DCarson@manatt.com>
**Cc:** Charles El-Moussa <charles.em@mredllc.com>; Libowsky, Stephen <SLibowsky@manatt.com>
**Subject:** Re: Zillow v. MRED, Compass: Waiver of Service

Received and thank you.

On May 12, 2026, at 4:14 PM, Carson, Dylan <dcarson@manatt.com> wrote:

EXT - dcarson@manatt.com

2

Bonnie – Attached is the executed service waiver.  We will talk to MRED about your feed request and get you an answer.

Thanks, Dylan

**Dylan Carson**
Partner
<image001.png>

**Manatt, Phelps & Phillips,** LLP
Washington Square
1050 Connecticut Avenue, NW, Suite 600
Washington, DC 20036
**D** (202) 585-6680 **M** (310) 663-8543
DCarson@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information t privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copyin or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immed us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Charles El-Moussa <charles.em@mredllc.com>
**Sent:** Tuesday, May 12, 2026 6:29 PM
**To:** Lau, Bonnie <blau@wsgr.com>
**Cc:** Carson, Dylan <DCarson@manatt.com>
**Subject:** RE: Zillow v. MRED, Compass: Waiver of Service

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Bonnie:

Thank you for your email.  MRED will waive service and send you the executed waiver.  I will get back to you on your second request in due course once I have conferred with my client.

Best,

*Charles El-Moussa*
General Counsel
**MRED | Midwest Real Estate Data**
2443 Warrenville Road, Suite 600
Lisle, Illinois  60532
T. 630-491-6758 Ext: 1458
M: 832-452-6229

**From:** Lau, Bonnie <blau@wsgr.com>
**Sent:** Tuesday, May 12, 2026 1:26 PM
**To:** Charles El-Moussa <charles.em@mredllc.com>
**Subject:** Zillow v. MRED, Compass: Waiver of Service

Charles,

Zillow filed the attached complaint this morning in the U.S. District Court for the Northern District of Illinois. Please let us know promptly if MRED agrees to waive service, and sign and return the attached waiver form.

Zillow requests that MRED agree that it will refrain from terminating Zillow's access to any MRED IDX or VOW feeds while this lawsuit is pending. Please confirm MRED's agreement no later than noon CDT on Thursday, May 14, 2026.

Thank you,
Bonnie


<image008.png>


**Bonnie Lau (she/her) | Partner | Wilson Sonsini Goodrich & Rosati**
One Market Plaza, Spear Tower, #3300 | San Francisco, CA 94105 |
direct: 415.947.2414 | mobile: 925.352.4860 | blau@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.
<Waiver of Summons (MRED) - 05.12.2026.pdf>


This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.


This email and any attachments thereto may contain private, confidential, and privileged material for the

4

sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.