# EXHIBIT E

Case: 1:26-cv-05451 Document #: 23-5 Filed: 05/18/26 Page 2 of 6 PageID #:248

January 9, 2026

# A Message From Our Chairman and CEO



Robert Reffkin

CIH | Compass International Holdings

# To our real estate professionals, affiliate partners, and employees:

Real estate is, at its heart, deeply human. It shapes lives, families, and communities. Our responsibility is to honor that by ensuring that every buyer and seller has the opportunity to be guided by a trusted real estate professional, supported by the best tools and technology, and served with integrity and respect. I am deeply honored to write to you as Chairman and CEO of our new combined organization, Compass International Holdings (CIH) – a company built by real estate professionals, for real estate professionals.

Growing up, my mom, Ruth, built a career in real estate as a single mother. She embodies the entrepreneurial spirit: hard-working, resourceful, resilient, and caring. Inspired by her, I set out to create a company that would do better for real estate professionals like my mom. And for the last decade, we have tirelessly pursued that goal.

Today marks the beginning of an exciting new chapter as we come together to champion the work of real estate professionals across the world.

# Our Vision

Our collective vision is to become the best in the world at empowering real estate professionals with everything they need to realize their entrepreneurial potential. What makes this moment unique is not a transaction that combines two companies – it's that the industry's leading brands and professionals are coming together on a single, modern technology platform that will help real estate professionals save time, grow their business, and better serve their clients.

Each of our brands will continue to operate independently, supported by extraordinarily talented employees, and strengthened by a shared platform that delivers tools and integrated services that simply aren't possible in a standalone model. Our vision is grounded in our high-tech, high-touch philosophy: combining simple, seamless technology with bespoke, personal service that builds lifelong client relationships and elevates professionalism for the entire industry.

Together, we have the opportunity to transform the lives of millions of buyers and sellers, helping them find the home and sense of community they've been searching for.

# Our Foundation

- A Global Network of Professionals~340,000 of the industry's most talented real estate professionals and affiliate broker-owners operating in every major U.S. city and across 120 countries and territories, combining global reach with deep local expertise.
- The Industry's Most Respected BrandsA portfolio of brands with distinct positioning, strong cultures, and hard-earned trust in the communities they serve.
- A Proprietary End-to-End Technology PlatformSimple, seamless and modern, built over nearly a decade with over $2 billion invested.
- Best-In-Class Client ServicesContinued commitment and investment in Cartus, mortgage, title, insurance, escrow, commercial real estate, concierge, and other integrated services that support clients from the first conversation through closing and beyond.

# Our Plan

## Building the Number One Place That Agents Search and Use to Run Their Business

Inspired by the feedback, aspirations, and lived experiences of our real estate professionals, we have built the industry's only true end-to-end, modern technology platform – the Agent Operating System (AOS). The AOS will unite some of the world's most respected real estate brands on one platform and save real estate professionals time, help them grow their business, and enable them to deliver even more value to their clients.

## Building A Network Of Leading Brokerage-Owned Consumer Sites Where Buyer Inquiries Go To The Listing Agent

We believe real estate portals should be centered around those who actually create the listings: real estate professionals. We will build a premier destination of brokerage-led sites where leads go to the listing agent. Our network will reward professionalism and expertise, protect buyers from hidden fees, and allow sellers the choice in how their home is marketed. While too many portals seek to insert

Case: 1:26-cv-05451 Document #: 23-5 Filed: 05/18/26 Page 4 of 6 PageID #:250

themselves between real estate professionals and their clients in order to monetize the relationship, our site will serve as a bridge between them with the agent's name, brand and photo front and center. This won't just be another search tool – it is a declaration of independence.

# Building an Industry Where Sellers Have The Choice Of When, Where and How To Market Their Homes

We believe in a future where real estate professionals can fully represent their clients as fiduciaries without being restricted. To unlock that future, our plan includes:

- **The "No Mandate Pledge":** We believe choice and competition fuel innovation, and we will never impose one-size-fits-all mandates.
- **Passionate Advocacy:** We will always advocate for client choice and professional empowerment, championing the right for real estate professionals to operate free from fines and bans.

# Our Commitments

We remain steadfast in the commitments that have guided us to this point and will continue to serve as the foundation for how we operate:

- We will preserve the @properties, Better Homes and Gardens Real Estate, CENTURY 21, Christie's International Real Estate, Coldwell Banker, Compass, Corcoran, ERA, and Sotheby's International Realty brands for both company-owned and affiliate partners.
- Our affiliates will continue to have the same independence they've always had and will remain fully in charge of how they run their businesses. Affiliates will continue to determine their own data policies.
- We will make our technology platform available to company-owned brokerages and affiliates, giving them the choice to use the tools that best support them, their clients, and their businesses.
- Our real estate professionals' data belongs to them. We will always allow them to take their client database and emails with them, and we will never contact their clients directly.
- Our real estate professionals and their sellers will always have the freedom to choose how their listings are marketed and sold. There will be no mandates or policies from Compass International Holdings requiring anyone to use Private Exclusives.

# Looking Ahead

I believe real estate professionals are the most inspiring group of entrepreneurs in the world. People like my mom, who dream big and go above and beyond for their clients every day. I got into this business to empower these incredible entrepreneurs, and over the past decade I've had the opportunity to listen to and learn from tens of thousands of you.

It is because of all of you that I believe the best version of our industry is still ahead of us, and I am grateful that we have the opportunity to create it together.

I look forward to learning from you as we build the future of real estate with purpose, integrity, and professionals at the center. If you have ideas, feedback, or experiences to share, I want to hear from you. I'm honored to be on this journey alongside you, and I'm confident that we will be better together.



Robert Reffkin

Chairman & Chief Executive Officer

CIH | Compass International Holdings

This communication contains forward-looking statements, which are subject to risks and uncertainties. Actual results may differ materially. We undertake no obligation to update these statements except as required by law.

# About Robert Reffkin

Robert Reffkin founded Compass in 2012, drawing inspiration from his mother, Ruth, a longtime real estate agent. Under his leadership, Compass ascended to become a leading real estate brokerage in the United States, achieving over one trillion dollars in real estate sales. Robert holds both a B.A. and M.B.A. from Columbia University, and his professional background includes roles at McKinsey and Goldman Sachs, along with a tenure as a White House Fellow.

Beyond his business endeavors, he has run 50 marathons in 50 states, raising $1 million for charities– including the nonprofit America Needs You, which he founded to empower young people from underprivileged backgrounds, assisting them in becoming the first in their families to attend college. He is also donating all of his proceeds from his book, No One Succeeds Alone, to nonprofits that help young people realize their dreams.

Case: 1:26-cv-05451 Document #: 23-5 Filed: 05/18/26 Page 6 of 6 PageID #:252