# EXHIBIT H

Case: 1:26-cv-05451 Document #: 23-8 Filed: 05/18/26 Page 2 of 3 PageID #:266



Mike Lane <mlane@zillowgroup.com>

---

## Communication about ZLAS

---

**Chris Haran** <chris.haran@mredllc.com>                                    Wed, Oct 15, 2025 at 10:27 AM
To: Mike Lane <mlane@showingtime.com>, Adrese Roundtree <adreser@zillowgroup.com>

Good morning to you both,

As a follow up to our discussion in Toronto, MRED has been reviewing its existing IDX and VOW policies in connection with our other field option changes.

Attached are the redline changes clarifying our current policies, particularly around the use of *objective criteria* for the inclusion and exclusion of listings.  These revisions are intended to ensure continued alignment with both the intent of the original 2008 VOW settlement and the updated NAR policy on non-filtering of listings, available here: https://www.nar.realtor/handbook-on-multiple-listing-policy/current-listings-section-21-non-filtering-of-listings-policy-statement-8-5

These updates will be implemented by MLS GRID for MRED in the next two weeks, and supporting documentation will follow next week from MLS Grid.

Importantly, the updated provisions expressly prohibit excluding or filtering listings based directly or indirectly on the identity of any Participant, brokerage, or firm. A policy or display approach that limits or suppresses listings from certain brokerages would be inconsistent with the revised MRED rules with MLS Grid.

We wanted to flag this for you to ensure your Zillow Listing Transparency Policy (if implemented in our markets) is compliant.

We would be happy to discuss specifics before the policy takes effect. I can include Charles from our side, who helped draft the updated language.

Thank you.

**Chris Haran**

d  630.955.2745

e  Chris.Haran@MREDLLC.com

w  MRED LLC

**Midwest Real Estate Data LLC (MRED)**

2443 Warrenville Rd, Suite 600

Case: 1:26-cv-05451 Document #: 23-8 Filed: 05/18/26 Page 3 of 3 PageID #:267

Lisle, IL 60532

---

**From:** Mike Lane <mlane@showingtime.com>
**Sent:** Monday, October 13, 2025 11:30 AM

[Quoted text hidden]

[Quoted text hidden]

---

**2 attachments**

 **MLS+Grid+IDX+Rules-redline 10-2-2025 v2.docx**
44K

 **MLS+Grid+VOW+Rules-redline 10-2-2025 v2.docx**
38K