# EXHIBIT P

**KAMINI LANE**
PRESIDENT & CEO



COLDWELL BANKER REALTY
175 PARK AVENUE
MADISON, NJ 07940

January 26, 2026

Zillow Group, Inc.
1301 Second Ave., Floor 31
Seattle, WA 98101
Cc: legal@zillowgroup.com

This letter shall serve as our notice to terminate the agreements on the attached schedule (collectively, the "Agreements") between certain Anywhere Advisors subsidiaries operating as Coldwell Banker Realty, Coldwell Banker Realty Gundaker or Coldwell Banker Preferred ("Advisors") and Zillow Group ("Zillow").

Pursuant to the Notice section in the Agreements, Advisors may terminate the Agreements, without cause, upon thirty (30) days prior written notice. This letter serve as our 30-day notice of termination. Accordingly, the Agreements will terminate on February 25, 2026.

Sincerely,

Kamini Lane