# EXHIBIT U

# COMPASS INTERNATIONAL HOLDINGS

May 8, 2026

**SENT VIA E-MAIL**

Zillow Group, Inc.
1301 Second Ave., Floor 31
Seattle, WA 98101
legal@zillowgroup.com

**RE:**    **Notice of Termination of Zillow Broker Feed Authorization Agreements Nationwide**

This letter shall serve as notice to terminate any and all Broker Feed Authorization Agreements (the "Agreements") nationwide between every Compass, Inc. d/b/a Compass International Holdings brokerage entity or subsidiary ("Compass")[1] and Zillow Group, Inc. ("Zillow"). For the avoidance of doubt, this termination notice applies to every Agreement currently in force between Compass and Zillow, including but not limited to those itemized in **Attachment A**.

Paragraph 7 of the Agreements provides that "[e]ither party may terminate this Agreement upon 30 days' written notice to the other party." Accordingly, the Agreements will terminate effective **June 7, 2026**.

Best regards,

/s/ *Neda Navab*
Neda Navab
President
Compass Real Estate
neda@compass.com

CC:    notices@compass.com
Encl.

---

[1] Compass, Inc. d/b/a Compass International Holdings brokerage entities and subsidiaries include brokerages owned and operated by Compass, Inc. and its subsidiaries under the following brands: @properties, Ansley Real Estate, Compass, Compass RE, Coldwell Banker, Corcoran, Latter & Blum, Lila Delman, Kinlin Grover, Realty Austin, Sotheby's International Realty, Washington Fine Properties.

**ATTACHMENT A**

**List of Terminated Zillow Broker Feed Authorization Agreements**

| State/Region | Agreement Date | Company/Entity | Signatory |
|---|---|---|---|
| CA | 10/29/2020 | Compass for Nima Tehrani | Kathy Mehringer |
| CA | 02/22/2021 | Compass for Nima Tehrani | Kathy Mehringer |
| CT | 03/26/2024 | Compass | Jason Wilson |
| DMV | 01/11/2021 | Compass | Holly Worthington |
| IL | 11/13/2020 | Compass | Darrell Scott |
| IL | 12/22/2021 | Compass | Joe Siciliano |
| IL | 12/10/2022 | Compass | Andy Shiparski |
| IN | 07/26/2022 | Compass | Ryan Vannatta |
| MA | 01/28/2021 | Aranson & Associates | Matthew Aranson |
| MA | 01/29/2021 | Compass | Julie Bell |
| MA | 03/02/2021 | Compass | David Murdock |
| MA | 03/10/2021 | Compass | Chris Thoman |
| MA | 04/03/2021 | The Shahani Group | Shal Shahani |
| MA | 05/26/2023 | Compass | Jaclyn Ball |
| MA | 09/10/2024 | Compass | Meg Andrews |
| NJ | 01/22/2021 | Compass | Michele Zyska |
| NY | 12/16/2021 | Compass | Julian Berkeley |
| NY | 01/04/2024 | Compass | Julian Berkeley |
| NY | 01/04/2024 | Compass | Jason Wilson |
| PA | 11/20/2020 | Compass | John Bilek |
| PA | 03/03/2021 | Compass | John Bilek |
| PA | 09/19/2024 | Compass | Marianne Dillon |
| TX | 01/10/2022 | Compass | J Rene Walker |