# EXHIBIT W

#14963323 Fwd: MRED Ticket 1229919 - Taylor Plowman

 # #14963323 Fwd: MRED Ticket 1229919 - Taylor Plowman

| Submitted | Received via | Requester |
|---|---|---|
| May 5, 2026 at 2:59 PM | Mail | help.desk@mredllc.com <help.desk@mredllc.com> |

## CCs
Valerie Aipa <valeriea@zillowgroup.com>

| Status category | Ticket status | Type | Priority | Group | Assignee |
|---|---|---|---|---|---|
| Open | Open | - | High | Industry Support | Erin L |

| Time spent last update (sec) | Total time spent (sec) | Industry Missing Listing Sub-Issue Type |
|---|---|---|
| 125 | 596 | Blocked in Phoenix |

| Industry Support Issue Type | Industry Customer Type |
|---|---|
| Missing Listing | MLS |

---

**help.desk@mredllc.com**     May 5, 2026 at 2:59 PM

Hello,

We just received a report from one of our members that the following MRED listings are not appearing on Zillow. Can you please advise?

MLS ID: 12635646 - 412 Nw 47th St, Miami, FL
MLS ID: 12635568 - 536 Nw 48th St, Miami, FL
MLS ID: 12635789 - 130 Ne 45th St, Miami, FL
MLS ID: 12638081 - 2614 Castilla Isle, Fort Lauderdale, FL
MLS ID: 12634721 - 3224 Chipping Wood St, Milton, GA
MLS ID: 12635762 - 4130 Parva Ave, Los Angeles, CA

Thank you,

**Ashley Zuno**
Support Center Manager
**MRED | Midwest Real Estate Data**
2443 Warrenville Road, Suite 600
Lisle, Illinois 60532

**Phone/Text:** (630) 955-2755 | **Email:** help.desk@mredllc.com

**We're Here for You:**
Mon–Fri: 8 AM–6 PM | Sat: 9 AM–3 PM | Sun & most holidays: 10 AM–2 PM
Answers 24/7: https://mredllc.freshdesk.com

**myMLSdashboard.com – Your Launchpad**
Access all your products and apps in one place. First time logging in? Click "Forgot Password" to retrieve your login information.

**connectMLS Mobile App – Stay Signed In, Stay in Control**
 Tired of logging in every time? With the connectMLS app, you stay signed in, so your listings, searches, and texting your clients are always just a tap away. Work smarter, faster, and on the go.

- iOS: https://apps.apple.com/us/app/connectmls-mred/id6447370575
- Android: https://play.google.com/store/apps/details?id=com.dynaconnections.mred

Ticket 1229919

---

**Valerie Aipa**    May 6, 2026 at 6:43 PM

Hi Ashley,
Thanks for the email. We will investigate and get back to you within a few business days.
Best-


**Valerie** Aipa
Senior Manager, Industry Data Support
California, PST
Zillow Group/Bridge Interactive/ ShowingTime

**ZILLOW**GROUP

---

**help.desk@mredllc.com**    May 7, 2026 at 3:53 PM

Hello,

I wanted to pass along another example:

Status: NEW
12639241 - 2101 Harcourt Pl, Odessa, FL 33556

Thank you,


**Ashley Zuno**
Support Center Manager
**MRED | Midwest Real Estate Data**
2443 Warrenville Road, Suite 600
Lisle, Illinois 60532


**Phone/Text:** (630) 955-2755 | **Email:** help.desk@mredllc.com

**We're Here for You:**
 Mon–Fri: 8 AM–6 PM | Sat: 9 AM–3 PM | Sun & most holidays: 10 AM–2 PM
 Answers 24/7: https://mredllc.freshdesk.com

**myMLSdashboard.com** **– Your Launchpad**
 Access all your products and apps in one place. First time logging in? Click "Forgot Password" to retrieve your login information.

**connectMLS Mobile App – Stay Signed In, Stay in Control**
 Tired of logging in every time? With the connectMLS app, you stay signed in, so your listings, searches, and

Case: 1:26-cv-05451 Document #: 23-23 Filed: 05/18/26 Page 4 of 4 PageID #:341

texting your clients are always just a tap away. Work smarter, faster, and on the go.

- iOS: https://apps.apple.com/us/app/connectmls-mred/id6447370575
- Android: https://play.google.com/store/apps/details?id=com.dynaconnections.mred

Ticket 1229919

---

**Support software by Zendesk**