# EXHIBIT X

 **ZILLOW**GROUP                              **Matt Hendricks <matthewhe@zillowgroup.com>**

## Fwd: MLS Grid: Noncompliance with section #9 of MLS Grid IDX Rules

**Matt McSweeney** <MMcSweeney@showingtime.com>                    Wed, May 6, 2026 at 6:40 PM
To: Matt Hendricks <matthewhe@zillow.com>

---------- Forwarded message ---------
From: **MLS Grid Support** <support@mlsgrid.com>
Date: Wed, May 6, 2026, 3:35 PM
Subject: MLS Grid: Noncompliance with section #9 of MLS Grid IDX Rules
To: <mlscompliance@zillowgroup.com>

It has been reported by MRED to MLS Grid compliance staff that several listings provided in the IDX data subscription are not being displayed on Zillow.com and Trulia.com After conducting an in-depth review of your IDX websites we were unable to locate the following listings:

| MLS # | Status | Street Number | Street Name | Street Suffix | City |
|-------|--------|---------------|-------------|---------------|------|
| 12634638 | NEW | 10215 | Boca Woods | LN | Boca Raton |
| 12634269 | NEW | 10223 | Boca Vista | DR | Boca Raton |
| 12634557 | NEW | 3010 | Hampton | CIR | Boca Raton |
| 12635646 | NEW | 412 | Nw 47th | ST | Miami |
| 12635568 | NEW | 536 | Nw 48th | ST | Miami |
| 12635789 | NEW | 130 | Ne 45th St | ST | Miami |
| 12638081 | NEW | 2614 | Castilla Isle | | Fort Lauderdale |
| 12634721 | NEW | 3224 | Chipping Wood | ST | Milton |
| 12635762 | NEW | 4130 | Parva | AVE | Los Angeles |

We are able to locate these properties on other websites.

These properties are showing Active on other IDX websites:

https://www.exprealty.com/boca-raton-fl-real-estate/boca-woods-country-club-ph-1/10215-boca-woods-ln
https://www.remax.com/fl/boca-raton/home-details/10223-boca-vista-dr-boca-raton-fl-33498/3880531180504520330/M00000243/12634269
https://www.redfin.com/FL/Boca-Raton/3010-Hampton-Cir-33434/home/42309723
https://www.remax.com/luxury/fl/miami/home-details/412-nw-47th-st-miami-fl-33127/1759659224800185949/M00000243/12635646
https://www.redfin.com/FL/Miami/536-NW-48th-St-33127/home/42688331
https://www.exprealty.com/miami-fl-real-estate/biltmore-sub/130-ne-45th-st
https://www.remax.com/luxury/fl/fort-lauderdale/home-details/2614-castilla-isle-fort-lauderdale-fl-33301/12263138040016969346/M00000243/12638081
https://www.redfin.com/GA/Alpharetta/3224-Chipping-Wood-Ct-30004/home/24665459

Not displayed on Zillow:
https://www.zillow.com/homedetails/10215-Boca-Woods-Ln-Boca-Raton-FL-33428/46507839_zpid/
https://www.zillow.com/homedetails/10223-Boca-Vista-Dr-Boca-Raton-FL-33498/63510327_zpid/
https://www.zillow.com/homedetails/3010-Hampton-Cir-Boca-Raton-FL-33434/46701906_zpid/
https://www.zillow.com/homedetails/412-NW-47th-St-Miami-FL-33127/43814852_zpid/
https://www.zillow.com/homedetails/536-NW-48th-St-Miami-FL-33127/43813456_zpid/
https://www.zillow.com/homedetails/130-NE-45th-St-Miami-FL-33137/43815261_zpid/
https://www.zillow.com/homedetails/2614-Castilla-Isle-Fort-Lauderdale-FL-33301/43206107_zpid/
https://www.zillow.com/homedetails/3224-Chipping-Wood-Ct-Milton-GA-30004/55023534_zpid/
https://www.zillow.com/homedetails/4130-Parva-Ave-Los-Angeles-CA-90027/125935785_zpid/

Case: 1:26-cv-05451 Document #: 23-24 Filed: 05/18/26 Page 3 of 3 PageID #:344

By not displaying these listings the IDX websites Zillow.com and Trulia.com are in violation of the MLS Grid IDX rules #9 Criteria for IDX Display; and specifically the portion of the rule that applies directly to MRED Participants.

As an MLS Grid Data Consumer you are required to follow the IDX and VOW rules for displaying data on all websites where you display listing data you receive from any MLS participant in MLS Grid.

We request that you make appropriate corrections to your websites no later than midnight (Tuesday, May 19th) after which we will review the websites again for correction(s). If the correction(s) is (are) not made as specified, we will notify MRED of the continued non-compliance, and any other applicable MLS, as this may result in possible fines or suspension of your access to MLS data through MLS Grid.

Please find attached the MLS Grid IDX rules, with the violations in question highlighted for further explanation.

Please let us know if you have any questions.

Thank you,

**Support**
**The MLS Grid**
support@mlsgrid.com

*Please check out the helpful Resources & Guides section of MLS Grid (www.mlsgrid.com/resources)*



**MLS+Grid+IDX+Rules.pdf**
240K