# EXHIBIT Y



**ZILLOW**GROUP

<span style="color:gray">Turan Tekin <turant@zillowgroup.com></span>

---

# Fw: Protecting MLS Integrity & Policy Enforcement

---

**Daniel Jones** <daniel@hivemls.com>                    Mon, May 11, 2026 at 11:47 AM
To: Carrie Rollison <CRollison@showingtime.com>, Turan Takin <turan@showingtime.com>, Kathleen Wayson <kathleen.wayson@realtor.com>
Cc: Paula Nash <Paula@hivemls.com>

Are there any updates to the conversation we had about pulling the Delayed Marketing listings from Hive's system? I wish I could tell Compass that you're not taking input outside of our system.

Daniel

---

**From:** Caitlin McCrory <caitlin.mccrory@compass.com>
**Sent:** Monday, May 11, 2026 9:42 AM
**To:** Daniel Jones <daniel@hivemls.com>
**Subject:** Protecting MLS Integrity & Policy Enforcement

> You don't often get email from caitlin.mccrory@compass.com. Learn why this is important

Dear Daniel,

Zillow & Realtor.com partnership
seeks to create "closed-loop" ecosystems, where listings exist exclusively via add/edit tools on Zillow that bypass the local MLS and are distributed to Realtor.com outside of the MLS. Zillow is now directly seeking to disintermediate the MLS, and tighten
its control of residential real estate in the US as Zillow has add/edit like an MLS and syndicates to
Realtor.com
like an MLS. Compass International Holdings is committed to the continued use and support of the MLS as a broker-to-broker cooperative. Which is why we are asking the MLS to rigorously enforce existing policies that prevent the rise of off-MLS databases.

We're asking that MLSs enforce
already existing policies:

    1.

        **MLS Policy Statement 8.5, Non-filtering of Listings**

           a.

                MLS participants and subscribers must not, and MLSs must not enable the ability to filter out or restrict MLS listings that are searchable by and displayed to consumers
                based on the level of compensation offered to the cooperating broker or the name of a brokerage or agent.

    2.

---

Case: 1:26-cv-05451 Document #: 23-25 Filed: 05/18/26 Page 3 of 3 PageID #:347

Their own data license agreements language that states something to the effect of the following (which we understand some MLSs already have):

    a.

        "Licensee represents and warrants that it is not a competitor of the MLS and shall not use the Licensed Imagery/Data to develop, enhance, or distribute any product that competes, directly or indirectly, with the MLS's own products or services."

Any MLS that
<u>successfully</u>

enforce MLS Policy Statement 8.5 (#1 above) by Wednesday, May 20th
will have our commitment that we Compass International Holdings will support those MLSs:

    1.

        For your MLS territory we will
        **NOT** have listings add/edit
        into any third party websites other than the MLS (as a large number of brokerages have signed up to do with Zillow add/edit outside the MLS)

    2.

        For your MLS territory we will
        **NOT** send any consumer
        facing listings from Compass International Holdings to any third-party consumer website without them also being submitted to your MLS, compliant with rules, as a listing not syndicated outside of the MLS (unlike Zillow which is giving listings to Realtor that aren't in the MLS)

We believe in the MLS and
look forward to standing with you to protect it. The above offer will not be given to MLSs that don't successfully enforce MLS Policy Statement 8.5.

Thank you,

--

**Caitlin McCrory**
**Head of Industry Relations**
**Compass International Holdings (CIH)**
@properties | Better Homes and Gardens Real Estate | Century 21 | Christie's International Real Estate | Coldwell Banker | Compass | Corcoran | ERA Real Estate | Sotheby's International Realty

**m: 262-902-5195**