# EXHIBIT Z

Case: 1:26-cv-05451 Document #: 23-26 Filed: 05/18/26 Page 2 of 4 PageID #:349

 **ZILLOW**GROUP       **Jessica Ellis <jessicael@zillowgroup.com>**

---

## Zillow Listing Feed BAN in Illinois

---

**Jessica Ellis** <jessicael@zillowgroup.com>       Mon, May 11, 2026 at 4:43 PM
To: Cory Green <cory.green@compass.com>

I appreciate the insight & details. I have sent the information you provided to my manager and will get back you with an answer as soon as I have more information.



Join us at Unlock, Zillow's flagship in-person event for agents and team leaders, Oct 12-15, 2026.
Save an extra 20% with discount code **jessicael20** when you register here.

**Jessica Ellis**

Growth Specialist, Zillow Preferred

Texas, CST

425-906-3907 | jessicael@zillowgroup.com

For technical support please visit our Help Center or call Partner Support at 888.466.3501

**ZILLOW**GROUP

On Mon, May 11, 2026 at 4:21 PM Cory Green <cory.green@compass.com> wrote:
From what I was told, MRED has given Zillow until next week to cure the listings they removed and agree to not do it moving forward, or else they full IDX fees from the MLS will be cut off.  Which means no leads for zillow or agents.

**Cory Green**

Principal Broker

C: 312-485-0897

E: cory.green@compass.com

W: MakeNorthShoreHome.com

**#1 Compass Agent in Illinois- (Individual Volume Sold)**

**#1 Individual Agent in Lake Forest (Amongst all Brokerages)**

280 E Deerpath, Lake Forest IL  60045



Thank you for your Business, the Best Compliment is a Referral!

Case: 1:26-cv-05451 Document #: 23-26 Filed: 05/18/26 Page 3 of 4 PageID #:350

On May 11, 2026, at 4:14 PM, Jessica Ellis <jessicael@zillowgroup.com> wrote:

Yes, I have sent this to my management and will update you as soon as I hear back. For now there won't be any immediate interruption to your connection volume, so I don't want you worried about that.

\<noname\>

Join us at Unlock, Zillow's flagship in-person event for agents and team leaders, Oct 12-15, 2026.
Save an extra 20% with discount code **jessicael20** when you register here.

**Jessica Ellis**
Growth Specialist, Zillow Preferred
Texas, CST
425-906-3907 | jessicael@zillowgroup.com
For technical support please visit our Help Center or call Partner Support at 888.466.3501

\<noname\>

On Mon, May 11, 2026 at 3:34 PM Cory Green <cory.green@compass.com> wrote:
Are you reaching out to upper management about this? Seems like this would be a huge concern for Zillow, if other states are going to follow suit if Illinois does it, that could be a house of cards and a complete collapse for Zillow. I'd have to imagine they are aware and have a plan in place for this??

**Cory Green**
Principal Broker
C: 312-485-0897
E: cory.green@compass.com
W: MakeNorthShoreHome.com
**#1 Compass Agent in Illinois- (Individual Volume Sold)**
**#1 Individual Agent in Lake Forest (Amongst all Brokerages)**
280 E Deerpath, Lake Forest IL  60045



**Thank You for Your Business, the Best Compliment is a Referral!**

On Mon, May 11, 2026 at 2:59 PM Jessica Ellis <jessicael@zillowgroup.com> wrote:
Hi Cory, appreciate you sharing this with me. I'll look into it and circle back with you as soon as I can.

\<noname\>

Case: 1:26-cv-05451 Document #: 23-26 Filed: 05/18/26 Page 4 of 4 PageID #:351

Join us at Unlock, Zillow's flagship in-person event for agents and team leaders, Oct 12-15, 2026.

Save an extra 20% with discount code **jessicael20** when you register here.

**Jessica Ellis**

Growth Specialist, Zillow Preferred

Texas, CST

425-906-3907 | jessicael@zillowgroup.com

For technical support please visit our Help Center or call Partner Support at 888.466.3501

\<noname\>

On Mon, May 11, 2026 at 2:28 PM Cory Green <cory.green@compass.com> wrote:

Hi Jessica,

I just got a pretty disturbing call from the president of Compass Illinois, and I was told that MRED (the MLS for Illinois), is going to be banning Zillow from getting any listing feeds, which would of course mean no more leads at all for agents.

Have you heard this?? Apparently Zillow blocked a listing due to their policy of a listing not being marketed privately before it goes public, and MRED took exception to that.

I hear there are also 3 other states that will be following suit if MRED enforces this ban.

This is obviously of the utmost importance right now, so if you can please look into this and get back to me that would be appreciated.

Thanks

**Cory Green**
Principal Broker
C: 312-485-0897
E: cory.green@compass.com
W: MakeNorthShoreHome.com
**#1 Compass Agent in Illinois- (Individual Volume Sold)**
**#1 Individual Agent in Lake Forest (Amongst all Brokerages)**
280 E Deerpath, Lake Forest IL  60045



**Thank You for Your Business, the Best Compliment is a Referral!**