**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., | Case No.:  1:26-cv-5451 |
| *Plaintiffs*, | Judge: Hon. John J. Tharp Jr. |
| v. | |
| MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC. | |
| *Defendants*. | |

**DECLARATION OF TIM HUNT IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

I, Tim Hunt, hereby declare as follows:

1.　　I am a Principal Data Scientist for MLS Data and Strategy at Zillow Group.

2.　　I submit this Declaration in support of Plaintiffs Zillow Group, Inc. and Zillow, Inc.'s Motion for a Preliminary Injunction.

3.　　The matters in this declaration are based on my own personal knowledge.  If called as a witness, I could and would testify competently to them.

4.　　I have spent more than 13 years at Zillow Group. During that time, I have been responsible for analyzing residential real estate for-sale listings and transactions data to provide relevant insights to multiple teams at Zillow Group. In previous roles, I worked directly with realtors and brokers on Trulia to help those realtors and brokers grow their business. As a result, I am well-versed with for-sale residential real estate listings data, the role it plays in the real estate industry, and the brokerage services business.

-1-

5. Zillow maintains an internal database of residential real estate for-sale listings and transactions, including active listings and those resulting in closed transactions. This database includes listings across all listing types, including but not limited to agent represented and For Sale By Owner listings. It also includes listings distributed through MLSs and those that are withheld from MLS systems, such as listings entered into MRED's Private Listing Network ("PLN"). From this database, it is possible to compile a set of comprehensive, unique for-sale residential real estate listings and transactions.

6. I, with assistance from other team members, performed the following analysis of Zillow's listing data. I reviewed the code and methodology used to construct this analysis to verify its accuracy.

7. The following considerations apply to the data presented in the remainder of this declaration:

   a. The data is limited to residential for-sale listings. Rental, commercial, and timeshare properties were excluded.

   b. The data is limited to the Chicagoland geographic area which, for purposes of this analysis, is defined to encompass the following ZIP codes within the State of Illinois: between 60001 and 60099, 60101 and 60199, 60201 and 60827, and 60401 and 60599, each of those ranges being inclusive; and the ZIP codes 60940, 60950, 60961, 61038, and 61360.

   c. A Compass listing is defined as a listing associated with an agent affiliated with Compass, Inc. or one of its subsidiaries or franchise brands.

8. Three datasets were created to capture different time periods based on data available on May 7, 2026. One was a snapshot of on-market listings on May 7, 2026 ("Snapshot

Dataset"). Another was restricted to transactions with a date between January 1, 2025 and December 31, 2025 ("2025 Dataset"). A third was restricted to transactions in the trailing 12 months, May 5, 2025 to May 5, 2026 ("Trailing 12-months Dataset").

**May 7, 2026 Snapshot Data**

9. The Snapshot Dataset contains a total of 34,657 unique listings. Of these, 34,040 listings are MRED-Exclusive listings, for a share of 98.2%. For this dataset, MRED-Exclusive listings are defined as listings for which the feed record comes from MRED's feed and is not available on other MLS feeds. In other words, 98.2% of listings in Chicagoland are available on MRED and no other MLS. The next largest share of listings is For Sale By Owner listings, of which there are 280 listings in Chicagoland.

10. Of the 34,657 listings in the Snapshot Dataset, 4,984 are currently or were at one point on a PLN or on Zillow Preview.

   a. Of these, 4,802 are or were on MRED's PLN, for a share of 96.4%.

   b. 4,983 are or were on MRED's PLN, a Compass Coming Soon listing, a Compass Private Exclusive listing, or on both a Compass PLN and MRED's PLN, for a share of 99.98%. One of these 4,984 listings is a Zillow Preview listing.

   c. 181 of these 4,984 listings are or were a Compass Private Exclusive or Coming Soon listing not also available on MRED's PLN, for a share of 3.6%.

   d. 1,127 of these 4,984 listings are or were on both a Compass PLN and on MRED's PLN; combined with the 181 Compass-only listings, 26.2% of PLN listings are or were on a Compass PLN.

11. Of the 34,657 listings in the Snapshot Dataset, 4,010 are currently on a PLN or on Zillow Preview.

a. Of these, 3,828 are on MRED's PLN, for a share of 95.5%.

b. 4,009 are either on MRED's PLN, a Compass Coming Soon listing, a Compass Private Exclusive listing, or on both a Compass PLN and MRED's PLN, for a share of 99.97%. One of these 4,010 listings is a Zillow Preview listing.

c. 181 of these 4,010 listings are a Compass Private Exclusive or Coming Soon listing that are not also available on MRED's PLN, for a share of 4.5%.

d. 829 of the 4,010 listings are on both a Compass PLN and on MRED's PLN; combined with the 181 Compass-only listings, 25.2% of PLN listings are on a Compass PLN.

12. Of the 34,657 listings in the Snapshot Dataset, 8,940 are listed by Compass. Compass thus has a 25.8% share of Chicagoland residential real estate listings by listing count.

**2025 Calendar Year Data**

13. The 2025 Dataset contains a total of 185,836 residential real estate transactions in Chicagoland. In this dataset, each completed transaction is entered as two transactions, one for the buy side and one for the sell side.

a. Of these transactions, 51,070 were represented by Compass on either the buy-side or sell-side or both, for a share of 27.48% by transaction count. When this share is adjusted by the volume of the transactions (i.e., by the price of the home sale), the share increases to 35.75%.

b. After Compass, the next largest brokerage in the 2025 Dataset by transaction count is RE/MAX with a 6.91% share by transaction count and 5.77% share by transaction volume.

c. After Compass, the next largest brokerage in the 2025 Dataset by transaction volume is Baird & Warner with a 6.48% share by transaction count and 7.00% share by transaction volume.

**Trailing 12 Month Data**

14. The Trailing 12-months Dataset contains a total of 182,146 residential real estate transactions in Chicagoland. In this dataset, each completed transaction is entered as two transactions, one for the buy side and one for the sell side.

a. Of these transactions, 50,231 were represented by Compass on either the buy-side or sell-side or both, for a share of 27.58%. When this share is adjusted by the volume of the transactions based on the price of the home sold, the share increases to 35.87%.

b. After Compass, the next largest brokerage in the Trailing 12-months Dataset by transaction count is RE/MAX with a 6.81% share by transaction count and 5.71% share by transaction volume.

c. After Compass, the next largest brokerage in the Trailing 12-months Dataset by transaction volume is Baird & Warner with a 6.34% share by transaction count and 6.88% share by transaction volume.

d. In the last 12 months, Compass's share of sell-side transactions was 28.56%.

15. Zillow's database allows for identifying when a transaction is represented on both the buy and sell side by the same brokerage (a "double-ended" transaction). In the last 12 months, Compass has 7,401 double-ended transactions. The next brokerage by count of double-ended transactions has 1,281.

-6-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14 day of May 2026.

Tim Hunt