**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., *Plaintiffs*, v. MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., *Defendants*. | Case No. 1:26-cv-05451 Judge John J. Tharp, Jr. |

**DECLARATION OF BRIAN Y. CHANG IN SUPPORT OF DEFENDANTS COMPASS, INC. AND COMPASS ILLINOIS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Brian Y. Chang, hereby declare as follows:

1.      I am an attorney at Eimer Stahl LLP, counsel for Defendants Compass, Inc. and Compass Illinois, Inc. in this action.

2.      I submit this Declaration in support of Defendants Compass, Inc. and Compass Illinois, Inc.'s Opposition to Plaintiffs' Motion for Temporary Restraining Order. I have personal knowledge of the matters set forth in this declaration and could and would testify competently to them.

3.      Attached as Exhibit A hereto is a true and correct copy of a screenshot from Zillow's website, taken on May 20, 2026, depicting the same property Zillow describes on page 3 and in footnote 2 of its Motion for Temporary Restraining Order.

4.      Attached as Exhibit B hereto is a true and correct copy of an MRED publication titled "Private, Not A Secret," originally published in 2019 and updated in 2025.

1

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of May 2026.

/s/ *Brian Y. Chang*
Brian Y. Chang