# Exhibit B

# Private, Not A Secret

## An inside look at MRED's Private Listings



mredllc.com | Originally published 2019, updated 2025

# Table of Contents

Executive Summary ———————————————————— 3

Defining the Problem ———————————————————— 5

Unintended Consequences of Off-MLS Listings ——————— 7

Legal and Policy Considerations ———————————————— 9

MRED's Solution: Private Listings ————————————————— 10

What's Next for Expanding Marketing Options? ——————— 13

Policy / Policy Exceptions ———————————————————— 14

Knowing the Numbers | Private Listing Statistics —————— 16

Implementation and Impact in the MRED Marketplace ——— 19

MRED Training and Marketing Materials ——————————— 22

Conclusion ——————————————————————————————— 24

For More Information ———————————————————————— 24

Appendix ——————————————————————————————— 25

About MRED ————————————————————————————— 36

Acknowledgments ———————————————————————————— 36

Additional Resources ———————————————————————— 37

This document is available online:  ww2.mredllc.com/news/industry-resources/

# Executive Summary



MRED launched the Private Listing Network (PLN) in 2016 as a bold policy and technology solution designed to bring transparency to listings which had previously been held off the multiple listing service (MLS) while respecting sellers' unique needs.

Since then, we've continuously evolved by listening to agent feedback so that we could add more marketing options and enhance the technology to support the many nuances in listing and buying homes. We didn't wait for the industry to catch up. We led.

MRED's Private Listing evolution has been based on extensive agent feedback and research, highlighting concerns about listing exposure and compliance challenges. As part of our Agile process, we make changes based on feedback, then gather additional feedback after implementing those changes.

Now, the National Association of REALTORS® (NAR) is updating its rules to a similar policy. You can read more about NAR's Multiple Listing Options for Sellers here. We're encouraged to see this direction from NAR, but for MRED, this isn't new. It's a proven solution which has been refined over nearly a decade through subscriber feedback, education, and collaboration.

That solution continues to evolve, as MRED has worked with our focus groups on identifying additional listing display controls that will provide brokers and their sellers even more flexibility in how they promote their property.

We will always ask: **How can we equip our subscribers to better serve their clients?**

This white paper outlines our journey in search of answers to that question. It shares insights from years of research, technology improvements, industry collaboration, and real-world results. Our goal remains clear: empower real estate professionals to serve their clients better through transparency, cooperation, and choice.

**MRED's Private Listing Network: What happens when an MLS listens to its brokers?**

In 2015, MRED saw signs of a marketplace out of balance; private listing clubs, closed Facebook groups, brokerage apps, and 'coming soon' yard signs emerged at an alarming rate. The market was responding to this imbalance. The MLS was not.

MRED concluded this could pose a real threat to the MLS marketplace. Surveys were sent. Feedback was collected. Focus groups were held. MRED's exhaustive research resulted in a unique solution called the Private Listing Network (PLN), which successfully addressed the market imbalance seen in 2015.

MRED found several primary reasons why real estate agents withhold listings from the MLS marketplace.
• Seller privacy concerns
• Properties that need repairs
• Pre-marketing strategies
• Bank-owned listings
• Price testing

Despite the well-intended nature of these reasons, the cooperative marketplace that helps the industry thrive is placed in jeopardy when a significant portion of listings are held off-MLS. The problem is further compounded by incomplete historical records that limit appraisals, CMAs, and county assessor valuations, which rely on MLS data.

Legal and ethical issues regarding off-MLS listings include the ability of agents to fulfill their fiduciary duties to clients, fair housing discrimination concerns, and proper disclosure of marketing practices to clients. Some REALTOR® associations have created disclosure forms to reduce liability. An example of this is included in this report.

MRED's solution provides for several key flexibilities that have set it apart from other local and national options. First, the policy does not apply to rental or commercial property types. MRED focus groups indicated the nature of these transactions are substantially different than their residential for-sale counterparts.

These property types were granted an exemption because the off-MLS complaints were not primarily located in this segment of the market.

Second, Private Listings are not automatically syndicated for public display to third-party websites via the Internet Data Exchange (IDX) feed. All MRED subscribers have access to the Private Listing inventory within the MLS. There are restrictions regarding sharing Private Listing information with consumers.

Focus groups also felt strongly that MRED's technology solution was a critical component for adherence to the 24-hour rule. Private Listings were intentionally designed to enable agents to input a listing from their mobile device within a few minutes. The Private Listing input process does not have the same required listing fields or business rules of the regular MLS (called Standard Listings). This approach takes away some of the reasons cited by agents who voiced concern about their ability to input a listing within 24 hours.

Training material and communication documents included in this report outline the difference between Private and Standard Listings. Once a Private Listing has sold, MRED's rules state that the listing must be fully input, with all information, as a Standard Listing so that it can be used in statistics, CMAs, appraisals, etc.

MRED does track and compare usage of Private Listings compared to Standard statuses, which is shared later in this paper. This tracking of data combines with the ongoing, iterative feedback we receive from our subscribers via focus groups, suggestions, surveys, and more.

The latest update to the Clear Cooperation Policy from NAR brings the national policy more in line with what MRED has found to be successful in our market for the last ten years and shows a better understanding of the need for MLS to provide customizable options for its local marketplace.

MRED's solution helps MLSs maintain a valuable, cooperative marketplace.

# Defining the Problem



### What are the Common Reasons Listings are Withheld from the MLS?

It's no secret that listing agents want to get listing agreements signed as soon as possible, regardless of policy and property condition. This was a unifying thread among the reasons MLS customers had for withholding listings: listing agreements had been signed, putting pressure to get them into the MLS within the appropriate time, yet there were several situations that required withholding the properties from public view. At the heart of the issue were numerous stories from listing agents that brought to light the plight of consumers:

- One client was selling because of medical bills from a battle with cancer and didn't want his loved ones to know the true state of his finances, so he required that his agent sell the listing with the utmost privacy.
- There was a woman on hospice care in the front room of a house, so the seller couldn't allow showings, but still wanted to get the property available for sale.
- Another woman was having difficulty selling her house because she had many animals and couldn't get people to view the house, so she needed to completely move out before a new attempt to sell the house could be made.
- A client going through divorce was mandated by a judge to place the house on the market within a certain number of days.

MRED conducted a 2021 survey to 6,743 agents which produced the below findings:

60% of agents use Private status for marketing.

