## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Zillow Group, Inc., et al.

Plaintiff,

v.
Case No.: 1:26–cv–05451
Honorable John J. Tharp Jr.

Midwest Real Estate Data LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 22, 2026:

     MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held on 5/22/26. Plaintiffs' Motion for Temporary Restraining Order [41] is denied as to Defendants Compass, Inc. and Compass Illinois, Inc. and granted in part and denied in part as to Defendant Midwest Real Estate Data LLC for the reasons discussed on record. The parties shall meet and confer and submit a proposed order to the Court's courtroom deputy. Plaintiffs' Motion for Expedited Discovery [28] is granted. The telephone hearing set for 5/26/26 at 2:00 p.m. [38] will proceed as scheduled. Prior to the hearing, counsel shall confer on an expedited schedule for discovery and briefing on the pending motions for preliminary injunction and to compel arbitration. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.