UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., | Case No. 1:26-cv-05451 |
| *Plaintiffs*, | |
| v. | Judge John J. Tharp, Jr. |
| MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., | |
| *Defendants*. | |

**ORDER**

Plaintiffs' Motion for Temporary Restraining Order [41] is GRANTED IN PART AND DENIED IN PART as follows:

1. Defendant Midwest Real Estate Data LLC ("MRED") shall immediately restore Plaintiffs' access to MRED's IDX and VOW residential real estate listing data feeds ("MRED Listing Feeds");

2. During the term of this temporary restraining order, MRED is prohibited from suspending or terminating Plaintiffs' access to the MRED Listing Feeds provided that Plaintiffs do not withhold from public display on Plaintiffs' own platforms any residential real estate for-sale listing (a "Listing") that (i) was included in the MRED Listing Feeds on or before May 21, 2026, or (ii) is located in a Zip code in which at least one (1) other Listing was previously included in the MRED Listing Feeds between April 23, 2025 to April 23, 2026; and

1

3. The foregoing orders shall remain in effect until fourteen (14) days after entry of this order.

4. The parties are directed to submit to the Court by May 26, 2026, a list of the specific zip codes included in ¶ 2(ii) above.

Plaintiff's motion [41] is DENIED as to Defendants Compass, Inc. and Compass Illinois, Inc.

Plaintiffs' Motion for Expedited Discovery [28] is GRANTED. The parties shall confer on limited discovery to take place prior to briefing on Plaintiffs' Motion for Preliminary Injunction [21] and MRED's Motion to Compel Arbitration [30]. A status hearing will be held by videoconference on May 26, 2026 at 2:00 p.m. The parties shall report on the status of their discussions and provide a proposed briefing and hearing schedule on the Motion for Preliminary Injunction and Motion to Compel Arbitration.

Date: May 22, 2026

John J. Tharp, Jr.
United States District Judge

2