



FILED
5/22/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

DMITRY SHKIPIN (*pro se*)
support@homeopenly.com
325 Sharon Park Dr. #416
Menlo Park, CA 94025
Telephone: 650.281.6962

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Zillow Group, Inc. et al.<br><br>    Plaintiff,<br><br>  v.<br><br>Midwest Real Estate Data LLC et al.<br><br>    Defendant. | Case No.: 1:26-cv-05451<br><br>**GEODOMA'S STATEMENT IN SUPPORT OF NEITHER PARTY**<br><br>Judge:  Hon. John J. Tharp Jr. |

## STATEMENT

Your Honor, according to the HousingWire Article titled, ***Judge orders MRED to restore***

***Zillow listing feeds in Chicago*** published by Brooklee Han on May 22, 2026 -

> In an emailed statement, a Zillow spokesperson told HousingWire, that the ruling
> on its motion was "an important first step for the Chicago home buyers, sellers
> and agents who have been harmed by a coordinated scheme between MRED and
> Compass to reduce transparency in the housing market."
>
> "***In the middle of a housing affordability crisis, powerful industry players***
> ***colluded to hide listings, suppress competition and steer consumers toward a***
> ***single dominant brokerage,***" the spokesperson wrote. "The court immediately
> recognized what was at stake, not just for Zillow, but for every person trying to
> find or sell a home across Illinois and beyond. We will continue to fight to ensure
> this anti-consumer conduct is not allowed to take root permanently." (Source:
> https://www.housingwire.com/articles/judge-restores-zillow-mred-feeds/ )

Since 2012, HomeLight, Inc. has scammed over 1,200,000 people with RESPA-banned

kickbacks from over $17,000,000,000 in real estate commissions - as a "paper" brokerage that

has a single person listed on their CA-DRE brokerage license (Source:

https://www2.dre.ca.gov/publicasp/pplinfo.asp?License_id=01900940 ). Consumers cannot even

effectively sue HomeLight, Inc. for this RESPA fraud (bound by valid class action waivers).

Since 2018, in the middle of a housing affordability crisis, Zillow Preferred (Flex)

scammed Consumers out of ~$5B with ~40% RESPA-banned "success fees." Approximately

every four (4) seconds, Zillow violates RESPA Section 8(a). Consumers do not know the true

price of Zillow Preferred (Flex), only because they do not understand RESPA and RICO.

Dated: May 22, 2026

*/s/ Dmitry Shkipin*

Dmitry Shkipin, pro se

GEODOMA'S STATEMENT IN SUPPORT
OF NEITHER PARTY        2        Case No.: 1:26-cv-05451