**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., <br><br> *Defendants*. | Case No. 1:26-cv-05451 <br><br> Judge: Hon. John J. Tharp, Jr. |

## JOINT STATEMENT REGARDING ZIP CODES RELEVANT TO TEMPORARY RESTRAINING ORDER

Plaintiffs and Defendant Midwest Real Estate Data LLC respectfully submit this joint statement to advise the Court that the parties have reached agreement on the list of Zip codes relevant to paragraph 2(ii) of the Temporary Restraining Order (Dkt. 52). The parties' agreed list is reflected in Appendix A.

Respectfully submitted,

Dated: May 27, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ *Bonnie Lau*
Bonnie Lau (admitted *pro hac vice*)
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: blau@wsgr.com

Brian J. Smith (IL Bar No. 6321543)
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: brian.smith@wsgr.com
*Admitted to practice only in Illinois and Maine*

Beau W. Buffier (admitted *pro hac vice*)
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bbuffier@wsgr.com

Nicholas R. Sidney (admitted *pro hac vice*)
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (866) 974-7329
Email: nsidney@wsgr.com

*Attorneys for Plaintiffs Zillow Group, Inc. and Zillow, Inc.*

Dated: May 27, 2026

/s/ *Dylan Carson*
Dylan M. Carson (pro hac vice)
Joshua N. Drian (pro hac vice)
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Ave. NW (Suite 600) Washington, D.C. 20036
(202) 585-6500
dcarson@manatt.com
jdrian@manatt.com

Stephen D. Libowsky
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin St. (Suite 2600)
Chicago, IL 60606
(312) 477-4798
slibowsky@manatt.com
Attorney No. 6187081

