## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Zillow Group, Inc., et al.

Plaintiff,

v.

Case No.: 1:26–cv–05451
Honorable John J. Tharp Jr.

Midwest Real Estate Data LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2026:

     MINUTE entry before the Honorable John J. Tharp, Jr: At the parties' joint request, a hearing is set for 5/29/26 at 10:00 a.m. CDT via videoconference. Information necessary to participate by video will be forwarded in advance of the hearing. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.