## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Zillow Group, Inc., et al.

                                Plaintiff,

v.

                                  Case No.: 1:26–cv–05451
                                  Honorable John J. Tharp Jr.

Midwest Real Estate Data LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

       MINUTE entry before the Honorable John J. Tharp, Jr: Hearing held on 5/29/26 regarding the parties' discovery disputes [64][65]. For the reasons discussed on the record, the Court rules as follows: (1) Custodial document production shall comprise documents dated beginning March 1, 2025; (2) The parties' Chief Legal Officers shall not have access to documents designated by the producing party as "Outside Counsel Eyes Only" (but such documents may be accessed by other in–house counsel); and (3) All witnesses other than Mr. Haran of MRED are required to appear for deposition in Chicago; MRED is directed to make good faith efforts to prioritize the production of Mr. Haran's documents so that his deposition may be taken in Chicago. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.