**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., | Case No. 1:26-cv-05451 |
| *Plaintiffs*, | |
| v. | Judge: Hon. John J. Tharp, Jr. |
| MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., | |
| *Defendants*. | |

**JOINT MOTION FOR ENTRY OF PROPOSED CONFIDENTIALITY ORDER**

Plaintiffs Zillow Group, Inc. and Zillow, Inc. and Defendants Midwest Real Estate Data LLC, Compass, Inc., and Compass Illinois, Inc. (collectively, "the Parties") hereby move pursuant to Fed. R. Civ. P. 26(c) and Local Rule 26.2 for entry of a proposed Confidentiality Order[1] and state as follows in support thereof:

1.  The concurrently-filed proposed Confidentiality Order is necessary to protect confidential and proprietary information that may be produced in discovery.

2.  The Confidentiality Order permits designation of information as Confidential, Highly Confidential – Attorneys' Eyes Only (AEO), or Highly Confidential – Outside Counsel's Eyes Only (OCEO). Designations for AEO and OCEO material are typically permitted in antitrust cases, where highly competitively sensitive

---

[1] In accordance with the Court's case management procedures, the parties will submit a clean and redlined copy of the proposed Confidentiality Order as compared to this District's Model Confidentiality Order (Form LR 26.2) in Word format to the Court's Proposed Order electronic mailbox.

1

information, documents, and data will be produced. The highest level of protection will be used judiciously to protect only the most competitively sensitive information.

3. The Confidentiality Order includes a clawback provision pursuant to Fed. R. Evid. 502(d), such that the attorney-client privilege or work product protection is not waived in this or any other state or federal proceeding by inadvertent disclosure in this action pending before the Court.

4. The parties have agreed to all terms of the proposed Confidentiality Order.

Accordingly, the Parties respectfully request that the Court grant this motion and enter the proposed Confidentiality Order.

Dated: June 1, 2026

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ *Bonnie Lau*
Bonnie Lau (admitted *pro hac vice*)
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: blau@wsgr.com

Brian J. Smith (IL Bar No. 6321543)
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: brian.smith@wsgr.com
*Admitted to practice only in Illinois and Maine*

Beau W. Buffier (admitted *pro hac vice*)

/s/ *Nathan P. Eimer*
Nathan P. Eimer
Vanessa G. Jacobsen
Brian Y. Chang
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bchang@eimerstahl.com

*Counsel for Defendants*
*Compass, Inc. and Compass Illinois, Inc.*

/s/ *Stephen D. Libowsky*
Stephen D. Libowsky
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin St. (Suite 2600)

2

31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bbuffier@wsgr.com

Nicholas R. Sidney (admitted *pro hac vice*)
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (866) 974-7329
Email: nsidney@wsgr.com

*Attorneys for Plaintiffs Zillow Group, Inc.
and Zillow, Inc.*

Dated: June 1, 2026

Chicago, IL 60606
(312) 477-4798
slibowsky@manatt.com
Attorney No. 6187081

Dylan M. Carson (*pro hac vice*)
Joshua N. Drian (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Ave. NW (Suite 600)
Washington, D.C. 20036
Telephone: (202) 585-6500

*Counsel for Defendant
Midwest Real Estate Data, LLC*

Dated: June 1, 2026

3