UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., <br><br> *Defendants*. | Case No. 1:26-cv-05451 <br><br><br> Judge: Hon. John J. Tharp, Jr. |

## UNOPPOSED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65(b)(2), Plaintiffs Zillow Group, Inc. and Zillow, Inc. (collectively "Zillow") respectfully move the Court for an order extending the term of the Temporary Restraining Order ("TRO") (Dkt. 52) until the earlier of (i) the Court's ruling on Zillow's Motion for Preliminary Injunction (Dkt. 21), or (ii) if the Court grants MRED's Motion to Compel Arbitration (Dkt. 30), a duly appointed arbitrator decides whether emergency relief should remain in effect pursuant to the AAA rules for Emergency Measures of Protection. Defendant Midwest Real Estate Data LLC does not oppose this motion.

Respectfully submitted,

Dated: June 4, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ *Bonnie Lau*
Bonnie Lau (admitted *pro hac vice*)
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000

Facsimile: (866) 974-7329
Email: blau@wsgr.com

Brian J. Smith (IL Bar No. 6321543)
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: brian.smith@wsgr.com
*Admitted to practice only in Illinois and Maine*

Beau W. Buffier (admitted *pro hac vice*)
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bbuffier@wsgr.com

Nicholas R. Sidney (admitted *pro hac vice*)
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (866) 974-7329
Email: nsidney@wsgr.com

*Attorneys for Plaintiffs Zillow Group, Inc. and
Zillow, Inc.*

2