**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Zillow Group, Inc., et al.

Plaintiff,

v.                                                    Case No.: 1:26–cv–05451
                                                      Honorable John J. Tharp Jr.

Midwest Real Estate Data LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 4, 2026:

        MINUTE entry before the Honorable John J. Tharp, Jr: The unopposed motion [73] of Plaintiffs Zillow Group, Inc. and Zillow, Inc. (collectively "Zillow") for an order extending the term of the Temporary Restraining Order ("TRO") (Dkt. [52]) is granted. The TRO will continue in force until the earlier of (i) the Court's ruling on Zillow's Motion for Preliminary Injunction (Dkt. [21]), or (ii) if the Court grants MRED's Motion to Compel Arbitration [30], a duly appointed arbitrator decides whether emergency relief should remain in effect pursuant to the AAA Rules for Emergency Measures of Protection. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.