**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., <br><br>     *Plaintiffs*, <br><br> v. <br><br> MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., <br><br>     *Defendants*. | Case No. 1:26-cv-05451 <br><br> Judge: Hon. John J. Tharp, Jr. |

**ORDER**

The plaintiffs' motion to compel [71] is denied. The requested interrogatory responses are unduly burdensome in the context of the expedited discovery schedule, in that providing a written response could require a substantial amount of time but yield little information that is not available in documents regarding communications by the custodians. In addition, the plaintiffs will have the opportunity to inquire as to oral communications during the depositions of the custodians; this ruling does not preclude questioning about the requested communications during the depositions.

So Ordered.

Date: June 4, 2026

_____
John J. Tharp, Jr.
United States District Judge

1