## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., <br><br> Defendants. | Case No. 1:26-cv-05451 <br><br> Hon. John J. Tharp, Jr. |

**NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), *Amicus Curiae* CoStar Group, Inc. ("CoStar"), a non-governmental corporate party, states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Pursuant to Local Rule 3.2, and to the best of its knowledge and belief and after a diligent review, CoStar further states that Vanguard Portfolio Management, Vanguard Capital Management, and BlackRock, Inc. each owns 5% or more of CoStar's stock.

Dated: June 10, 2026

Respectfully submitted,

/s/ *Nicholas J. Boyle*
Nicholas J. Boyle (*pro hac vice* pending)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
Fax: 202.637.2201
Nicholas.boyle@lw.com

*Attorney for CoStar Group, Inc.*