**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Zillow Group, Inc., et al.

Plaintiff,

v.                                                    Case No.: 1:26–cv–05451
                                                      Honorable John J. Tharp Jr.

Midwest Real Estate Data LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 24, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: In response to an inquiry by the parties as to the amount of time available for the presentation of evidence during the preliminary injunction hearing, the court anticipates that the plaintiffs will have up to 7 hours to present evidence on July 1 (0900 – 1230; 1330 – 1700). The defendants will jointly have the same amount of time and schedule on July 2. If the plaintiff does not use all of its available time on July 1, the defendants may, but are not required to, begin their evidentiary presentation on July 1, but that will not enlarge the amount of time for the defendants' presentation of evidence. If the parties wish to propose any agreed modification of this schedule, they may do so. If, for example, the parties jointly wish to reserve some time on July 2 for post–hearing argument, thereby reducing the amount of time allotted to evidence presentation, they may so request. Post–hearing argument will be permitted, however, only if the parties agree. The parties should also bear in mind that reserving time for post–hearing argument would require the defendants to begin their evidentiary presentation on July 1. The parties are also reminded that the court has already set a post–hearing briefing schedule [58]. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.