**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., <br><br> *Defendants.* | Case No. 1:26-cv-05451 <br><br> Judge: Hon. John J. Tharp, Jr. <br><br> **JOINT MOTION FOR ORDER REGARDING PRELIMINARY INJUNCTION HEARING PROCEDURES** |

The parties have met and conferred regarding the upcoming hearing on Plaintiffs' preliminary injunction motion ("PI Motion") and respectfully move the Court for an order on pre-hearing exchanges, opening statements, and post-hearing briefing, as set forth below.

1. **Witness List:** By 5:00 p.m. CDT on June 25, 2026, the parties shall disclose the witnesses they expect to call.

2. **Hearing Exhibits:** By 5:00 p.m. CDT on June 26, 2026, the parties shall make an initial good faith disclosure of any exhibits that they may use at the hearing or in post-hearing briefing. By June 28, 2026 at 12:00 p.m. CDT, the parties shall make a final supplemental disclosure of any exhibits that they may use at the hearing or in post-hearing briefing. The parties are not required to disclose documents that may be used solely for impeachment. Any items or witnesses that are not disclosed pursuant to the above schedule may not be called by a party during the hearing or used in post hearing briefs. Witnesses and exhibits

listed by one party may be called or used by any other party.

3. **Evidentiary Standards:** Disclosed exhibits should be deemed part of the record on Plaintiffs' PI Motion without further requirements for formal admission into evidence; the parties may address in their post-hearing briefs any issues relating to the weight or admissibility of exhibits.

4. **Confidentiality/Sealing:** After the final exchange of exhibits, the parties shall promptly meet and confer on any confidentiality issues relating to proposed exhibits or that may require a request to close the courtroom. Any unresolved disputes shall be brought to the Court no later than noon CDT on June 30, 2026. Notwithstanding the confidentiality designations stamped on documents produced in this Action, a party must reaffirm confidentiality designations for the purposes of the hearing. The designating party bears the burden of showing that a document meets the confidentiality standards set forth in the parties' Agreed Confidentiality Order (Dkt. No. 70). Even where documents are properly considered confidential information, the parties may use those documents at the hearing while the Court remains in open session, provided the confidential aspects of the documents remain visible only to authorized individuals under the Agreed Confidentiality Order.

5. **Depositions:** The parties may cite and excerpt in their post-hearing briefs transcripts of any depositions taken during expedited discovery.

6. **Witness Order:** At noon CT on June 29, 2026, the parties shall simultaneously disclose the order in which they expect to call each witness. Except for rebuttal witnesses, each witness may be called only once and shall be examined by

counsel for both sides for direct and cross-examination purposes. If Plaintiffs call a defense-aligned witness adversely, Defendants' cross-examination may exceed the scope of the adverse direct.

7. **Opening Statements:** The parties stipulate to and request that the Court permit opening statements of up to 15 minutes per side.

8. **Hearing Time**: The parties will each maintain a clock of the proceedings, which tracks the time allotted to each side. The Parties will meet and confer concerning an even-division of time between Defendants and Plaintiffs at the close of the first day of the hearing and at any additional times upon the request of the Court.

9. **Demonstratives:** Any demonstrative exhibits shall be disclosed by 9:00 p.m. CT one day prior to use in Court.

10. **Post-Hearing Briefs:** The parties' post-hearing briefs may not exceed, per side, 40 pages for opening briefs and 20 pages for response briefs.

Respectfully submitted,

Dated: June 24, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ *Bonnie Lau*
Bonnie Lau (admitted *pro hac vice*)
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: blau@wsgr.com

Brian J. Smith (IL Bar No. 6321543)
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: brian.smith@wsgr.com
*Admitted to practice only in Illinois and Maine*

3

Beau W. Buffier (admitted *pro hac vice*)
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bbuffier@wsgr.com

Nicholas R. Sidney (admitted *pro hac vice*)
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (866) 974-7329
Email: nsidney@wsgr.com

*Attorneys for Plaintiffs Zillow Group, Inc. and Zillow, Inc.*

s/ *Nathan P. Eimer*
Nathan P. Eimer
Vanessa G. Jacobsen
Brian Y. Chang
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bchang@eimerstahl.com

*Counsel for Defendants*
*Compass, Inc. and Compass Illinois, Inc.*

/s/ *Stephen Libowsky*
Stephen D. Libowsky
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin St. (Suite 2600)
Chicago, IL 60606
(312) 477-4798
slibowsky@manatt.com
Attorney No. 6187081

4

Dylan M. Carson (*pro hac vice*)
Joshua N. Drian (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
1700 M Street NW, 4th Floor
Washington, D.C. 20036
Telephone: (202) 585-6500

*Counsel for Defendant*
*Midwest Real Estate Data, LLC*

Dated: June 24, 2026