**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ZILLOW GROUP, INC., AND ZILLOW, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 26-cv-05451 |
| v. | ) ) | Judge John J. Tharp, Jr. |
| MIDWEST REAL ESTATE DATA LLC, COMPASS, INC. and COMPASS ILLINOIS, INC., | ) ) ) ) | |
| Defendants. | | |

## <u>ORDER</u>

       All trial counsel firms and, their staff of the law firms, Wilson Sonsini Goodrich & Rosati, Manatt, Phelps & Phillips, LLP, Eimer Stahl LLP, and Williams & Connolly LLC and their respective clients, are permitted to bring beverages and food into the Courthouse for the duration of the preliminary injunction hearing, which starts on Wednesday, July 1 and is scheduled to go through Thursday, July 2.

Dated: June 26, 2026

John J. Tharp, Jr.
United States District Judge