**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC.,<br><br>*Defendants*. | Case No. 1:26-cv-05451<br>Hon. Judge John J. Tharp |

**SUPPLEMENTAL DECLARATION OF CHRIS HARAN IN SUPPORT OF DEFENDANT MIDWEST REAL ESTATE DATA LLC'S**
**MOTION TO COMPEL ARBITRATION AND STAY ACTION**

404929611.1

I, Chris Haran, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I have personal knowledge of the facts declared herein and, if called upon to do so, could and would competently testify hereto.

2. I make this supplemental declaration in support of Midwest Real Estate Data, LLC's ("MRED") Motion to Compel Arbitration and Stay Action and Reply.

3. I am the Managing Director and Chief Technology Officer at MRED. I have worked at MRED for over eight years.

4. MRED's Participant Agreements give brokerages (including, here, brokers and agents with Zillow), among other things, the ability to input listings on MRED's databases.

5. The Participant Agreements do not, however, allow a brokerage or an agent to export MRED's listings via IDX or VOW data feeds for use on external websites (like here, Zillow.com) or in applications. That occurs through licensing agreements with MLS Grid.

6. Section XII of the Participant Agreement makes clear that to use MRED's IDX and VOW data feeds for such purposes, the brokerage must separately execute agreements for each feed. *See, e.g.*, Haran Decl., Exs. A (IDX) & B (VOW). If a brokerage does not execute these separate agreements, the brokerage and its brokers and agents will not be able to use MRED's IDX and VOW data on their websites and in applications.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of June, 2026 at San Diego, California.

_____
Chris Haran

1

404929611.1