# Exhibit A

Docusign Envelope ID: 106BEFBF-3884-86FC-8067-1CE1BCFD77ED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., <br><br><br> *Plaintiffs*, <br><br> v. <br><br> MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC. <br><br><br> *Defendants*. | Case No.: 1:26-cv-5451 |

**EXPERT REPORT OF RONALD MCCOLLY**

1

## I. Introduction

1. My name is Ronald McColly, and I am a real estate broker. I have been assisting clients in the real estate industry since 1974, representing buyers and sellers of homes across the United States.

**2.** I run McColly Real Estate, based in Schererville, Indiana. My brokerage has 23 offices in Indiana and Illinois and has served customers in the greater Chicagoland area for decades. My brokerage has 69 agents who are members of Midwest Real Estate Data (MRED), and after its recent announcement regarding its national expansion, I anticipate 200 more of my agents joining MRED soon.

3. McColly Real Estate is a member of Leading Real Estate Companies of the World®, a global community of over 565 real estate companies awarded membership based on rigorous standards for service and performance. This distinction ensures that McColly Real Estate clients are connected to buyers and quality real estate companies across the country and around the world.

## II. Summary of Opinions

4. It is crucial to the real estate sales process that homesellers be allowed to choose how their property is marketed. One of the choices that brokers have to offer homesellers is access to a private listing network (PLN). PLNs benefit homesellers by providing a valuable and important option for them to market their properties.

5. It is important to brokers and Multiple Listings Service (MLS) participants that MLSs have license agreements and rules for how listing data recipients display the listings submitted to an MLS by competing brokers.

Docusign Envelope ID: 106BEFBF-3884-86FC-8067-1CE1BCFD77ED

### III.     Qualifications

6.      I have 58 years of experience in the real estate industry.  McColly Real Estate has assisted thousands of buyers and sellers of residential real estate with navigating transactions for those properties.

7.      I supervise 23 offices and over 500 agents, and my company has been involved in many thousands of property transactions.

8.      I have not authored any publications over the last 10 years.

### IV.     Prior Testimony

9.      I have not testified as an expert or in any capacity in any cases in the past four years.

### V.     Compensation

10.      I am not being compensated for this report or any testimony I give in this case.

### VI.     Opinions

11.      One of the most important services that brokers provide to homesellers is choice in how their property is marketed.  One choice many brokers offer homesellers is access to a PLN.  I do and would recommend to anyone that they use a PLN because PLNs benefit homesellers.  PLNs help those who desire privacy, discreetness, and the ability to control showings when the home is available for qualified potential buyers.  In my experience, many sellers want to sell their properties discreetly and quickly, without broad distribution to the entire world that their property is for sale.  A property may need repairs to occur or be completed, a home occupant or relative may be sick, or homesellers may have privacy-related issues, such as a job relocation, divorce or other personal situations like a short sale that the homeowner does not want made publicly available by actively listing the home for sale.

12. My brokerage has placed hundreds of listings into PLNs over the years, and closed hundreds of transactions for properties listed in PLNs. PLNs provide a valuable and important option for homesellers to market their properties in this manner because placement into a PLN allows flexibility for homesellers to inform other brokers and their clients that a property is for sale, all while meeting the sellers' needs set out above, and getting the property ready for sale and determining whether the property is appropriately priced. Homesellers may experience several economic benefits from choosing to market in a PLN, including gauging early buyer interest and generating excitement for a home, engaging with motivated buyers represented by agents, testing and optimizing pricing, securing higher average sale prices, experiencing less days on market and faster closings, and limiting showings. Respecting a homeseller's choice is an important part of the fiduciary duty that a broker has to clients.

13. In my experience, it is essential to the cooperative nature of an MLS that there are license agreements and rules governing how listing data may and may not be used, and that both are strictly enforced to protect the data that brokers like me share with my competitors. Every real estate brokerage knows they must follow these basic rules of the road for the industry.

14. If brokerages provide their listing data to an MLS and a competing brokerage misrepresents or misuses the data about a listing or fails to follow the MLS rules and not display my listings because a competing brokerage does not like how I market properties, the cooperative nature of the MLS, the entire real estate brokerage industry, and consumers that I represent are harmed.

15. If brokers cannot trust that their listing data (a) will be used according to the MLS license and rules, (b) will be accurately and fairly displayed by a competing brokerage, (c) will be displayed regardless of whether a brokerage does or does not like how I market properties, or

Docusign Envelope ID: 106BEFBF-3884-86FC-8067-1CE1BCFD77ED

(d) will be ensured by the MLS that all MLS participants follow the rules for accurate display, then the value of the MLS will be undermined, and brokers will be less likely to submit their listings, if at all, into the MLS for sharing with other brokers, all to the detriment of brokers, agents, and homesellers and homebuyers.

June 16, 2026

DocuSigned by:

*Ron McColly*

15731E12847444F...

Ronald McColly

5