**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Zillow Group, Inc., et al.

                              Plaintiff,

v.                                                    Case No.: 1:26–cv–05451
                                                      Honorable John J. Tharp Jr.

Midwest Real Estate Data LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 2, 2026:

    MINUTE entry before the Honorable John J. Tharp, Jr: The Court ruled orally in Court during the preliminary injunction hearing on 7/1/2026 that the motion [96] to file Exhibit DX108 is granted in part and denied in part. The plaintiffs' request that the document be filed on the docket under seal is granted. Exhibit DX108, currently filed as ECF No. [97], may remain on the docket under seal. As to the plaintiffs' request that any examination on the contents of the exhibit (a) be structured such that the terms of the agreement are not revealed or (b) conducted in a sealed session, the Court ruled verbally that that request is denied as a pre–hearing motion. The Court will evaluate the need for the agreement to be discussed in a restricted manner, or in a sealed session, on a case–by–case basis during the hearing itself. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.