# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., <br><br>     *Plaintiffs*, <br><br> v. <br><br> MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC. <br><br>     *Defendants*. | Case No.: 1:26-cv-5451 <br><br> Judge: Hon. John J. Tharp Jr. |

# SUPPLEMENTAL EXPERT DECLARATION OF
# LAWRENCE WU, PH.D.

**June 13, 2026**

# Table of Contents

I. INTRODUCTION    **1**

    A. Qualifications and Experience    1

    B. Nature and Scope of the Assignment    1

    C. Information Relied Upon    2

    D. Summary of Opinions    2

II. THE DATA SUPPORT ZILLOW'S ALLEGATIONS THAT MRED'S "NATIONAL EXPANSION" IS AN ATTEMPT TO FORCE ZILLOW TO STOP ENFORCING ITS STANDARDS    **4**

    A. Prior to its Expansion, MRED Only Operated as an MLS Within Its Primary Service Area    5

    B. MRED's Expansion of Listings Outside its Primary Service Area Is Largely Comprised of Compass's Former Private Listings    6

    C. For an Out-of-Area Property, Listing on MRED Is Not A Substitute for Listing on the Local MLS    9

    D. Non-Chicagoland Compass Agents Are Using MRED to List Their Failed Private Listings    9

III. HOMES SOLD THROUGH COMPASS'S PRIVATE LISTING NETWORK HAVE LOWER SALE PRICES    **12**

IV. NEW, UP-TO-DATE LISTINGS ARE CRITICALLY IMPORTANT TO ZILLOW    **16**

# I.      Introduction

## A.  Qualifications and Experience

1.      I am an economist at and President of NERA. I previously submitted a declaration in this case (the "Wu Declaration") on May 18, 2026.[1] My qualifications and experience are described in Section I of the Wu Declaration and my publications, prior testimony, and selected consulting assignments are listed in my curriculum vitae, which is attached to the Wu Declaration as Exhibit A.

## B.  Nature and Scope of the Assignment

2.      In the Wu Declaration, my overall conclusion was that if MRED succeeds in blocking Zillow from continuing its existing practice of enforcing its Standards outside of Chicagoland (i.e., nationwide), Zillow would be irreparably harmed. Since that declaration was submitted, I have obtained new data and information from Zillow which further substantiate and confirm the conclusions that I stated in the Wu Declaration. This Supplemental Declaration describes the new data that I received and the analyses I have done with that data. I also include references to depositions taken and documents produced in this litigation in the time since I submitted the Wu Declaration.

3.      In the Wu Declaration, I stated that I have not seen any procompetitive justification for MRED's and Compass's conduct. After the declaration was filed, I received (a) a database containing all MRED listings on Zillow on April 23, 2026, and (b) a database containing all MRED listings on Zillow between April 24 and June 3, 2026 for properties located outside of MRED's primary service area. I have been asked by counsel to analyze these data to determine whether the data support Zillow's allegations that MRED's alliance with Compass and its "national expansion" are an attempt by MRED to force Zillow to abandon enforcement of its Standards nationally.

4.      In the Wu Declaration, I stated that PLNs harm home sellers. To support this conclusion, I referred to a number of studies that show that homes sold in a PLN have lower

---

[1] Expert Declaration of Lawrence Wu, Ph.D., May 18, 2026 ("Wu Declaration").

prices compared to homes sold on the MLS. After the declaration was filed, I received a Zillow database containing all residential real estate transactions in the United States between January 2022 and December 2025. I have been asked by counsel to perform my own analysis of the data to determine whether homes that were sold on Compass's PLN also have lower prices compared to other homes.

5.      In the Wu Declaration, I stated that home buyers were most interested in seeing the newest, freshest listings and that these new listings were valuable to Zillow. After the declaration was filed, Zillow provided me with a tabulation of data it collects on user engagement with listings (as measured by page views), including the summary data and methodology used by Zillow. I independently reviewed the summary data and replicated the calculations to analyze the relationship between user engagement and the number of days a listing first appears on Zillow. This analysis further supports my prior conclusion that the newest listings on Zillow are, in fact, more valuable to users.

## C.  Information Relied Upon

6.      The opinions in this declaration are based on my professional training and experience, as well as additional data and documents obtained since the Wu Declaration. A complete list of the materials and information that I relied upon in preparing this declaration is attached as **Exhibit A**.

## D.  Summary of Opinions

7.      Based on the information available to me and my analysis to date, I have reached the following conclusions:

- The new data I have analyzed show that MRED's expansion outside of its primary service area has been in service of its alliance with Compass, which supports Zillow's allegation that MRED's expansion outside of its service area is an attempt to force Zillow to abandon enforcement of its Standards:
  - o   Prior to announcing its intention to expand nationwide, virtually all (99.98%) of MRED's listings were located in its primary service area contained within the

2

states of Illinois, Iowa, Indiana, and Wisconsin. A large majority of these listings (80.10%) were in the Chicagoland area.

- o Since announcing its intention to expand on April 24, 2026, the only new brokerage offices that listed a property on MRED were Compass offices, whose agents were promised to have their MRED subscription costs subsidized by Compass. Almost all (96.17%) of the new MRED listings from outside its primary service area are from Compass, and a majority (77.03%) are former private listings from Compass that Zillow had declined to publish.

- o I also looked closely at all nine of the Compass former private listings outside of MRED's primary service area that MRED and MLS Grid insisted Zillow must display. I found that (a) the nine listings are failed Compass private listings, (b) the four Compass agents responsible for these nine listings are not really using MRED to promote their business, as evidenced by the fact that the four agents have listed an additional 21 properties on their local MLS since April 24, 2026, but none of these new listings were put on MRED, and (c) four of the nine listings contain inaccurate information, as evidenced by the fact that these agents updated these four listings on their local MLS, but did not make corresponding updates to the listings on MRED, which leaves the MRED listing with inaccurate and out-of-date information on the price, listing status, or characteristics of the property listed.

- o Outside of its primary service area, MRED does not offer any of the advantages of a local MLS, such as network effects. Aside from the Compass agents who have subscribed to MRED, virtually no agents outside of MRED's primary service area have joined and begun listing on MRED. Even the Compass agents who have joined MRED generally only use it to list their former private listings that failed to sell, and these failed private listings account for almost all of the MRED listings outside of its primary service area.