- Private listings allow agents to promote properties strategically before making them fully available on the MLS. This is useful for properties needing a soft launch, high-profile sales requiring discretion, or sellers wanting limited exposure before officially listing. You never get a second chance to make a first impression.

30% prioritize privacy.

- Some sellers require confidentiality due to personal or financial reasons. Private listings allow them to control exposure while still benefiting from brokerage representation.

This was one of MRED's most comprehensive surveys, reflecting strong agent participation and broad agreement on the need for structured policies on Private Listings.

mredllc.com | Originally published 2019, updated 2025

# Defining the Problem

###  Repairs

A house needs work done (repairs, staging, a fresh coat of paint or new carpet, etc.) before it can be shown. Many agents sign a listing agreement, but do not want the home to be viewable until key repairs, upgrades, and clean-up have been completed.

### Phased Marketing

Phased marketing occurs when agents build hype and demand around a property by word of mouth before taking the listing to the market with a professional marketing package. These packages take time to assemble and are done after listing agreements have been signed.

###  No Showings

Many MLS rules require properties to be available for showings by all participating agents. Some sellers simply want to avoid opening up their home for showings and opt to hold them off-MLS.

###  Testing the Market

Agents often use off-MLS listings to test the market for pricing before ultimately putting a home in the MLS. Often the price of the first unit being listed in a new development is uncertain and the listing agent can test the price or price range to test the market. Frequently, sellers and agents have different expectations on list price; sellers who are on the fence about selling their home will only consider it if they have some assurance of making a certain amount of money with the sale of their home. Testing the market through Private status allows for feedback to be submitted on a listing's proposed price or price range. This helps prevent an overpriced listing from making it to the full market, where the price would need to be dropped after sitting on the market for a period of time, becoming stale.

###  REOs

Banks sometimes assign Real Estate Owned (REOs) and other bank-owned properties to agents, months before the bank is able to update and sell or show the property. During this time, the agent is listed as the contact person but unable to provide much information about the listing.

###  Privacy

Some sellers (e.g., celebrities, politicians, etc.) want to prevent information about their house or the fact that they're selling from becoming public knowledge.

These scenarios are legitimate reasons to market a property outside of the standard MLS process of syndication and IDX distribution. Agents facing these common situations rightfully look to act in the best interest of their clients by marketing the property outside of many previous MLS rules.

 

mredllc.com | Originally published 2019, updated 2025

# Unintended Consequences
## of Off-MLS Listings



The public has a right to their privacy, a right not to host showings, and a right to make their listing the best it can be before it's seen by the world. However, the practice of withholding listings in an attempt to gain a market advantage is not in the spirit of cooperation and has the potential to undermine the core value of MLSs.

## Impact on Buyer's Agents of Listings Held Off-MLS

Some of the business practices surrounding off-MLS listings can hurt the perceived industry knowledge and professionalism of buyer's agents in certain scenarios:

- Off-MLS transactions negatively impact the accuracy of historical data and the availability of comparables in the MLS. This problem is particularly troublesome in a luxury market, where a few multi-million-dollar homes missing from the historical data will significantly skew the median home price and days on market. The absence of important transactions also hinders an agent's ability to provide a comprehensive and accurate Comparative Market Analysis (CMA).

- Clients see For Sale signs and print advertisements for homes that are not yet shown in the MLS. These clients contact their agent for more information on a listing, and it is difficult for that agent to track down information about the property.

mredllc.com | Originally published 2019, updated 2025

# Unintended Consequences
# of Off-MLS Listings



**Impact on Seller's Agents of Listings Held Off-MLS**

- Limiting the exposure of a listing to a subset of the market can reduce its ultimate selling price, which brings the ability of the listing agent to fulfill their fiduciary responsibilities to their seller into question.

- If the seller is not made fully aware of the limitations on marketing imposed by keeping a listing outside of the MLS, it may be a violation of applicable Code of Ethics and local license laws.

- Some agents might try to double end a sale (dual agency) and risk not representing the best interests of both parties.

- Some county assessors use data directly from the MLS in performing their valuations for taxing purposes. Off-MLS sales might trigger an automatic audit of the property value by the local assessor.

mredllc.com | Originally published 2019, updated 2025

# Legal and Policy Considerations



## There are several legal and policy considerations relevant to off-MLS listings and MRED Private Listings.



### Fair Housing Concerns

MRED Private Listings facilitate marketing and distribution of listings to all brokers. When listings are not required to be entered into the MLS for viewing by all subscribers, it increases the risk of unequal and potentially discriminatory marketing practices. While listing clubs, closed Facebook groups, and other private marketing avenues may not purposefully violate fair housing laws, the limited and exclusive nature of their distribution can raise serious concerns, including the appearance of discriminatory practices. on risks (including the appearance of discriminatory marketing) may exist with these channels. Requiring listings to be visible to all MLS subscribers helps ensure transparency, broad access, and reduces the risk of discriminatory steering, whether intentional or inadvertent.

### Appraisals Limitations

Omitting listings from the MLS can negatively impact valuation practices. Appraisers must comply with the Uniform Standards of Professional Appraisal Practice (USPAP), which is a national set of standards applicable to most appraisers in the country. This standard strongly discourages the use of comparables that were not exposed to the full market. USPAP guidance states that, "If a property has not been marketed on MLS or another regional database, the appraiser must make sure that the property was exposed to the open market for a reasonable time before it can be used." [1] As a result, appraisers must routinely consider whether a particular off-MLS listing should be included or excluded from consideration, leading to gaps in market data and potentially affecting property valuations.

[1] (http://www.uspap.org/files/assets/basic-html/page-27.html)

[2] (https://www.mredllc.com/comms/resources/MORePrivateNetworkAddendum.pdf)

Private Listings ensure that a record is maintained of the widespread distribution of a property in the MLS, improving appraisers' reliability and confidence about a listing's use as a comparable.

### Antitrust and Competition Concerns

When listings are withheld from MLS and marketed only through selective or informal channels, there is a risk of reducing open competition. Such practices can create unfair advantages for certain brokers or business models and may be perceived as exclusionary or anti-competitive. MRED Private Listings ensure equal access and opportunity for all participants and subscribers to compete and participate to better serve their clients. MRED's transparent model not only provides a simpler and faster property listing process within the MLS, but also promotes a healthier marketplace and reduces the risk of antitrust concerns.