*Attorneys for Defendant Midwest Real Estate Data, LLC*

2

**Appendix A**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04401 | 46405 | 52069 | 52761 | 53190 | 60012 | 60076 | 60142 | 60196 |
| 16354 | 46406 | 52070 | 52765 | 53191 | 60013 | 60077 | 60143 | 60201 |
| 25806 | 46407 | 52084 | 52767 | 53192 | 60014 | 60081 | 60144 | 60202 |
| 27801 | 46408 | 52086 | 52768 | 53205 | 60015 | 60083 | 60145 | 60203 |
| 33076 | 46409 | 52216 | 52772 | 53212 | 60016 | 60084 | 60146 | 60301 |
| 33478 | 46410 | 52233 | 52773 | 53213 | 60018 | 60085 | 60147 | 60302 |
| 33908 | 46506 | 52241 | 52774 | 53217 | 60020 | 60087 | 60148 | 60304 |
| 34113 | 46511 | 52245 | 52777 | 53220 | 60021 | 60089 | 60150 | 60305 |
| 34420 | 46528 | 52254 | 52778 | 53222 | 60022 | 60090 | 60151 | 60350 |
| 34491 | 46536 | 52255 | 52801 | 53402 | 60025 | 60091 | 60152 | 60401 |
| 36530 | 46615 | 52302 | 52802 | 53403 | 60026 | 60093 | 60153 | 60402 |
| 42001 | 47928 | 52317 | 52803 | 53404 | 60029 | 60096 | 60154 | 60403 |
| 42003 | 47948 | 52337 | 52804 | 53405 | 60030 | 60097 | 60155 | 60404 |
| 46234 | 47951 | 52340 | 52806 | 53406 | 60031 | 60098 | 60156 | 60406 |
| 46301 | 47952 | 52358 | 52807 | 53511 | 60033 | 60099 | 60157 | 60407 |
| 46303 | 47960 | 52372 | 52903 | 53516 | 60034 | 60101 | 60160 | 60408 |
| 46304 | 47963 | 52402 | 53020 | 53522 | 60035 | 60102 | 60162 | 60409 |
| 46307 | 47969 | 52404 | 53027 | 53534 | 60040 | 60103 | 60163 | 60410 |
| 46310 | 49032 | 52472 | 53051 | 53538 | 60041 | 60104 | 60164 | 60411 |
| 46311 | 49047 | 52601 | 53074 | 53546 | 60042 | 60106 | 60165 | 60415 |
| 46312 | 49085 | 52625 | 53104 | 53570 | 60043 | 60107 | 60168 | 60416 |
| 46319 | 49095 | 52641 | 53105 | 53572 | 60044 | 60108 | 60169 | 60417 |
| 46320 | 49106 | 52653 | 53114 | 53585 | 60045 | 60109 | 60171 | 60418 |
| 46321 | 49117 | 52721 | 53115 | 53590 | 60046 | 60110 | 60172 | 60419 |
| 46322 | 49120 | 52722 | 53121 | 53803 | 60047 | 60111 | 60173 | 60420 |
| 46323 | 49128 | 52726 | 53125 | 53811 | 60048 | 60112 | 60174 | 60421 |
| 46324 | 49406 | 52727 | 53128 | 53818 | 60049 | 60113 | 60175 | 60422 |
| 46327 | 49855 | 52728 | 53132 | 53910 | 60050 | 60115 | 60176 | 60423 |
| 46341 | 50072 | 52729 | 53139 | 53916 | 60051 | 60118 | 60177 | 60424 |
| 46342 | 50135 | 52730 | 53140 | 53934 | 60053 | 60119 | 60178 | 60425 |
| 46349 | 50613 | 52731 | 53142 | 53964 | 60055 | 60120 | 60180 | 60426 |
| 46350 | 50682 | 52732 | 53143 | 53965 | 60056 | 60123 | 60181 | 60428 |
| 46356 | 50701 | 52738 | 53144 | 54235 | 60060 | 60124 | 60184 | 60429 |
| 46360 | 50803 | 52742 | 53147 | 54494 | 60061 | 60126 | 60185 | 60430 |
| 46368 | 50804 | 52745 | 53154 | 54968 | 60062 | 60129 | 60186 | 60431 |
| 46373 | 51265 | 52746 | 53158 | 54982 | 60064 | 60130 | 60187 | 60432 |
| 46375 | 51554 | 52747 | 53168 | 57232 | 60067 | 60131 | 60188 | 60433 |
| 46383 | 52001 | 52748 | 53170 | 58601 | 60068 | 60133 | 60189 | 60435 |
| 46385 | 52003 | 52751 | 53171 | 60002 | 60069 | 60134 | 60190 | 60436 |
| 46391 | 52031 | 52753 | 53179 | 60004 | 60070 | 60135 | 60191 | 60437 |
| 46392 | 52033 | 52756 | 53181 | 60005 | 60071 | 60136 | 60192 | 60438 |
| 46394 | 52037 | 52757 | 53182 | 60007 | 60072 | 60137 | 60193 | 60439 |
| 46403 | 52060 | 52758 | 53184 | 60008 | 60073 | 60139 | 60194 | 60440 |
| 46404 | 52064 | 52760 | 53185 | 60010 | 60074 | 60140 | 60195 | 60441 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 60442 | 60503 | 60558 | 60639 | 60931 | 61019 | 61089 | 61276 | 61354 |