- The new data I have analyzed show that homes sold through Compass's PLN have lower sale prices compared to other comparable homes, which supports the conclusion that (a) the growth and proliferation of PLNs will not benefit home sellers and (b) home sellers are, in fact, harmed by PLNs:

- o In the Chicagoland area, homes sold through Compass's PLN have prices that are approximately 4 percent lower compared to other comparable homes.

- o Nationally, homes sold through Compass's PLN have prices that are approximately 4.8 percent lower compared to other comparable homes.

- The new data I have analyzed show that user engagement is highest for Zillow listings that are new to the market, which confirms the conclusion that access to the newest and most up-to-date listings on the market is (a) valuable to home buyers and (b) critical to the success of Zillow's platform:

  - o On average, listings of properties that have been on the market for two days or less have over 100 page views. This number drops dramatically with the number of days on market. Indeed, after one week on the market, the number of page views falls to around 40, and the number of page views settles at under 30 per day after 3 weeks.

8. My work in this matter is ongoing. Accordingly, I expressly reserve the right to supplement these opinions, if warranted, based on, for example, the receipt of additional relevant information or data, including any additional information or reports that may be submitted by Defendants or its expert(s), or if additional research, reflection, or the correction of inadvertent errors leads me to change my opinions. Neither my compensation nor NERA's is contingent upon the outcome of this case or upon the nature of my opinions.

## II.  The Data Support Zillow's Allegations that MRED's "National Expansion" Is an Attempt to Force Zillow to Stop Enforcing its Standards

9. On April 24, 2026, MRED and Compass announced an alliance, in which MRED would allow licensed agents nationwide to join and access its MLS service (including its PLN), and Compass would place all of its private listings on MRED's PLN and subsidize MRED membership for up to 100,000 Compass agents.[2] MRED, which is an MLS with a primary

---

[2] Lillian Dickerson and Amie Fisher, "MRED opens access to all agents — with Compass the first to join," *Real Estate News*, April 24, 2026, https://www.realestatenews.com/2026/04/24/mred-opens-access-to-all-agents-with-compass-the-first-to-join (accessed May 11, 2026); Declaration of Errol Samuelson, ECF No. 23 ("Samuelson Decl."), ¶ 74, Exhibit V.

service area contained within the states of Illinois, Iowa, Indiana, and Wisconsin,[3] asserts that it has listings from outside its primary service area because it wants to be a national MLS.[4] Zillow, however, alleges that MRED's "national expansion" is really an attempt by Compass and MRED (through its alliance) to force Zillow to abandon enforcement of its Standards in the Chicagoland area and nationally.[5] I have now reviewed additional data that shed additional light on Zillow's allegations that MRED's "national expansion" is really an attempt by Compass and MRED (through its alliance) to force Zillow to abandon enforcement of its Standards in the Chicagoland area and nationally. Specifically, I was able to obtain two datasets from Zillow: (a) a dataset containing all active, closed, pending, and off-market MRED listings that Zillow had on its platform on April 23, 2026 (the day before MRED announced its intention to expand nationwide), and (b) a dataset from MRED's listing feed to Zillow that contains information on property listings outside of MRED's primary service area and that appeared on MRED between April 24 and June 3, 2026.

### A. Prior to its Expansion, MRED Only Operated as an MLS Within Its Primary Service Area

10. I start by analyzing MRED's listings before it announced its expansion. To do this, I analyze the data I received that had all active, closed, pending, and off-market MRED listings that Zillow had on its platform on April 23, 2026. This dataset includes the property address (including zip code and state), the listing status (active, closed, pending, or off-market), and whether the property was a rental or for sale, among other variables.

---

[3] MRED, *2026 Annual Report*, 2026 ("MRED 2026 Annual Report"), at p. 2, https://www.mredllc.com/comms/resources/2026-little-book-of-mred.pdf (accessed May 14, 2026).

[4] Jensen Dep. 141:10-22 ("Q: Do you have any understanding of where outside of MRED's market Zillow has implemented its listing access standards? A. So the reason that I answered the way that I do is because when you say 'outside of MRED's market,' I don't know that Zillow has implemented anything outside of MRED's market. I don't recognize or maybe agree with you on what you think MRED's market is. My understanding and stance is that MRED is a global MLS. We have listings in all 50 states and many countries around the world."); Jensen Dep. 67:21-68:6 ("Q. What were you meeting with Mr. Reffkin about? A. So this, I think, was about -- as I previously mentioned, when Mr. Reffkin was on stage at Inman and talked about his desire to have a national MLS, he called me, and said 'Hey, I want to have a national MLS,' and I said 'I heard.' And I said 'I'm, you know, already a global MLS. I would love to increase.'").

[5] *Zillow Group, Inc., et al. v. Midwest Real Estate Data LLC, et al.*, Complaint, Case No: 1:26-cv-5451, May 12, 2026 ("Complaint") ¶ 5. ("The alliance allows Defendants to leverage MRED's Revised Rules to 'protect' Compass's PLN listings by forcing Zillow to display them nationwide, effectively neutering Zillow's ability to enforce the Standards anywhere in the U.S. As a Compass executive explained, the alliance goal is to 'prevent the rise of off-MLS databases,' such as pro-transparency competition from Zillow Preview.").

11. On April 23, 2026, there were nearly 6.5 million MRED listings in this dataset, most of which were historic sold and off-market listings. There were 37,198 active for-sale listings. The data show that nearly all of MRED's active for-sale listings—around 99.98%—are in its primary service area. The large majority of MRED's active listings (79.46%) were in the Chicagoland area as defined by Zillow.[6]

12. These data confirm the conclusion I reached in the Wu Declaration that buyers and buyer agents searching for homes in Chicagoland and the rest of MRED's primary service area know that MRED has the comprehensive set of properties listed in MRED's primary service area.[7] For the same reason, sellers and their agents who are selling properties in MRED's primary service area also know that they will get the broadest exposure for their properties if they list their property on MRED.[8] As with other MLSs in their own geographic regions, MRED creates significant indirect network effects in Chicagoland and the rest of its primary service area, which benefits buyers, sellers, and the real estate professionals that serve them.