Of course, use of Private Listings is subject to all other MLS rules. So, for example, showings must be allowed (or not allowed) on a uniform basis to comply with Code of Ethics standards and avoid potential arbitration disputes.

### Transparency and Consumer Protection

The implications of keeping listings off the MLS can create significant risk, especially if consumers unknowingly agree to limited marketing strategies that reduce their property's exposure. In order to better protect agents and consumers alike, MLSs, associations and brokerages have created disclosure and confirmation addenda for use with Private Listings. These forms require the seller's informed, written acknowledgement of their chosen market approach, helping ensure transparency while providing seller with marketing options. Mainstreet REALTORS®, an MRED association member, has provided a sample listing addendum in in Exhibit A for reference. [2]

# MRED's Solution:
# Private Listings



### Private Listings Timeline

**2015**
- Agents raised concerns about fairness in listing exposure, especially regarding off-market listings driving a negative change to market transparency.

**2016**
- MRED launched the Private Listing Network (PLN) to provide agents with a tool to manage exclusive listings while maintaining cooperation.

**2017**
- Phase 2 of Private Listing enhancements launches: Allowed brokerages to receive their own Private Listings via data delivery, created additional options to allow Private listings to be shared with clients, improved saved search functionality, enabled the ability to cancel a Private Listing; allowed cloning for a Private Listing.

**2019**
- MRED publishes Private Listings white paper; NAR publishes its version of Clear Cooperation.

**2021**
- Private listing changed from type to status and merged into full connectMLS search; private listings part of Client Portal 2.0; survey answered by over 6,000 subscribers about private listings.

**2024**
- Private Listings added to Broker Back Office data feed so that brokers retain single point of entry for the MLS. New required fields, based off most commonly saved search criteria, are introduced to make Private Listings easier to search and provide more information for clients.

**2025**
- Private Listings become available to third-party MLS integrations such as ShowingTime and TrustFunds.

mredllc.com | Originally published 2019, updated 2025

# MRED's Solution:
# Private Listings



**MRED's Private Listings accommodate pre-market "Coming Soon" listings as well as listings that would otherwise be kept off the MLS.**

MRED Private Listings are a pro-MLS policy combined with a software solution that supports a variety of scenarios where off-MLS listings are required. In effect, MRED has created Private Listings so that agents do not have to go around the MLS to promote certain properties that are not appropriate to be featured as a Standard MLS listing.

This was accomplished with new rules along with new statuses and system features within the MLS.

Below is a comparison of MRED Private Listings, Standard Listings, and Exempt Listings options:

| | Private Listings | Standard Listings | Exempt Listings (not in MLS) |
|---|---|---|---|
| Requires a listing agreement. | ● | ● | ● |
| Can be sent through IDX/Broker Reciprocity Programs, to clients through connectMLS and syndication websites. | ●* | ● | |
| Can be marketed to the general public on an open website (Public Facebook page, Craigslist, etc). *Publicly marketing exempt listings is a violation of MRED's rules.* | ● | ● | |
| Listings are required to be added within 48 hours of listing agreement or 24 hours of public marketing**; whichever comes first. | ● | ● | |
| Listings accrues market time. | | ● | |
| Requires listings to have photos. | | ● | |
| Receive production credit for reporting. | | ● | |
| Requires a Private Listing Addendum. | ● | | |
| Requires an exemption form. | | | ● |

*Clients can be sent Private listings via connectMLS if enabled by listing broker. Brokers can also receive their own Private listings in a broker back office feed. **Public advertising includes any public-facing website or publicly accessible print advertising, including for sale signs.

mredllc.com | Originally published 2019, updated 2025

MRED modified several business rules to accommodate the unique needs of Off-MLS Listings for Private Listings:

- Private Listings do not require a specific listing price. Options include: none, price, or price range.

- Photos are not mandatory.

- All MRED subscribers have access to Private Listings, not just an exclusive subset of real estate practitioners.

- Private Listings are not part of IDX listing distribution.

- Listings must be entered as Private within 48 hours of the list date or 24 hours of advertising to the general public, whichever comes first. Public advertising includes mediums such as for sale signs, public websites, and print media.

- If a transaction closes while the listing is Private, MRED subscribers are required to transition listings to Standard, where they input all required fields for the listing so that it can be used as a comp.

Other key considerations:

- A signed listing agreement is required for Private Listings.

- Brokerages may receive and display a feed of their own Private Listings.

- Agents can attach agent-only comments on Private Listings such as the date available for showing, open house information, etc.

- Private Listings can be easily transferred to Standard Listing drafts and published into the traditional MLS without having to create a new listing or cancel the Private Listing.

- Listings may be kept as Private indefinitely and Days on Market do not accrue; however, a history of when the listing was submitted as Private is recorded and is viewable by all MRED subscribers on a history report.

- MRED also provides the option to withhold a listing from the MLS entirely at the direction of the seller, who must sign a form. Per MRED rules, these listings may not be marketed to the general public on an open website, for sale signs, or publicly accessible print advertising.

## Required fields for MRED Private Listings are shown below (other fields, not listed, are available but not required):

- Property Type (single family, mobile, land, etc)
- Area
- Street number
- Street name
- Street suffix
- City
- State
- Zip code
- County
- Expiration date

Showings yes/no? (Yes = must show to all agents. No = may not show to anyone)

- List broker ID
- List office ID
- Can this listing be shared with clients?
- Order a virtual tour
- Are any photos virtually staged?

If the listing broker enables the listing to be shared with clients, required fields are:

- School districts
- Type Detached/Attached
- Type of Rental Property (For Rental)
- Pets Allowed (Y/N) (For Attached)
- Pet Information (If Y to Pets Allowed)
- Parking
- # of Garage Spaces (if applicable)
- # of Parking Spaces (if applicable)
- # Bedrooms
- Basement
- Master Bedroom Bath
- Approx Sq Ft

mredllc.com | Originally published 2019, updated 2025

# What's Next for Expanding Marketing Options?



MRED continuously enhances listing controls and brokerage data-sharing options to benefit consumers and agents, enhance transparency, and empower agents. Upcoming changes include:

1. Expanded brokerage listing preferences, allowing firms to control how listings appear on third-party sites.
2. Enhanced display settings for market time, price history, and AVMs (automated valuation models) to give agents more control over their data.
3. Improved attribution settings to ensure lead generation and showing requests remain within the brokerage ecosystem.