| 60443 | 60504 | 60559 | 60640 | 60932 | 61020 | 61101 | 61277 | 61356 |
| 60444 | 60505 | 60560 | 60641 | 60933 | 61021 | 61102 | 61278 | 61358 |
| 60445 | 60506 | 60561 | 60642 | 60934 | 61024 | 61103 | 61279 | 61359 |
| 60446 | 60507 | 60563 | 60643 | 60935 | 61025 | 61104 | 61281 | 61360 |
| 60447 | 60510 | 60564 | 60644 | 60936 | 61028 | 61107 | 61282 | 61361 |
| 60448 | 60511 | 60565 | 60645 | 60938 | 61030 | 61108 | 61283 | 61362 |
| 60449 | 60512 | 60585 | 60646 | 60940 | 61031 | 61109 | 61284 | 61363 |
| 60450 | 60513 | 60586 | 60647 | 60941 | 61032 | 61111 | 61285 | 61364 |
| 60451 | 60514 | 60601 | 60649 | 60942 | 61036 | 61112 | 61301 | 61367 |
| 60452 | 60515 | 60602 | 60651 | 60945 | 61038 | 61114 | 61310 | 61368 |
| 60453 | 60516 | 60603 | 60652 | 60946 | 61039 | 61115 | 61311 | 61369 |
| 60455 | 60517 | 60604 | 60653 | 60948 | 61041 | 61201 | 61312 | 61370 |
| 60456 | 60518 | 60605 | 60654 | 60949 | 61042 | 61210 | 61313 | 61371 |
| 60457 | 60519 | 60606 | 60655 | 60950 | 61043 | 61230 | 61314 | 61372 |
| 60458 | 60520 | 60607 | 60656 | 60951 | 61046 | 61231 | 61316 | 61373 |
| 60459 | 60521 | 60608 | 60657 | 60952 | 61047 | 61232 | 61317 | 61374 |
| 60460 | 60522 | 60609 | 60659 | 60953 | 61048 | 61233 | 61318 | 61375 |
| 60461 | 60523 | 60610 | 60660 | 60954 | 61049 | 61234 | 61319 | 61376 |
| 60462 | 60525 | 60611 | 60661 | 60955 | 61050 | 61235 | 61320 | 61377 |
| 60463 | 60526 | 60612 | 60706 | 60956 | 61051 | 61238 | 61321 | 61378 |
| 60464 | 60527 | 60613 | 60707 | 60957 | 61052 | 61239 | 61322 | 61379 |
| 60465 | 60530 | 60614 | 60712 | 60958 | 61053 | 61240 | 61323 | 61401 |
| 60466 | 60531 | 60615 | 60714 | 60959 | 61054 | 61241 | 61324 | 61410 |
| 60467 | 60532 | 60616 | 60803 | 60960 | 61060 | 61242 | 61325 | 61412 |
| 60468 | 60534 | 60617 | 60804 | 60961 | 61061 | 61243 | 61326 | 61413 |
| 60469 | 60536 | 60618 | 60805 | 60962 | 61062 | 61244 | 61327 | 61414 |
| 60470 | 60537 | 60619 | 60827 | 60963 | 61063 | 61250 | 61329 | 61415 |
| 60471 | 60538 | 60620 | 60901 | 60964 | 61064 | 61251 | 61330 | 61418 |
| 60472 | 60540 | 60621 | 60910 | 60966 | 61065 | 61252 | 61332 | 61420 |
| 60473 | 60541 | 60622 | 60911 | 60968 | 61067 | 61254 | 61333 | 61421 |
| 60474 | 60542 | 60623 | 60912 | 60970 | 61068 | 61256 | 61334 | 61422 |
| 60475 | 60543 | 60624 | 60913 | 60973 | 61070 | 61257 | 61335 | 61423 |
| 60476 | 60544 | 60625 | 60914 | 60974 | 61071 | 61258 | 61336 | 61427 |
| 60477 | 60545 | 60626 | 60915 | 61001 | 61072 | 61259 | 61337 | 61428 |
| 60478 | 60546 | 60628 | 60917 | 61006 | 61073 | 61260 | 61338 | 61430 |
| 60479 | 60548 | 60629 | 60918 | 61007 | 61074 | 61261 | 61340 | 61431 |
| 60480 | 60549 | 60630 | 60919 | 61008 | 61075 | 61262 | 61341 | 61434 |
| 60481 | 60550 | 60631 | 60920 | 61010 | 61077 | 61263 | 61342 | 61436 |
| 60482 | 60551 | 60632 | 60921 | 61011 | 61078 | 61264 | 61344 | 61437 |
| 60484 | 60552 | 60633 | 60922 | 61012 | 61080 | 61265 | 61345 | 61438 |
| 60487 | 60553 | 60634 | 60924 | 61013 | 61081 | 61270 | 61346 | 61439 |
| 60490 | 60554 | 60635 | 60927 | 61014 | 61084 | 61272 | 61348 | 61441 |
| 60491 | 60555 | 60636 | 60928 | 61015 | 61085 | 61273 | 61349 | 61442 |
| 60501 | 60556 | 60637 | 60929 | 61016 | 61087 | 61274 | 61350 | 61443 |
| 60502 | 60557 | 60638 | 60930 | 61018 | 61088 | 61275 | 61353 | 61448 |