13. Conversely, outside of its primary service area MRED has virtually no presence, and thus is not operating as an MLS in any other region in a meaningful way. As of April 23, 2026, there were only seven active for-sale property listings on MRED outside of its primary service area.

## B. MRED's Expansion of Listings Outside its Primary Service Area Is Largely Comprised of Compass's Former Private Listings

14. To examine MRED's expansion between April 24 and June 3, 2026, I analyze data on MRED's listings outside its primary service area. These data were compiled from MRED's listing data feed to Zillow, and contain information on the property address, the date the property was first listed on MRED, the brokerage office that listed the property, which other MLSs (if any) the property was listed on, whether the property was previously listed on a private listing network, and whether the property was previously blocked from appearing on Zillow due to violating the Standards.

---

[6] Declaration of Tim Hunt, ECF No. 25 ("Hunt Decl."), ¶ 7.b. I note that Compass was the listing agent for 25.71% of MRED listings in the Chicagoland area, 23.17% of listings in MRED's traditional state footprint, and one of the seven listings outside of MRED's primary service area.

[7] Wu Declaration ¶ 117.

[8] Wu Declaration ¶ 117.

15. The data show two things. First, the expansion has been minimal. MRED added only 209 listings from outside its primary service area.

16. Second, I find that of the 209 new MRED listings from outside MRED's primary service area, 201 (96.17%) are from agents associated with a Compass brokerage office. Only eight listings were from a brokerage other than Compass.[9] These data are consistent with an internal MRED document, which states that 32 new offices outside the state of Illinois joined MRED between April 24 and May 14, and that 27 of these 32 offices were associated with Compass.[10] As of June 3, 2026, none of the non-Compass offices named in this document have listed a property on MRED that was outside of MRED's primary service area. Thus, it appears that MRED's "expansion" was not meaningful.

17. Third, not only are the new out-of-area listings predominantly Compass listings, but they also are largely comprised of Compass's former private listings. Here, the data show that 77.03% (161) of the 209 new out-of-area MRED listings were formerly Compass private listings, and all but two of these were previously blocked by Zillow for violating the Standards. This share of Compass private listings is much higher than the share observed in MRED's primary service area. For example, in May 2026 the percentage of current or former Compass private listings in MRED's primary service area was 3.77%.[11] Thus, the data indicate that MRED's expansion is principally the vehicle by which Compass, through its alliance with MRED, is aiming to "protect and safeguard agents who participate in [MRED's] PLN from being banned or penalized by third party portals and IDX feed recipients."[12] This conclusion is supported by documents indicating that Compass was prioritizing adding agents to MRED who had received warnings from Zillow for violating the Standards,[13] and that once MRED suspended its listings feed to Zillow, Compass was communicating to its agents that "for now,

---

[9] Those brokerage offices are Bartz Realty LLC, Berkshire Hathaway HomeServices Chicago, Bockenfeld & Associates Inc., MR. LANDMAN, Tri-State Realty, and Zanger & Associates, Inc. Six of the eight listings are in Missouri or Michigan (states that border MRED's primary service area), and the remaining two are multifamily properties.

[10] MRED-Z-0006850.

[11] Hunt Decl. ¶ 10. There were 34,657 MRED listings in this snapshot, of which 1,308 were or formerly were on the Compass private listing network ("PLN") (181 were on the Compass PLN and 1,127 were on both the Compass PLN and the MRED PLN).

[12] Samuelson Decl., Exhibit V.

[13] COMPASS 0037647-48.

we don't believe that entering your listings into MRED will offer additional protection for your listings that start as a Private Exclusive."[14] Consistent with this document, Compass did not appear to invest in MRED's national expansion beyond the limited purpose of securing this protection. Rather, evidence suggests that Compass quickly abandoned or did not follow through with its announced intention to subsidize 100,000 agents joining MRED.[15]

18.     Moreover, the data also does not support MRED's statement that its expansion was part of a strategy to grow into a national MLS. If MRED truly was aiming to become a national MLS (or to be a viable MLS in a geography outside its primary service area), then one would expect to see some evidence that MRED has been targeting or aiming to add subscribers (i.e., brokerages) from outside its primary service area. However, there is no such quantitative evidence. I found that as of June 3, 2026, no new brokerage offices from outside MRED's primary service area have started subscribing to MRED and listing on MRED a property located outside of MRED's primary service area. That is, since April 24, 2026, all of the agents joining MRED from outside of MRED's primary service area and listing properties with MRED are Compass agents.[16] Thus, if MRED's true goal is to become a national MLS that has listings outside its primary service area, then the data show that MRED has not made any progress. Indeed, MRED's CEO Rebecca Jensen testified that she was unaware of how many Compass agents have joined as a result of the alliance and that she had "no directional sense how many Compass agents" had even joined.[17]  The data, however, are consistent with Zillow's allegations

---

[14] COMPASS 0040039.

[15] Jensen Dep. 82:18-23 ("Q. To this day has Compass actually subsidized the MRED membership fees for any Compass agents? MR. CARSON: Objection to form. BY THE WITNESS: A. I would have no knowledge of that."); Broude Dep. 137:22-138:8 ("Q. And based on Scott's email, is it your understanding that within Compass, it had not yet arrived upon an actual approach for the Compass subsidy? A. Well, I'm not 100 percent sure about the timing. As I said, I would not call this a subsidy, but I do not believe on this date, April 28, that there was any formalization or process in which we would help mitigate the costs for agents who had an interest in joining an association to get the MLS services."); COMPASS_0036039.

[16] Lillian Dickerson and Amie Fisher, "MRED opens access to all agents — with Compass the first to join," *Real Estate News*, April 24, 2026, https://www.realestatenews.com/2026/04/24/mred-opens-access-to-all-agents-with-compass-the-first-to-join (accessed May 11, 2026).