These enhancements reaffirm MRED's commitment to data integrity and providing effective solutions for brokerages and agents, ensuring a more transparent experience for consumers while improving the overall MLS experience for industry professionals.

mredllc.com | Originally published 2019, updated 2025

# Policy



**Below are MRED's Rules and Regulations that incorporate the addition of Private Listings.**

**MRED's Rules and Regulations Section 1(g):**
The MRED Private Listing is a tool for Participants to provide "mini-drafts" of property information for those listings the Participant chooses to have as a Private listing. Private Listings must be the subject of a Listing Agreement, in accordance with all other listing agreement requirements contained within Section 1(b). The fields for the Private listing are a small sub-set of the required fields for the Standard listing. Please see Section 9.10 for further information regarding required fields.
Private listings may be viewed exclusively by Participants of MRED's MLS system and are not included in MRED's IDX/Broker Reciprocity Program or feeding to syndication sites. The listing broker must approve and/or be contacted for approval to share information about the property with clients.

There is no minimum or maximum period of time a listing can be private, as long as the time chosen is within the parameters of the written listing agreement. Listing History is maintained on Private listings, but other MLS system functionality normally available is not on Private listings, i.e. market time or, statistics. The listing can go from a Private listing to any other status, where it will be treated as all other properties in that status. Transactions where procuring cause was produced while it was a Private listing must be changed to a Standard listing and reported closed. Private listings can expire.

**MRED Rules and Regulations Section 1.5: Detail on Listings Filed with the Service:**
A listing when placed with the Service by the Listing Broker shall be complete and accurate in every ascertainable detail or be subject to a fine under Section 9.10 and shall include the listing price stated in the exclusive brokerage agreement except when the listing is a Private Listing, where the entry of a price, no price, or a price range is allowed.

https://www.mredllc.com/comms/resources/MREDRulesAndRegulations.pdf



mredllc.com | Originally published 2019, updated 2025

# Policy



**MRED Rules and Regulations Section 2.5: Reporting Status of Listing:**
l) Active-Private (PRIV-ACTV) – Private listings; agents choose whether property is available for showings
m) Private-Contingent (PRIV-CTG) – Private listings under contract
n) Private-Pending (PRIV-PEND) - Private listing under contract waiting to close with no contingencies
o) Private-Expired (PRIV-EXP) – Private listing) exclusive brokerage agreement no longer in effect)
p) Private-Cancelled (PRIV-CANC) – Private listing (exclusive brokerage agreement no longer in effect)

**MRED Rules and Regulations Section 6.1.1: Photographs:**
All listings except vacant land, new construction, confidential commercial listings, Private Listings and deeded parking/boat slips must have a primary photo in the system within 7 days of their entry into the system.

**MRED Rules and Regulations Section 9.3: Submission of New Listings:**
For any new listing required to be entered, there shall be a $1,000.00 fine for failure to place the listing in the Service within 48hours of the effective listing date or within 24 hours after the real estate broker advertises the real property to the general public through a website or utilizes any publicly accessible print advertisements, including for sale signs, whichever is earlier. Computer failure shall not be an excuse for such failure. The 48-hour requirement shall include weekends and holidays

**Policy Exceptions**
MRED's Private Listing Network does not apply to rental and commercial property types. Focus groups and MRED's Board determined that these types of transactions are exempt from the 24-hour rule due to the different nature of rental and commercial transactions.

https://www.mredllc.com/comms/resources/MREDRulesAndRegulations.pdf



mredllc.com | Originally published 2019, updated 2025

# Private Listing Statistics

| Private Listings *Listings that did use Private Listing* / Standard Listings *Listings that did not use Private Listing* | 2022 | | 2023 | | 2024 | |
|---|---|---|---|---|---|---|
| | Private | Standard | Private | Standard | Private | Standard |
| Number of Listings Listed | 42,495 | 178,309 | 35,872 | 144,780 | 29,273 | 157,169 |
| % of Total Listings Listed | 19% | 81% | 20% | 80% | 16% | 84% |
| Number of Closed Listings | 29,639 | 108,492 | 25,695 | 90,364 | 20,293 | 90,148 |
| % of Total Number of Closed Listings | 21% | 79% | 22% | 78% | 18% | 82% |
| Median ListPrice | $375,000 | $289,999 | $389,000 | $299,900 | $399,999 | $325,000 |
| Median Close Price | $357,000 | $270,000 | $365,000 | $280,000 | $390,000 | $309,990 |
| Median Sales Price:List Price | 95.2% | 93.1% | 93.8% | 93.4% | 97.5% | 95.4% |
| Avg. ListPrice | $499,495 | $389,485 | $531,177 | $412,474 | $552,828 | $438,086 |
| Avg. Close Price | $458,613 | $333,885 | $467,426 | $346,603 | $501,226 | $380,497 |
| Average Sales Price:List Price | 91.8% | 85.7% | 88.0% | 84.0% | 90.7% | 86.9% |
| Median DaysOnMarket | 13 | 23 | 12 | 23 | 13 | 22 |
| % Difference in Median DaysOnMarket | | 76.9% | | 91.7% | | 69.2% |
| Avg. DaysOnMarket | 31 | 57 | 30 | 56 | 29 | 44 |
| % Difference in Avg. DaysOnMarket | | 80.9% | | 85.7% | | 54.5% |
| Median TotalMarketTime | 13 | 38 | 12 | 38 | 13 | 35 |
| % Difference in Median TotalMarketTime | | 192.31% | | 216.67% | | 169.23% |
| Double-Ended Listings by the same Agent | 1,405 | 8,415 | 1,242 | 7,065 | 972 | 6,454 |
| Double-Ended Listings by the same Agent % | 3.3% | 4.7% | 3.5% | 4.9% | 3.3% | 4.1% |
| Double-Ended Listings by the same Brokerage Office | 2,811 | 12,960 | 2,449 | 10,917 | 1,965 | 10,311 |
| Double-Ended Listings by the same Brokerage Office % | 6.6% | 7.3% | 6.8% | 7.5% | 6.7% | 6.6% |
| Double-Ended Listings by same Brokerage Firm | 4,321 | 15,532 | 3,771 | 13,305 | 3,036 | 12,844 |
| Double-Ended Listings by same Brokerage Firm % | 10.2% | 8.7% | 10.5% | 9.2% | 10.4% | 8.2% |

DaysOnMarket refers to the amount of time a listing is in an active status before moving to an off-market status. TotalMarketTime calculates off-market time if a listing is reactivated from an off-market status by the same listing agent in less than 90 days.