2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 61449 | 61542 | 61729 | 61813 | 61878 | 62056 | 62288 | 62394 | 62530 |
| 61450 | 61544 | 61730 | 61814 | 61880 | 62058 | 62292 | 62401 | 62531 |
| 61452 | 61545 | 61731 | 61815 | 61882 | 62060 | 62293 | 62411 | 62532 |
| 61454 | 61546 | 61732 | 61816 | 61883 | 62069 | 62294 | 62414 | 62533 |
| 61455 | 61547 | 61733 | 61817 | 61884 | 62075 | 62297 | 62417 | 62534 |
| 61458 | 61548 | 61734 | 61818 | 61901 | 62080 | 62301 | 62418 | 62535 |
| 61459 | 61550 | 61735 | 61820 | 61910 | 62081 | 62305 | 62420 | 62538 |
| 61462 | 61554 | 61736 | 61821 | 61911 | 62082 | 62311 | 62422 | 62539 |
| 61465 | 61559 | 61737 | 61822 | 61912 | 62087 | 62312 | 62423 | 62540 |
| 61467 | 61560 | 61738 | 61830 | 61913 | 62088 | 62316 | 62424 | 62543 |
| 61469 | 61561 | 61739 | 61832 | 61914 | 62095 | 62320 | 62431 | 62544 |
| 61470 | 61563 | 61740 | 61833 | 61917 | 62097 | 62321 | 62433 | 62545 |
| 61472 | 61565 | 61741 | 61834 | 61919 | 62174 | 62323 | 62439 | 62546 |
| 61473 | 61567 | 61742 | 61839 | 61920 | 62182 | 62324 | 62440 | 62547 |
| 61475 | 61568 | 61743 | 61840 | 61924 | 62201 | 62325 | 62441 | 62548 |
| 61476 | 61569 | 61744 | 61841 | 61925 | 62203 | 62326 | 62442 | 62549 |
| 61477 | 61570 | 61745 | 61842 | 61928 | 62204 | 62330 | 62443 | 62550 |
| 61480 | 61571 | 61747 | 61843 | 61929 | 62205 | 62334 | 62444 | 62551 |
| 61483 | 61572 | 61748 | 61844 | 61930 | 62206 | 62338 | 62445 | 62553 |
| 61484 | 61601 | 61749 | 61845 | 61931 | 62208 | 62339 | 62447 | 62554 |
| 61485 | 61602 | 61751 | 61846 | 61932 | 62220 | 62340 | 62448 | 62557 |
| 61486 | 61603 | 61752 | 61847 | 61933 | 62223 | 62341 | 62449 | 62558 |
| 61488 | 61604 | 61753 | 61849 | 61936 | 62226 | 62343 | 62450 | 62560 |
| 61490 | 61605 | 61754 | 61850 | 61938 | 62231 | 62345 | 62454 | 62561 |
| 61491 | 61606 | 61755 | 61851 | 61940 | 62233 | 62346 | 62455 | 62563 |
| 61501 | 61607 | 61756 | 61852 | 61941 | 62234 | 62347 | 62458 | 62565 |
| 61516 | 61610 | 61758 | 61853 | 61942 | 62237 | 62349 | 62461 | 62567 |
| 61517 | 61611 | 61759 | 61854 | 61943 | 62238 | 62351 | 62463 | 62568 |
| 61519 | 61614 | 61760 | 61855 | 61944 | 62239 | 62353 | 62464 | 62570 |
| 61520 | 61615 | 61761 | 61856 | 61948 | 62243 | 62354 | 62467 | 62571 |
| 61523 | 61616 | 61764 | 61857 | 61951 | 62246 | 62355 | 62468 | 62573 |
| 61524 | 61625 | 61769 | 61858 | 61953 | 62249 | 62356 | 62469 | 62601 |
| 61525 | 61684 | 61770 | 61859 | 61956 | 62250 | 62359 | 62471 | 62612 |
| 61526 | 61701 | 61771 | 61862 | 61957 | 62254 | 62360 | 62473 | 62613 |
| 61528 | 61702 | 61772 | 61863 | 62001 | 62255 | 62361 | 62474 | 62615 |
| 61529 | 61704 | 61773 | 61864 | 62002 | 62257 | 62363 | 62501 | 62617 |
| 61530 | 61705 | 61774 | 61865 | 62010 | 62258 | 62365 | 62510 | 62618 |
| 61531 | 61720 | 61775 | 61866 | 62016 | 62263 | 62367 | 62512 | 62625 |
| 61533 | 61721 | 61776 | 61870 | 62024 | 62264 | 62370 | 62513 | 62626 |
| 61534 | 61722 | 61777 | 61871 | 62033 | 62268 | 62373 | 62518 | 62627 |
| 61535 | 61723 | 61778 | 61872 | 62034 | 62271 | 62374 | 62519 | 62628 |
| 61536 | 61724 | 61801 | 61873 | 62040 | 62272 | 62375 | 62520 | 62629 |
| 61537 | 61725 | 61802 | 61874 | 62044 | 62274 | 62376 | 62521 | 62631 |
| 61539 | 61726 | 61810 | 61875 | 62045 | 62278 | 62378 | 62522 | 62633 |
| 61540 | 61727 | 61811 | 61876 | 62049 | 62281 | 62379 | 62523 | 62634 |
| 61541 | 61728 | 61812 | 61877 | 62052 | 62286 | 62380 | 62526 | 62638 |