[17] Jensen Dep. 83:3-15 ("Q. Well, how many Compass agents have joined MRED as a result of this partnership? A. I don't know. Q. A hundred thousand? A. I doubt it. Q. 50? A. I don't know. Q. You have no directional sense how many Compass agents have joined? MR. CARSON: Objection to form, asked and answered. BY THE WITNESS: A. No.").

that a key purpose of MRED's alliance with Compass is to find a way to force Zillow to publish its private listings and to abandon enforcement of its Standards in Chicagoland and nationally.

## C. For an Out-of-Area Property, Listing on MRED Is Not A Substitute for Listing on the Local MLS

19. The data also indicate that for a property not located in MRED's primary service area, agents are also listing the property on the local MLS. The data show that 95.69% of the MRED listings outside of MRED's primary service area are also listed on the local MLS. Contrast this with the behavior of listing agents in Chicagoland, where 98.2% of listings are available on MRED and no other MLS.[18] This indicates that listing agents outside of MRED's primary service area do not view MRED as a substitute for their local MLS.

20. This is unsurprising. As I explained in the Wu Declaration, the market for brokerage services is local in nature, with brokers and agents helping consumers to buy and sell homes in a specific geographic region.[19] Sellers and brokers list their properties on the local MLS because that is where the interested buyers are, and buyers and buyer agents use the local MLS because that is where the relevant listings are.[20] MRED offers no network effects or other advantages to agents seeking to sell a home outside of MRED's primary service area.[21]

## D. Non-Chicagoland Compass Agents Are Using MRED to List Their Failed Private Listings

21. On May 6, 2026, MLS Grid contacted Zillow about nine listings that violated the Standards and were thus not displayed on Zillow or Trulia, stating that Zillow's enforcement of the Standards for these listings was a violation of MLS Grid IDX rules.[22] All nine of these listings were outside of MRED's primary service area (7 in Florida, 1 in Georgia, and 1 in California) and came from four Compass listing agents. I gathered information on these nine

---

[18] Hunt Decl. ¶ 9.

[19] Wu Declaration ¶ 101.

[20] Wu Declaration ¶ 117.

[21] Wu Declaration ¶ 117.

[22] Samuelson Decl., Exhibit X. MRED contacted Zillow directly about a subset of these listings as well. *Id.* Exhibit W.

listings and other listings or co-listings by these agents from online sources (see Exhibit A), and investigated these listings in depth.

22. First, I found that all nine of the properties listed on MRED were also listed on the listing agent's local MLS, indicating that these agents do not view MRED alone as an effective MLS in their local area.

23. Second, since April 24, 2026, the four Compass agents responsible for these nine listings have listed or co-listed at least 21 additional properties on their local MLSs. None of these 21 listings appear on MRED. This indicates that these agents are only using MRED to market their former private listings that violate the Standards.

24. Third, for four of the nine listings cited by MLS Grid, the listing agents did not submit updates on price or listing status for their MRED listings or submitted them late, while keeping their local MLS listing up to date.[23] This is an indication that these agents do not view their MRED listings as an important marketing tool nor an effective channel for conveying accurate listing information to prospective buyers.

25. The nine listings cited in the MLS Grid emails to Zillow and the other 21 listings listed or co-listed by the four Compass agents since April 24, 2026 are presented in **Table 1**.[24]

---

[23] The MARMLS listing for 130 NE 45th Street, Miami FL shows a price change on May 20, but the MRED listing was not updated until May 23. The Beaches MLS listing for 3010 Hampton Circle, Boca Raton FL shows a price change on May 16, but as of June 5 the MRED listing has not been updated with the new price. The MARMLS listing for 2614 Castilla Isle, Fort Lauderdale FL shows the property as pending as of May 21, but as of June 5 the MRED listing had not been updated to reflect this. The FMLS and GAMLS listings for 3224 Chipping Wood Street, Alpharetta GA show the property as pending on April 22, relisted on April 24, and pending again on June 4, but as of June 5 MRED had not been updated to reflect any of this information. The MRED listing for the Chipping Wood property also states that each room is one square foot – this was intended to be a temporary workaround to comply with MRED's requirement that listings report the square footage of each room (see MRED-Z-0023278), but as of June 5 the MRED listing has not been updated with accurate information.

[24] Non-MRED MLS listings were identified through each agent's Compass web page. Listing data sources are provided in the "Web Pages" section of Exhibit A.