*Year-to-date numbers are through December 31, 2024*

 This page updated 3/25/2025.

mredllc.com | Originally published 2019, updated 2025

# Private Listing Statistics

## New listings entered monthly in Standard vs Private Statuses



### How many private listings sell in one day or less?

| Price Ranges | | 2022 More than one day | 2022 One day or less | 2023 More than one day | 2023 One day or less | 2024 More than one day | 2024 One day or less |
|---|---|---|---|---|---|---|---|
| 0-$250k | % of Closed Listings | 87.54% | 12.46% | 84.88% | 15.12% | 86.96% | 13.04% |
| | Number of Closed Listings | 7,228 | 1,029 | 5,581 | 994 | 3,774 | 566 |
| $250k-$500k | % of Closed Listings | 87.21% | 12.79% | 86.17% | 13.83% | 86.98% | 13.02% |
| | Number of Closed Listings | 11,707 | 1,717 | 10,319 | 1,656 | 8,332 | 1,247 |
| $500k-$750k | % of Closed Listings | 77.84% | 22.16% | 79.43% | 20.57% | 81.98% | 18.02% |
| | Number of Closed Listings | 3,499 | 996 | 3,171 | 821 | 2,875 | 632 |
| $750k-$1m | % of Closed Listings | 73.21% | 26.79% | 73.25% | 26.75% | 76.58% | 23.42% |
| | Number of Closed Listings | 1,246 | 456 | 1,150 | 420 | 1,066 | 326 |
| $1m+ | % of Closed Listings | 66.33% | 33.67% | 71.32% | 28.68% | 71.86% | 28.14% |
| | Number of Closed Listings | 1,168 | 593 | 1,129 | 454 | 1,060 | 415 |

*Year-to-date numbers are through December 31, 2024*

This page updated 3/25/2025.

Page 17

mredllc.com | Originally published 2019, updated 2025

# Private Listing Statistics

## Listings by Price Range in Private vs Standard

| ListPrice Bands | 2022 | | 2023 | | 2024 | |
|---|---|---|---|---|---|---|
| | Private | Standard | Private | Standard | Private | Standard |
| 0-$250k | 10,636 12.46% | 74,701 87.54% | 8,156 12.39% | 57,670 87.61% | 5,802 9.68% | 54,154 90.32% |
| $250k-$500k | 18,900 21.19% | 70,285 78.81% | 15,974 21.78% | 57,375 78.22% | 13,245 16.72% | 65,995 83.28% |
| $500k-$750k | 6,805 26.43% | 18,938 73.57% | 5,972 26.82% | 16,297 73.18% | 5,192 20.28% | 20,407 79.72% |
| $750k-$1m | 2,736 29.02% | 6,693 70.98% | 2,454 29.36% | 5,903 70.64% | 2,139 22.97% | 7,174 77.03% |
| $1m+ | 4,746 6.67% | 66,422 93.33% | 5,038 7.01% | 66,810 92.99% | 4,195 5.67% | 69,805 94.33% |
| Grand Total | 43,823 15.60% | 237,039 84.40% | 37,594 15.56% | 204,055 84.44% | 30,573 12.32% | 217,535 87.68% |

## Comparison of Days in Status

| Price Ranges | Days Spent in Private Status | | Days On Market in Active Status | |
|---|---|---|---|---|
| | | | Listings that used Private | Listings that did not use Private |
| 0-$250k | 20 | Average | 30 | 48 |
| | 9 | Median | 12 | 22 |
| $250k-$500k | 21 | Average | 25 | 37 |
| | 9 | Median | 12 | 19 |
| $500k-$750k | 26 | Average | 27 | 43 |
| | 11 | Median | 13 | 22 |
| $750k-$1m | 32 | Average | 30 | 48 |
| | 13 | Median | 14 | 25 |
| $1m+ | 41 | Average | 44 | 68 |
| | 17 | Median | 23 | 40 |

- **67.7% of agents who use Private Listings use it again.**

*Year-to-date numbers are through December 31, 2024*

This page updated 3/25/2025.

mredllc.com | Originally published 2019, updated 2025

# Implementation and Impact
## in the MRED Marketplace



MRED's focus groups felt it was extremely important for Private Listings to be quick and easy to submit via mobile devices because of the 24 hour time constraint. Also, agents representing sellers who were on the fence would be more likely to share a few fields as they test the market, but the full listing detail required for Standard Listings disincentivized the submission of these listings. As a result, there are only a minimum number of fields required for Private Listings, many fewer than are required for a standard MLS listing.

Since implementing Private Listings, MRED has seen it become a frequently used staple of the MLS database. There has also been a dramatic decrease in the number of "Pocket Listing" complaints from subscribers. Brokerages have also commended MRED's policy for its ability to combat fragmentation and the stress a divided marketplace causes.

Although MRED puts no restrictions regarding the amount of time a listing may be in Private status, these listings do expire on the entered expiration date.

**How Are Private Listings Handled in Data Delivery?**

MRED distributes listing data through multiple channels, each serving a specific function. Private listings are available in select feeds for defined uses, primarily for established relationships between brokers and their clients.

- **Internet Data Exchange (IDX)**: A broker-to-broker advertising agreement allowing listings to appear on public real estate websites, excluding confidential and agent-only fields. Private Listings are not available in this feed.
- **Virtual Office Website (VOW):** A consumer search tool requiring registration to establish a relationship between a broker and their client, where MLS listings are available behind a login. MRED is reviewing adding Private Listings to VOW feeds, pending a legal review of the lawful consumer-agent relationship and required agreements.
- **Broker Back Office:** The most comprehensive MLS feed, providing all collected listing data (except drafts) for internal brokerage use. Private Listings are available to all brokerages for uses such as accounting software or support of MLS integrations like showing services and earnest money. They are not meant for public display.
- **Broker Only Feeds:** Contains all listing data specific to a brokerage, including private listings and drafts, allowing full control over how listings are shared. No restrictions exist on a brokerage on how they use, display, or distribute their own listings from this feed.