3

| | | | | |
|---|---|---|---|---|
| 62640 | 62821 | 62884 | 62940 | 63336 |
| 62642 | 62822 | 62886 | 62941 | 63401 |
| 62643 | 62823 | 62887 | 62942 | 63435 |
| 62644 | 62824 | 62888 | 62943 | 63448 |
| 62649 | 62825 | 62889 | 62946 | 63461 |
| 62650 | 62827 | 62890 | 62947 | 63465 |
| 62655 | 62828 | 62891 | 62948 | 63468 |
| 62656 | 62830 | 62892 | 62949 | 63471 |
| 62658 | 62831 | 62893 | 62950 | 72176 |
| 62661 | 62832 | 62894 | 62951 | 72315 |
| 62664 | 62835 | 62895 | 62952 | 73047 |
| 62665 | 62836 | 62896 | 62956 | 75862 |
| 62666 | 62837 | 62897 | 62957 | |
| 62667 | 62838 | 62898 | 62958 | |
| 62668 | 62839 | 62899 | 62959 | |
| 62670 | 62841 | 62901 | 62960 | |
| 62672 | 62842 | 62902 | 62961 | |
| 62674 | 62844 | 62903 | 62962 | |
| 62675 | 62846 | 62905 | 62963 | |
| 62677 | 62848 | 62906 | 62964 | |
| 62681 | 62849 | 62907 | 62965 | |
| 62682 | 62851 | 62908 | 62966 | |
| 62684 | 62853 | 62910 | 62967 | |
| 62688 | 62854 | 62912 | 62969 | |
| 62690 | 62856 | 62914 | 62970 | |
| 62691 | 62858 | 62915 | 62972 | |
| 62692 | 62859 | 62916 | 62974 | |
| 62693 | 62860 | 62917 | 62975 | |
| 62694 | 62863 | 62918 | 62976 | |
| 62701 | 62864 | 62919 | 62977 | |
| 62702 | 62865 | 62920 | 62979 | |
| 62703 | 62867 | 62921 | 62982 | |
| 62704 | 62868 | 62922 | 62983 | |
| 62707 | 62869 | 62923 | 62984 | |
| 62711 | 62870 | 62924 | 62985 | |
| 62712 | 62871 | 62926 | 62987 | |
| 62801 | 62872 | 62927 | 62988 | |
| 62803 | 62874 | 62928 | 62990 | |
| 62807 | 62875 | 62930 | 62994 | |
| 62808 | 62876 | 62931 | 62995 | |
| 62810 | 62877 | 62932 | 62996 | |
| 62812 | 62879 | 62933 | 62997 | |
| 62814 | 62880 | 62934 | 62998 | |
| 62816 | 62881 | 62935 | 62999 | |
| 62817 | 62882 | 62938 | 63221 | |
| 62819 | 62883 | 62939 | 63334 | |

4