**Table 1. MLS Listings by the Four Compass Agents Responsible
for the MRED Listings Cited by MLS Grid**

| Compass Listing Agent | Address | The Agent's MRED Listing and Date | The Agent's Local MLS | The Agent's Local MLS Listing and Date |
|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) |
| Elliot Koolik | 10223 Boca Vista Dr, Boca Raton, FL | May 6, 2026 | Beaches MLS | March 30, 2026 |
| Elliot Koolik | 10215 Boca Woods Ln, Boca Raton, FL | April 21, 2026 | Beaches MLS | April 20, 2026 |
| Elliot Koolik | 3010 Hampton Cir, Boca Raton, FL | April 26, 2026 | Beaches MLS | April 25, 2026 |
| Elliot Koolik | 4545 N Ocean Blvd Unit 18d, Boca Raton, FL | -- | Beaches MLS | May 4, 2026 |
| Elliot Koolik | 6558 Sand City Way, Delray Beach, FL | -- | Beaches MLS | May 18, 2026 |
| Elliot Koolik | 4201 N Ocean Blvd Unit 1801, Boca Raton, FL | -- | Beaches MLS | May 22, 2026 |
| Elliot Koolik | 6263 NW 43rd Ter, Boca Raton, FL | -- | Beaches MLS | June 1, 2026 |
| Stefan Segal | 2614 Castilla Isle , Fort Lauderdale, FL | April 20, 2026 | MARMLS | April 20, 2026 |
| Stefan Segal | 130 NE 45th St, Miami, FL | April 24, 2026 | MARMLS | April 24, 2026 |
| Stefan Segal | 412 NW 47th St, Miami, FL | April 25, 2026 | MARMLS | April 25, 2026 |
| Stefan Segal | 536 NW 48th St, Miami, FL | April 28, 2026 | MARMLS | April 28, 2026 |
| Stefan Segal | 280 NW 47th St, Miami, FL | -- | MARMLS | May 18, 2026 |
| Stefan Segal | 111 NW 53rd St, Miami, FL | -- | MARMLS | May 29, 2026 |
| Stefan Segal | 121 NW 53rd St, Miami, FL | -- | MARMLS | May 29, 2026 |
| Brad Poole | 3224 Chipping Wood St, Alpharetta, GA | April 13, 2026 | FMLS, GAMLS | April 16, 2026 |
| Brad Poole | 2015 Eagle Rdg, Roswell, GA | -- | FMLS, GAMLS | April 29, 2026 |
| Brad Poole | 130 Providence Oaks Pointe, Alpharetta, GA | -- | FMLS, GAMLS | April 30, 2026 |
| Brad Poole | 803 Rocky Ridge Ct, Canton, GA | -- | FMLS, GAMLS | April 30, 2026 |
| Brad Poole | 1940 Dinsmore Rd, Alpharetta, GA | -- | FMLS, GAMLS | May 5, 2026 |
| Brad Poole | 407 Windy Ridge Way, Canton, GA | -- | FMLS, GAMLS | May 6, 2026 |
| Brad Poole | 455 Majestic Cv, Alpharetta, GA | -- | FMLS, GAMLS | May 13, 2026 |
| Brad Poole | 4103 Woodland Ln, Alpharetta, GA | -- | FMLS, GAMLS | May 13, 2026 |
| Brad Poole | 550 Heron Run Ct, Alpharetta, GA | -- | FMLS, GAMLS | May 14, 2026 |
| Brad Poole | 805 Castile Ln, Woodstock, GA | -- | FMLS, GAMLS | May 15, 2026 |
| Brad Poole | 18568 Birmingham Hwy, Alpharetta, GA | -- | FMLS, GAMLS | May 27, 2026 |
| Brad Poole | 820 Glen Royal Dr, Roswell, GA | -- | FMLS, GAMLS | May 29, 2026 |
| Brad Poole | 5500 Sherrell Dr, Atlanta, GA | -- | FMLS, GAMLS | June 1, 2026 |
| Brad Poole | 1124 Bailiff Ct NE, Brookhaven, GA | -- | FMLS, GAMLS | June 2, 2026 |
| Shane Markland | 4130 Parva Ave, Los Angeles, CA | April 15, 2026 | TheMLS | April 15, 2026 |
| Shane Markland | 5513 Tuxedo Ter, Los Angeles, CA | -- | TheMLS | April 24, 2026 |

26.     These results further support the conclusion that MRED is not offering any real benefit to agents outside of MRED's primary service area, even for the four Compass listing agents who have put a few of their listings on MRED. Moreover, the analysis above reveals that the four Compass agents above are only using MRED to list their failed private listings, while placing all of their other listings solely on their local MLS.

## III. Homes Sold Through Compass's Private Listing Network Have Lower Sale Prices

27.     As I explained in the Wu Declaration, both home buyers and sellers benefit from thick and transparent real estate markets.[25] Home sellers want their homes to have the broadest exposure possible, because increased competition from a larger pool of buyers means higher sale prices.[26] In contrast, PLNs harm sellers by limiting the number of buyers that can access the sellers' for-sale listings, thereby decreasing demand for their homes, and this reduced demand frequently causes homes to sell for less.[27] In my declaration, I referenced three studies to support my conclusion that homes sold off the MLS typically have lower prices.[28]

28.     I have now reviewed additional data from Zillow that confirm the broad conclusion that PLNs (and Compass's PLN in particular) harm sellers by decreasing demand in a way that leads to lower sale prices. Specifically, I was able to obtain from Zillow agent-level data for residential real estate transactions in the United States for the period January 2022 through December 2025. From this dataset, I created a dataset covering all real estate transactions in this same time frame and geography.[29] I use this dataset to (a) test whether homes sold through Compass's PLN have lower prices compared to other homes and if so, (b) estimate how much lower those homes are selling for compared to homes that are not sold through Compass's PLN.

---

[25] Wu Declaration, ¶¶ 28-29. ("…real estate markets benefit from having a greater number of buyers and sellers, which leads to increased transactions and liquidity….thicker markets and higher liquidity promote market efficiency, meaning that transaction prices fairly reflect actual supply and demand conditions and that the time taken to close a mutually beneficial transaction is optimal.")

[26] Wu Declaration, ¶ 46. ("MLSs offer numerous benefits to their participants such as thicker markets (more buyers and sellers), faster matching, better price discovery and higher realized prices, and reduced information asymmetries that lower search costs and improve liquidity.")

[27] Wu Declaration, ¶ 147.

[28] See the three studies referenced in footnotes 169, 170, and 171 in the Wu Declaration, ¶ 147.

[29] Only single family homes, townhouses, condominiums, and co-ops were included in the data. Transactions with a sale price below $10K or above $10M, as well as new construction, auctions, foreclosures, quit claim deeds, and non-arm's length transactions were excluded, as were properties listed with zero or greater than 10,000 square feet, properties with fewer than 0.5 or more than 5 bathrooms, properties with more than 9 bedrooms, and properties built before 1900 or after 2025.

29.     The data that I analyze contain approximately 8.8 million transactions, of which 239,429 were in Chicagoland. These data include the date the property was first listed on the MLS, the date of the transaction, the sale price of the home, as well as the number of bedrooms and bathrooms, the square footage, and the year in which the home was built.  I also calculated a "pricing tier" for each home based on transaction price percentiles by metro area.[30]

30.     Homes that were likely sold on Compass's PLN were identified as transactions that (a) entered the MLS as sold or are recorded as sold within one day of being listed on the MLS, and (b) had a Compass agent representing the parties on both sides of the transaction.