Page 19

**mredllc.com | Originally published 2019, updated 2025**

# Implementation and Impact
## in the MRED Marketplace



**What About Days on Market (DOM)?**

Private Listings do not accumulate days on market until they move to a Standard Listing (including statuses such as New, Active, Closed, etc.). This ensures that Private Listings do not artificially inflate market time calculations, maintaining accurate data for agents and clients.

MRED Participants and Subscribers can see the history of Private Listings, but it is not made available for public display.

**What Statuses are Available for Private Listings?**

In the MLS, brokers have more distinct status options to provide additional transparency on a listing to their colleagues.

| Active Statuses | Off-Market Statuses |
|---|---|
| Active | Cancelled |
| Auction | Closed |
| Back on Market | Expired |
| New | Pending |
| Price Change | Rented |
| Re-activated | Sold |
| Temporarily No Showings | |
| Contingent | |
| | |
| Active (Private) | Pending (Private) |
| Contingent (Private) | Expired (Private) |
| | Cancelled (Private) |



mredllc.com | Originally published 2019, updated 2025

# Implementation and Impact in the MRED Marketplace



" "MRED has very cleverly solved how to pre-market your clients' properties with the creation of Private Listings, which is only available to MLS subscribers. It doesn't matter whether it is new construction 10 months out, or a home that needs two weeks before it is ready to show. The limited data required for a listing on the network empowers all brokers with enough knowledge of the property address, price range, and contact broker information to inform your buyers. We all turn to the MLS as the major source when looking for comps. Listings that may have appeared and sold through off-MLS sites only hurt the accuracy of our major data source. I think the creation of Private Listings can only continue to improve MLS accuracy and completeness and is thus a benefit to us all."

-*Michael Emery, Broker/Partner, Urban Real Estate, Chicago*

mredllc.com | Originally published 2019, updated 2025

# MRED Training and Marketing Materials



Education is a critical part of the implementation process of MRED Private Listings. Proper explanation of Private Listings and expectations for its use are a vital part of ensuring real estate professionals completely understand the rationale behind the rules. MRED accomplishes this with detailed messaging through all its available electronic communication channels.

**Below are several of the educational resources we provide to real estate professionals regarding Private Listings:**

**MRED distributes slide decks monthly to managing brokers for use in their sales meetings. The following slides were sent out by MRED as part of these decks to promote subscriber knowledge of Private Listings:**

## Updates to Private listings

Private listings are now easier to search and provide more information for clients!

Private listings which are designated as shareable with clients now have additional required fields, which are based on subscriber feedback and commonly searched fields.

This improves Private listing search results for all!

Please note: With this update, Private Listings will be added to the Broker Back Office feed in an upcoming update, which will make them available in products such as Zenlist, ShowingTime, lockbox services, and TrustFunds. These listings will not be available for consumer display except on client searches set up within the MLS. They will only be visible when the listing broker has designated them as shareable with clients.



**Learn more**

MRED

mredllc.com | Originally published 2019, updated 2025



## Frequently asked questions

**Q**

How does Market Time accrue as a Private listing?

**A**

Listing market time will not accrue while a property is an active Private listing. Additionally, listing market time will not be added for the period the property is in Private status if transitioned to a Standard listing as new.

If a property goes under contract or closes while a Private listing, the listing market time will calculate from the list date to the Contract Date once the listing is changed to a Standard listing.



## Frequently asked questions

**Q**

How can I change my Standard Listing into a Private Listing?

**A**

You can't directly convert a Standard Listing to Private, but you can **cancel** the Standard Listing and clone it as a Private Listing by following these steps:

**Step 1: Cancel the Standard Listing**

1. Go to **Listings** at the top of the MLS.
2. Click **Edit Listing Status/Price.**
3. Enter the **MLS ID** and click **Submit**.
4. Change the status to **Cancelled** and **Save**.

**Step 2: Clone the Listing as Private**

1. Go to **Listings** and select **Add a New Listing** from the dropdown.
2. Click **Continue** (if drafts exist) or proceed to the **Add a New Listing** page.
3. Select the **Property Type.**
4. Choose **Private** as the listing type.
5. Under "Listing Source," select **Autopopulate from MLS data (clone).**
6. Enter the **MLS ID** and click **Next**.
7. Check the box next to the MLS ID to confirm the match and click **Next**.
8. Add any missing details (e.g., list price, list date, photos).
9. Complete any additional required fields and **Activate** the listing.

Your listing is now successfully cloned as a **Private Listing!**





mredllc.com | Originally published 2019, updated 2025

# Conclusion



How do we build a marketplace that works for everyone, when no two buyers or sellers are the same? The stories discussed in this white paper reveal a bigger truth: the real estate market is evolving. MLSs must evolve with it.

At MRED, we've spent nearly a decade balancing transparency, privacy, fairness, and flexibility. That balance only happens through listening, updating, and staying laser-focused on what matters most—the people.

The future of the MLS depends on this mindset. It's not one-size-fits-all. It's ongoing, responsive, and rooted in doing what's right for the marketplace.

MRED is proud to lead the way. We encourage our peers to create a marketplace that's fair for all by iterating, adapting, and balancing the needs of buyers and sellers.

**Join us in building a more transparent, cooperative marketplace—together.**

## For More Information

If you would like to learn more about MRED Private Listings,
feel free to reach out to us at:

**communications@mredllc.com**

This document is available online:  www.mredllc.com

mredllc.com | Originally published 2019, updated 2025

# Addendum



## MAINSTREET ORGANIZATION OF REALTORS®
## PRIVATE LISTING ADDENDUM



To be used as an addendum to Exclusive Marketing Agreement ("Agreement") dated _____ 20, _____ by and between: _____ (Seller/Landlord) and _____ (Brokerage) for property located at _____ ("Property").

A seller may market its real estate in Midwest Real Estate Data ("MRED")'s multiple listing service ("MLS") as a Private Listing. A Private Listing is a tool that allows a seller to limit the scope of its real estate's marketing exposure. Use of a Private Listing may lead to a sale or may simply be a step in the sale process.

**Marketing activities associated with a Private Listing reach a limited pool of potential buyers. As a result, a seller may not obtain the maximum price or optimal terms for the sale of seller's real estate. Real estate that is under contract before it becomes "active" in MRED's MLS or other listing services (hereinafter referred to as the "Services"), has not had the benefit of being fully exposed to the open market.**

Seller hereby grants Brokerage the authority to list Seller's Property as a Private Listing and understands that such listing will limit the scope of marketing for the Property.