31.     It is important to note that the set of homes sold on Compass's PLN are not broadly reflective of all homes sold on the MLS—for example, Compass tends to list a higher proportion of luxury properties than the proportion listed on the MLS as a whole. These differences must be accounted for in order to make an "apples-to-apples" comparison between homes sold on Compass's PLN and homes sold on the MLS. One way to do this is through a commonly accepted statistical technique known as "entropy balancing," which reweights the data in the "control" group to give it the same distribution of characteristics as the "treatment" group.[31]

32.     In this case, MLS sales are the "control" group and Compass PLN sales are the "treatment" group. I use entropy balancing to create weights for each MLS transaction based on the property's pricing tier and other characteristics (e.g., number of bedrooms, number of bathrooms, and year built) such that greater weight is placed on homes sold on the MLS that are similar to homes sold on Compass's PLN. The weights are created so that the weighted distribution of characteristics in the MLS data matches the distribution of characteristics in Compass's PLN, which ensures that my estimate of the difference in the sale price between

---

[30] The five pricing tiers are: bottom (lowest 5 percent), lower (5th to 35th percentile), middle (35th to 65th percentile), upper (65th to 95th percentile), and luxury (top 5 percent).

[31] Entropy balancing is a nonparametric approach to controlling for the effects of potentially confounding variables that does not rely on model assumptions, such as the assumption of linearity when including control variables in a multivariate regression. *See* Jens Hainmueller. 2012. "Entropy Balancing for Causal Effects: A Multivariate Reweighting Method to Produce Balanced Samples in Observational Studies." *Political Analysis* 20(1): 25-46.

Compass's PLN and the MLS is not biased by differences in other characteristics (e.g., number of bedrooms).

33.     Because I conducted this study for homes in Chicagoland and homes nationally, I created two datasets. One dataset is composed of homes in Chicagoland; the other dataset is composed of all homes nationally. I applied the entropy balancing technique separately to both datasets.

34.     To examine the differences between the price of homes sold on Compass's PLN and the price of homes sold on the MLS, both nationwide and in Chicagoland, I use multivariate regression analysis.  Multivariate regression analysis is a well-accepted statistical technique that estimates the relationship between a dependent variable and a set of independent variables.

35.     The dependent variable in the regression models that I estimate is the natural log of the sale price of the home. I transform the sale price with the natural log to produce a more normal distribution from the skewed sale price data (a small number of very expensive homes create a long tail to the right), improving my ability to reliably fit the regression model to the data. The log transformation also allows me to interpret the regression coefficient on the Compass PLN effect (described below) as an approximate percentage change.

36.     The hypothesis I wish to test is whether a sale on Compass's PLN leads to a higher or lower sale price for the home compared to other comparable homes. I capture this by defining a categorical variable (also called a "dummy variable") that identifies whether the transaction took place on Compass's PLN or on the MLS. The estimated regression coefficient on this variable will give me the approximate percentage difference in price for sales on the Compass PLN as compared to sales on the MLS.

37.     There are many other factors that can affect the price of a home, and a regression model allows one to control for the effects of these factors so that we can get a better estimate of the benefit (or loss) to a home seller if they sell their house through Compass's PLN. Thus, in the regression models that I estimate, I also include a number of property-level characteristics as control variables: the number of bedrooms, the number of bathrooms, the square footage of the home (in thousands of square feet), and the year in which the home was built. Sale prices may

14

also be affected by (a) local and macroeconomic conditions, which may change over time and across neighborhoods, (b) seasonality, and (c) unobserved local geographic attributes. Thus, I also include in my regression model categorical variables (known as "fixed effects") for each month-year and for each zip code in the data. The results from estimating the regression models nationwide and for Chicagoland are presented in **Table 2**.[32]

**Table 2. Regression Analysis of Compass PLN Sales Prices Compared to Sale Prices of Other Comparable Homes**

|  | Nationwide | Chicagoland |
| --- | --- | --- |
|  | (a) | (b) |
| Compass PLN Sale | -0.048 *** | -0.040 *** |
|  | (0.000) | (0.001) |
| Number of Bedrooms | 0.077 *** | 0.126 *** |
|  | (0.000) | (0.001) |
| Number of Bathrooms | 0.115 *** | 0.166 *** |
|  | (0.000) | (0.001) |
| Square Footage (in 1000s of sq. ft.) | 0.267 *** | 0.173 *** |
|  | (0.000) | (0.001) |
| Year Built | 0.001 *** | 0.000 *** |
|  | (0.000) | (0.000) |
| Zip Code Fixed Effects | Yes | Yes |
| Month-Year Fixed Effects | Yes | Yes |
| Constant | 10.848 *** | 11.589 *** |
|  | (0.012) | (0.046) |
| Adjusted R-Squared | 0.793 | 0.803 |
| N | 8,846,004 | 239,294 |

38.     In both cases, I find that homes that are sold on Compass's PLN sold for lower prices than similar homes sold on the MLS. Specifically, I find that nationwide, the sale prices for homes sold on Compass's PLN are lower by approximately 4.8 percent compared to similar homes, and that in Chicagoland, the sale prices for homes sold on Compass's PLN are lower by approximately 4 percent compared to similar homes sold.

---

[32] The dependent variable in each regression is the natural log of the sale price of the home. "***" indicates coefficients that are statistically significant at the $p<0.01$ level. All MLS sale observations were weighted using the entropy weights described above. Data source: TRX 2022-003.csv, TRX 2023-002.csv, TRX 2024-001.csv, TRX 2025-004.csv.

39.     The regression analysis above confirms the conclusion that home sellers do, in fact, get lower prices for their homes when they sell their property on Compass's PLN. The empirical finding that home sellers are harmed by Compass's private listing network is not surprising given that homes sold through private listing networks are sold in a market process that is thinner, less transparent, and attracts fewer potential buyers than the MLS.

## IV.     New, Up-to-Date Listings Are Critically Important to Zillow

40.     As I explained in the Wu Declaration and as Zillow executives have recently testified, up-to-date listings are of critical importance for Zillow and consumers and access to these listings is a key objective of  Zillow's Standards and Zillow Preview.[33]

41.     Home buyers want to see the newest, "freshest" listings on Zillow because having information on the most-up-to-date inventory possible allows them to act quickly on the homes that are relevant to them.[34]  Moreover, buyer interest and engagement over the newest listings are valuable to Zillow because new listings on Zillow's platform generate connections for agents and brokerages. [35] Conversely, stale listings reduce the quality of Zillow's platform and undermine buyer trust in the platform because Zillow is no longer "the place where all the listings are freely available when they are most freshly available"[36]—thus reducing Zillow's value.[37]  If fewer buyers use Zillow, it will be a less valuable source of leads for buyer agents—

---

[33] Hofmann Dep. 37:21–38:11.