All properties listed as a Private Listing are subject to the Illinois Real Estate License Act of 2000, as amended, and any and all applicable local, state or federal laws or regulations related to the sale of real estate, and require a valid signed Exclusive Brokerage Agreement. Seller acknowledges that Brokerage has obligations under applicable rules and regulations as a condition of placing Seller's Property as a Private Listing. **Any change in the Property's status (including but not limited to: execution of contract, reactivation, cancellation of contract, etc.) while as a Private Listing must be reported to MRED within forty-eight (48) hours**.

Seller further acknowledges during this marketing stage, information about Seller's Property will not be transmitted through the Services used by the public to search for property listings.

Acknowledging the foregoing, the parties hereby agree and Seller authorizes Brokerage to engage in marketing activities described herein and as set forth below.

Initial all marketing activities that Brokerage is authorized to conduct:

_____/_____ Place a "Yard Sign" and any appropriate sign riders on the Property. Seller understands that property must be submitted as a Private Listing within twenty-four (24) hours of any public marketing.

_____/_____ Place advertisements and conduct other marketing activities. Seller understands that property must be submitted as a Private Listing within twenty-four (24) hours of any public marketing.

_____/_____ ❑ Show the Property to prospective buyers and/or their brokers, or

*[CHOOSE ONLY ONE]* ❑ Do not show the Property to **ANY** prospective buyers and/or their brokers (including listing brokerage).

_____/_____ **Property will be submitted as a Private Listing within forty-eight (48) hours of the effective date OR within twenty-four (24) hours of any public marketing** and:

*[CHOOSE ONLY ONE]* ❑ Will remain as a Private Listing until written direction of the Seller is received, and then converted to a standard listing.

❑ Will be converted to a standard listing on _____, 20_____.

❑ Will remain as a Private Listing until expiration of the Agreement.

All terms of the Exclusive Marketing Agreement shall remain unchanged and in full force and effect, except as amended herein.

_____
Designated Managing Broker (Print)

_____
Designated Managing Broker (Signature)

_____
Date

_____
Designated Agent (Signature)

_____
Date

_____
Seller (Signature)

_____
Seller (Signature)

_____
Date



FAQs

# Private Listing FAQs

**What are Private Listings?**
A Private (PRIV) Listing is a listing with limited required fields. These listings are sometimes referred to as "coming soon" listings. The listing broker decides if the listing can be shared with individuals outside the MLS.

**If I want to market the listing as Private, do I need my seller to sign anything?**
Yes. You should have a conversation with your seller about the differences between inputting the listing as Private or Standard. It's also recommended that you have your seller sign an addendum form created by your Association or Brokerage.

**Are there any new rules regarding Private or exempt listings in general?**
Yes. Any listing entered into connectMLS (whether Private or Standard), must be entered within 48 hours of the list date or within 24 hours of advertising to the general public, whichever happens first. Public advertising includes mediums such as for sale signs, public websites, and print media. Failure to comply with this rule will result in an automatic fine of $1,000.

mredllc.com | Originally published 2019, updated 2025

# Private Listing FAQs

**If a Private Listing closes due to the procuring cause that it was found as Private, is there a fine if it's not reported closed as Standard?**
Yes. Failure to report closed within 48 hours carries an automatic fine of $250.

**When should I move a listing from Private to Standard?**
When and if directed by the seller per your marketing agreement OR when a transaction closes where the procuring cause was produced from a Private Listing.

**What are the difference between the Private and Standard Listings?**
- There are a limited number of fields (both required and non-required) for Private and Standard Listings.
- An office receives only their Private Listings. They do not receive Private Listings for other companies.
- There is no time limit for a listing to be Private and no market time accrues while Private.

**Do I need a signed listing agreement to enter a listing as Private?**
Yes. You must have a signed listing agreement for any Private Listing, just as you are required to have one in order to input a Standard Listing.

**Can I share Private Listings with my client?**
Yes, if the listing agent has designated the listing as shareable.

mredllc.com | Originally published 2019, updated 2025

# Private Listing FAQs

**<u>Does market time accrue while Private?</u>**
No. Market time will not accrue while Private. Market time will also not be added for the period the property is in private status if transitioned to Standard. Days on market calculations will start once the listing is activated as Standard either as a NEW or CLSD listing.

**<u>How long can a listing remain Private?</u>**
There is no time limit, but the listing will expire on the entered expiration date. Once it expires as Private, it cannot be reactivated as active.

**<u>If a listing expires while Private, can it be reactivated?</u>**
Yes, with a status change form.

**<u>Can I get instantly notified when a new Private Listing has hit the MLS?</u>**
Yes! You can create an automated search that detects and notifies you of new listings and updates to Private Listings.

mredllc.com | Originally published 2019, updated 2025



## MLS Listing Exemption Authorization

This is an acknowledgement ("Acknowledgement") dated _____ regarding the listing of the property known as _____ ("Property"), hereinafter _____ is referred to as "Owner" and _____is referred to as "Broker".

1. **MULTIPLE LISTING SERVICE:** Broker is a participant/customer to MRED's multiple listing service ("MLS"), the prevalent database of properties for sale or rent in the greater Chicagoland metropolitan area that is disseminated to and accessible by all other real estate agents who are participants/customers to the MLS. MRED's purpose is to support its nearly 45,000 real estate professionals in their cooperative efforts to bring together buyers and sellers, renters and lessors and assist in the real estate transaction process.

2. **MANDATORY SUBMISSION TO MLS:** The MLS requires brokers participating in the service to submit all exclusive right to sell, exclusive right to lease, and exclusive agency listings for real property to the MLS") *within 48 hours of the effective listing date or within 24 hours after the real estate broker advertises the real property to the general public through a website or utilizes any publicly accessible print advertisements, including for sale signs, whichever is earlier.* If Owner declines to permit the listing to be disseminated via the MLS, and the property will not be *advertised to the public through a website or utilizes any publicly accessible print advertisements, including for sale signs* a listing exemption form shall be signed by Owner indicating that Owner does not desire the listing to be immediately filed with the MLS and the listing exemption form shall be filed with the MLS upon request.