[34] Wu Declaration ¶ 60 ("Buyers in particular rate Zillow highly for providing comprehensive, up-to-date, and trustworthy market information. These buyers find new property listings on Zillow to be especially valuable, as they want to see the most up-to-date inventory and act on homes relevant to their search as soon as possible."); Hofmann Dep. 41:22–24 ("[T]he listings that are the freshest are the ones that are most appealing to consumers to see."); Samuelson Dep. 141:22–142:1 ( "[A] fresh listing is a listing that has just come on the market. There's a lot of buyer interest in that because here's a new opportunity, potentially in the neighborhood I'm looking at.").

[35] Wu Declaration ¶ 60 ("The increased interest and engagement with newer listings makes them more likely to generate connections for agents and brokerages and thus are more valuable for Zillow's platform.")

[36] Hofmann Dep. 38:3–38:5.

[37] Wu Declaration ¶ 60 ("If Zillow were to accept stale and misleading listings, such as those that were initially privately marketed by brokerages, the result would be lower buyer trust in the platform, which would undermine Zillow's value proposition to users.").

16

leading Zillow users to turn elsewhere for business and thus hurting Zillow's revenues.[38] Fresh listings are therefore significantly more valuable than stale listings to both Zillow and its users, and a "downward spiral" affecting Zillow is at risk of beginning when these "fresh listings…are not available to Zillow."[39]

42.     I have now reviewed additional data from Zillow that confirm these conclusions. Zillow has provided me with data on user engagement per listing for all listings that were "on-market" in April 2026. User engagement was measured by average daily "Home Details" page views per active listing, which is the way Zillow tracks such engagement in the ordinary course of business. The higher the number of page views, the higher the level of engagement or interest in the property. I have used these data to calculate average daily page views per listing by days on market. I present this calculation in **Figure 1.**[40]

**Figure 1. For-Sale Home Details Page Views per Listing per Day by Days on Market**



---

[38] Wu Declaration ¶ 60 ("And if substantially fewer buyers were to use Zillow, buyer agents would find it a less important source of leads (and other agent tools that facilitate transactions) and search for business elsewhere, directly harming Zillow's revenues.").

[39] Hofmann Dep. 163:23-24, 164:7-8.

[40] These data cover all for-sale, MLS-sourced active listings on Zillow only (other brands are excluded), that went on market in April 2026. Page views are measured as Home Details Page views (also referred to as for-sale Home Details Page views, or "FSHDPPV").  Source: "Engagement per Listing by Days on Market," June 12, 2026, Appendix A.

43.     Figure 1 shows that average daily page views are at their highest when the listing is new, as measured by days on market. This confirms that home buyers are most interested in seeing and getting up-to-date information about the newest properties that are on the market. The chart also shows that buyer interest wanes as listings sit on the market. For example, properties that are new to the market (e.g., have been on the market for two days or less have over 100 page views per day. Properties that have been on the market for more than a week (e.g., seven days) see their average number of page views fall below 40 page views per day. The sharp decline in page views, which ultimately appears to settle somewhere under 30 page views per day after the property has been on the market for two weeks reinforces my conclusions that fresh listings are more valuable to home buyers than listings that are older or have been on the market longer. Zillow's Standards and Zillow Preview are therefore both critical competitive strategies to ensure that Zillow has access to fresh listings by incentivizing sellers and agents to broadly market their listings from the outset.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of June 2026.

Lawrence Wu, Ph.D.

18

# EXHIBIT A

## Materials Relied Upon by Lawrence Wu, Ph.D.

**Bates Stamped Documents**

COMPASS 0037647-48

COMPASS_0036039

COMPASS 0040039

MRED-Z-0006850

MRED-Z-0023278

**Declarations**

Declaration of Errol Samuelson in Support of Plaintiffs' Motion for Preliminary Injunction, *Zillow Group, Inc., et al. v. Midwest Real Estate Data LLC, et al.*, Case No. 1:26-cv-5451 (N.D. Ill.).

Declaration of Tim Hunt in Support of Plaintiffs' Motion for Preliminary Injunction, *Zillow Group Inc., et al. v. Midwest Real Estate Data LLC, et al.*, Case No. 1:26-cv-5451 (N.D. Ill.).

Declaration of Lawrence Wu in Support of Plaintiffs' Motion for Preliminary Injunction, *Zillow Group, Inc., et al. v. Midwest Real Estate Data LLC, at al.*, Case No. 1:26-cv-5451 (N.D. Ill.).

**Depositions**

Deposition of Fran Broude, taken June 9, 2026.

Deposition of Jeremy Hofmann, taken June 10, 2026.

Deposition of Rebecca Jensen, taken June 11, 2026.

Deposition of Errol Samuelson, taken June 11, 2026.

**Court Filings**

*Zillow Group, Inc., et al. v. Midwest Real Estate Data LLC, et al.*, Complaint, Case No: 1:26-cv-5451, May 12, 2026.

**Zillow Data and Documents**

"Engagement per Listing by Days on Market," June 12, 2026.

"LAS – Out of Area added to MRED.xlsx"

A1

"mred_listings.csv"

"TRX 2022-003.csv"

"TRX 2023-002.csv"

"TRX 2024-001.csv"

"TRX 2025-004.csv"

**Publicly Available Documents**

Lillian Dickerson and Amie Fisher, "MRED opens access to all agents — with Compass the first to join," *Real Estate News*, April 24, 2026, https://www.realestatenews.com/2026/04/24/mred-opens-access-to-all-agents-with-compass-the-first-to-join (Accessed May 11, 2026).

Jens Hainmueller. 2012. "Entropy Balancing for Causal Effects: A Multivariate Reweighting Method to Produce Balanced Samples in Observational Studies." *Political Analysis* 20(1): 25-46.

MRED, *2026 Annual Report*. https://www.mredllc.com/comms/resources/2026-little-book-of-mred.pdf (Accessed May 14, 2026).

**Web Pages**

"10215 Boca Woods Ln, Boca Raton FL." https://www.redfin.com/FL/Boca-Raton/10215-Boca-Woods-Ln-33428/home/42118934 (Accessed June 4, 2026).