3. **EXPOSURE TO BUYERS AND RENTERS THROUGH MLS:** Listing property with the MLS exposes the Property to all real estate brokers and managing brokers who are participants/customers of the MLS or any reciprocating MLSs, and potential buyer and renter clients of those brokers and managing brokers. The MLS may further transmit the MLS database to internet sites or apps that post property listings online.

4. **BROKER DUTIES:** While a listing is accessible 24/7 to all MRED's MLS participants/customers, Owner's Broker continues to maintain the listing by arranging for showings of the Property according to the procedures he/she has explained to Owner. Whether or not a property is listed in the MLS, Broker will remain responsible for providing the minimum services required by law to Owner.

5. **REALTOR® CODE OF ETHICS**: As a member of the National Association of REALTORS≤ (NAR), all MRED participants/customers agree to abide by NAR's code of ethics and cooperate with all brokers in making your property available for showings to prospective buyers or renters. They also adhere to strict NAR guidelines for the presentation and negotiation of contracts, thus furthering the interest of both the client and the public.

6. **NO ADDITIONAL FEES:** There are no additional listing costs charged by MRED for the placement of your Property's listing into MRED's MLS database.

7. **IMPACT OF EXCLUSION OF PROPERTY FROM MLS:** If Property is excluded from the MLS, Owner understands and acknowledges that (a) real estate brokers and managing brokers from other real estate offices who have access to the MLS, and their buyer or renter clients, may not be aware that Owner's Property is offered for sale or lease; (b) information about Owner's Property will not be disseminated by MRED to various real estate internet sites used by the public to search for property listings; and (c) real estate brokers, managing brokers and members of the public may be unaware of the terms and conditions under which Owner is marketing the Property.

8. **FAIR HOUSING:** Owner's decision to exclude the Property from the MRED MLS database is based upon reasons other than a refusal or reluctance on Owner's part to show, list, negotiate or sell the Property to an individual on the basis of one's membership in a protected class, e.g.: race, color, religion, national origin, sex, ancestry, age, order of protection status, marital status, physical or mental disability, military status, sexual orientation, familial status or any other class protected by Article 3 of the Illinois Human Rights Act. Owner acknowledges that they shall also be bound by the provisions of federal, state and local (city and/or county) human rights or fair housing laws (if any) and agree to comply with same.

9. **SELLER OPT-OUT:** Owner understands the implications of not submitting Property to MRED's MLS database and authorizes Broker as follows (Check only one):

   A. ☐ Do not submit Property to the MLS for a period of _____ calendar days from the commencement of the listing.
   B. ☐ Do not submit Property to the MLS until _____(date).
   C. ☐ Do not submit Property to the MLS until additional service(s) (e.g. virtual tours, professional photography, painting, staging, etc.) has been completed, which must be completed by _____(date). Service(s) to be completed:_____
   D. ☐ Do not submit Property to the MLS during the entire listing provided for in the Agreement.
   E. ☐ Do not submit Property to the MLS until given further written notice.

By signing below, Owner acknowledges that Owner has read, understands, accepts and has received a copy of this form.

Owner Signature _____ Date _____
Address_____ State _____ Zip _____

Owner Signature _____ Date _____
Address_____ State _____ Zip _____

Real Estate Broker (Firm)_____ Listing Agent ID #_____
By (Managing Broker)_____
Address_____ State _____ Zip _____
Managing Broker Signature _____

## ADDING NEW LISTING DISPLAY CONTROLS

### 3RD PARTY DISPLAY CONTROLS
#### (VIA ADD/EDIT LISTING DETAILS IN MEDIA)

**Current Fields**

*VOW Comments/Reviews (Y/N)

*VOW AVM (Y/N)

*Internet Listing (Y/N)

*Remarks On Internet? (Y/N):

*Property Address On Internet? (Y/N):

**Proposed Additional Fields**

*Allow Display of Price History On Internet (Y/N):

*Allow Display of Market Time On Internet (Y/N):

*Allow AVM On IDX? (Y/N):

*Allow Display of 3rd Party Advertising On Listing Detail Page (Y/N):

* indicates required field

mredllc.com | Originally published 2019, updated 2025









mredllc.com | Originally published 2019, updated 2025



# SCHEDULE A SHOWING: DIRECTING LEADS TO LISTING BROKERAGE

## 3RD PARTY DISPLAY CONTROLS
### (VIA ADD/EDIT LISTING DETAILS IN MEDIA)

**Proposed Additional Fields**

*Display of Schedule a Showing Button On Internet (Y/N): [          ]

*indicates required field*

mredllc.com | Originally published 2019, updated 2025





mredllc.com | Originally published 2019, updated 2025

## About MRED



Midwest Real Estate Data (MRED) is the multiple listing service (MLS) for real estate professionals across northern Illinois, southern Wisconsin, and northwest Indiana. MRED connects real estate professionals with the tools, data, and support they need to serve clients and grow their businesses. MRED is a member of the Real Estate Standards Organization (RESO), MLS Grid, and supports the Broker Public Portal. For more information, please visit MREDLLC.com.

## Acknowledgements

MRED would like to thank Mainstreet REALTORS® for allowing the use of its addendum form.

mredllc.com | Originally published 2019, updated 2025

# Additional Resources



- NAR's Multiple Listing Options for sellers FAQ sheet
- Council of MLS: Clear Cooperation FAQ
- HousingWire: NAR to vote on Clear Cooperation Policy as legal threat looms
- HousingWire: Compass tells MLSs to change CCP or face legal exposure
- Chicago Agent Magazine: Clear Cooperation: Keep it, ditch it or reform it?
- Inman News: It couldn't 'be a worse time' to repeal Clear Cooperation (paywall)
- Inman News: Clear Cooperation favors free markets: Bess Freedman (paywall)
- Inman News: Fate of Clear Cooperation at hand as Ketchmark issues new warning (paywall)
- Inman News: American Real Estate Association floats Clear Cooperation solution (paywall)
- Art Carter Op-Ed: Mandatory Cooperation: Strengthening Real Estate Transparency and Collaboration
- RETechnology: Days on Market Problem
- Real Estate News: It's time to stop tearing each other down over Clear Cooperation
- Real Estate News: 'Future class-action' or 'expanding choice'? Leaders on CCP news
- Original MRED Private Listing white paper



mredllc.com | Originally published 2019, updated 2025