"10223 Boca Vista Dr, Boca Raton FL." https://www.redfin.com/FL/Boca-Raton/10223-Boca-Vista-Dr-33498/home/42585044 (Accessed June 4, 2026).

"111 NW 53rd St, Miami FL." https://www.redfin.com/FL/Miami/111-NW-53rd-St-33127/home/42683501 (Accessed June 4, 2026).

"1124 Bailiff Ct NE, Brookhaven GA." https://www.redfin.com/GA/Brookhaven/1124-Bailiff-Ct-NE-30319/home/23846387 (Accessed June 4, 2026).

"121 NW 53rd St, Miami FL." https://www.redfin.com/FL/Miami/121-NW-53rd-St-33127/home/42684003 (Accessed June 4, 2026).

"130 NE 45th St, Miami FL." https://www.redfin.com/FL/Miami/130-NE-45th-St-33137/home/42691249 (Accessed June 4, 2026).

"130 Providence Oaks Pointe, Alpharetta GA." https://www.redfin.com/GA/Alpharetta/130-Providence-Oaks-Pointe-30004/home/24817391 (Accessed June 4, 2026).

"18568 Birmingham Hwy, Alpharetta GA." https://www.redfin.com/GA/Alpharetta/18568-Birmingham-Hwy-30004/home/23572680 (Accessed June 4, 2026).

"1940 Dinsmore Rd, Alpharetta GA." https://www.redfin.com/GA/Alpharetta/1940-Dinsmore-Rd-30004/home/24826905 (Accessed June 4, 2026).

"2015 Eagle Rdg, Roswell GA." https://www.redfin.com/GA/Roswell/2015-Eagle-Rdg-30076/home/40224375 (Accessed June 4, 2026).

"2614 Castilla Isle, Fort Lauderdale FL." https://www.redfin.com/FL/Fort-Lauderdale/2614-Castilla-Isle-33301/home/41801590 (Accessed June 4, 2026).

"280 NW 47th St, Miami FL." https://www.redfin.com/FL/Miami/280-NW-47th-St-33127/home/42688960 (Accessed June 4, 2026).

"3010 Hampton Cir, Boca Raton FL." https://www.redfin.com/FL/Boca-Raton/3010-Hampton-Cir-33434/home/42309723 (Accessed June 4, 2026).

"3224 Chipping Wood Ct, Alpharetta GA." https://www.redfin.com/GA/Alpharetta/3224-Chipping-Wood-Ct-30004/home/24665459 (Accessed June 4, 2026).

"407 Windy Ridge Way, Canton GA." https://www.redfin.com/GA/Canton/407-Windy-Ridge-Way-30114/home/144652709 (Accessed June 4, 2026).

"4103 Woodland Ln, Alpharetta GA." https://www.redfin.com/GA/Alpharetta/4103-Woodland-Ln-30009/home/24783150 (Accessed June 4, 2026).

"412 NW 47th St, Miami FL." https://www.redfin.com/FL/Miami/412-NW-47th-St-33127/home/42683443 (Accessed June 4, 2026).

"4130 Parva Ave, Los Angeles CA." https://www.redfin.com/CA/Los-Angeles/4130-Parva-Ave-90027/home/7136140 (Accessed June 5, 2026).

"4201 N Ocean Blvd Unit 18014, Boca Raton FL." https://www.redfin.com/FL/Boca-Raton/7536-Fenwick-Pl-33496/home/42234760 (Accessed June 4, 2026).

"4545 N Ocean Blvd Unit 18d, Boca Raton FL." https://www.redfin.com/FL/Boca-Raton/4545-N-Ocean-Blvd-33431/unit-18D/home/42667743 (Accessed June 4, 2026).

"455 Majestic Cv, Alpharetta GA." https://www.redfin.com/GA/Alpharetta/455-Majestic-Cv-30004/home/24778112 (Accessed June 4, 2026).

"536 NW 48th St, Miami FL." https://www.redfin.com/FL/Miami/536-NW-48th-St-33127/home/42688331 (Accessed June 4, 2026).

"550 Heron Run Ct, Alpharetta GA." https://www.redfin.com/GA/Alpharetta/550-Heron-Run-Ct-30004/home/24695579 (Accessed June 4, 2026).

"5500 Sherrell Dr, Atlanta GA." https://www.redfin.com/GA/Atlanta/5500-Sherrell-Dr-30342/home/24729667 (Accessed June 4, 2026).

A3

"5513 Tuxedo Ter, Los Angeles CA." https://www.redfin.com/CA/Los-Angeles/5513-Tuxedo-Ter-90068/home/7131899 (Accessed June 5, 2026).

"6263 NW 43rd Ter, Boca Raton FL." https://www.redfin.com/FL/Boca-Raton/6263-NW-43rd-Ter-33496/home/42304165 (Accessed June 4, 2026).

"6558 Sand City Way, Delray Beach FL." https://www.redfin.com/FL/Delray-Beach/6558-Sand-City-Way-33446/home/42593223 (Accessed June 4, 2026).

"803 Rocky Ridge Ct, Canton GA." https://www.redfin.com/GA/Canton/803-Rocky-Ridge-Ct-30114/home/23599879 (Accessed June 4, 2026).

"805 Castile Ln, Woodstock GA." https://www.redfin.com/GA/Woodstock/805-Castile-Ln-30188/home/185335976 (Accessed June 4, 2026).

"820 Glen Royal Dr, Roswell GA." https://www.redfin.com/GA/Roswell/820-Glen-Royal-Dr-30076/home/24595954 (Accessed June 4, 2026).

"Brad Poole Compass Agent Profile." https://www.compass.com/agents/brad-poole/ (Accessed June 5, 2026).

"Elliot Koolik Compass Agent Profile." https://www.compass.com/agents/elliot-koolik/ (Accessed June 4, 2026).

"Shane Markland Compass Agent Profile." https://www.compass.com/agents/shane-markland/ (Accessed June 5, 2026).

"Stefan Segall Compass Agent Profile." https://www.compass.com/agents/stefan-segall/ (Accessed June 5, 2026).