# DX509

# Zillow

# Compass/Anywhere Transaction – Impacts in Chicago Markets

October 27, 2025

Confidential

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109966

# Agenda

- The Compass-Anywhere Merger

- Impacts on Chicago Market

- Background on MRED & MLS Grid

- Zillow's Listing Access Standards

- Compass' Anti-Zillow PR Campaign to MRED (And Other MLSs)

- MRED Rule Changes

- MRED and MLS Grids' Conduct is Anticompetitive and Unlawful

CONFIDENTIAL

2

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109967

# Compass-Anywhere Merger

- The merger would combine the two largest residential real estate brokerages in the U.S.

    - Compass is the largest brokerage in the country, operating brands such as Compass, Christie's International Real Estate, and @properties

    - Anywhere is the second-largest brokerage in the country, operating Century 21, Coldwell Banker, Corcoran, ERA, Sotheby's International, and Better Homes and Gardens

- Zillow estimates the combined firm will possess about 20% share nationally, bringing together approximately 340,000 real estate professionals, but many local markets will be more concentrated

- Compass is the leading proponent of private listing strategies under which Compass withholds valuable listings from the marketplace

- By increasing Compass's scale substantially in many markets and nationally, the merger threatens to foreclose MLS's, brokers and agents from access to Compass/Anywhere listings via private listing strategies

- The merger also threatens to provide Compass/Anywhere with decisive influence in many local realtor associations and MLSs, threatening capture or large scale abandonment of these self-regulatory bodies

- To retain agents, the merger is likely to lead to further rapid consolidation of the brokerage industry as other brokers will need to match Compass's scale and imitate its private-listing strategy

CONFIDENTIAL

3

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109968

**DX509 - page 3 of 14**

# Impacts in Chicago Market

Zillow estimates that in the Chicago Metropolitan Statistical Area, the combined Compass/Anywhere entity would represent 27% of real estate transactions – the third-highest concentration among the top 30 U.S. markets.

- The combined entity would also represent nearly a quarter (24%) of all active real estate agents in Chicago, the highest concentration among the top 30 U.S. markets.

- In Chicago's top ten ZIP codes by volume, the combined entity would control nearly half (46%) of transactions.

- The combined entity would have 70% to 80% market share in large areas along the Chicago-region lake shore. In several areas surrounding Barrington, the combined entity would have a market share approaching 90%.



CONFIDENTIAL

4

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109969

# MRED

## *Midwest Real Estate Data (MRED) is the MLS serving Chicago and most of Illinois*

- More than 50k Brokers and over 200k residential listings yearly

- MRED is owned by a combination of brokers and associations





**Residential**

$45.16B
Transaction Volume

~237,000
New Listings

~114,000
Closed Sales

$320,000
Median Sale Price

10 days
Median Market Time

CONFIDENTIAL

5

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109970

**DX509 - page 5 of 14**

# MRED PLN

## *MRED has operated a Private Listing Network (PLN) since 2016*

- MRED connectMLS PLN is a private listings network that currently includes an estimated **1,600+ listings**

  - Listings can remain in PLN indefinitely – including through to sale – and days on market due not accrue

- PLN listings are not sent to third-party portals nor are they part of IDX/VOW listing distribution

  - Yet the listing broker is permitted to market their PLN listings exclusively on their own website

- Reportedly "revamped" in 2021, now enabling subscribers to share private listings designated as shareable directly with clients (previously, users had to take screenshots of the private listings, create a PDF file and then email them to clients)

**MRED launches revamped private listings network**

by Timothy Inklebarger · April 08, 2021



CONFIDENTIAL

6

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109971

# MLS Grid

## *MLS Grid is a platform for listings data distribution*

- MLSs may use MLS Grid at their discretion to distribute listings data

- Uses one uniform Data Licensing Agreement for IDX, VOW, and other vendor uses

- Ensures data is compliant with RESO and other standards

- Brokers using the MLS Grid have access to data only from the MLS where they hold participatory rights



**MAJOR ACCOMPLISHMENTS** Over 4,000 sites are powered by MLS Grid for MRED
TECHNOLOGY

Five new MLSs joined MLS Grid in 2024.

MLS Grid solves some of the biggest data management challenges MLSs face. This successful model serves more than 370,000 licensed agents from 32 MLSs which fuel nearly 72,000 websites and applications.

CONFIDENTIAL

7

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109972

# MLS Grid's Rules

- MRED distributes its IDX & VOW listings to portals and vendors, including Zillow, via MLS Grid and the uniform MLS Grid Data Licence Agreement

- Under the terms of the MLS Grid Data License Agreement, Zillow must abide by "MLS Grid Rules" – MLS Grid separately promulgates IDX & VOW access rules

- Currently, MLS Grid's "Criteria for Display" rule provides that the limitation of listings for display must be based on "objective criteria, including but not limited to … location, list price, type of property, or type of listing."

**LICENSE AGREEMENT AND RULES**

The MLS Grid uses ONE data license agreement to govern multiple use cases for MLS data. Below is our Master Data License Agreement and corresponding rules.

- MLS Grid Data License Agreement

**IDX RULES**

- IDX Rules

**VOW RULES**

- VOW Rules

**MLS GRID DATA LICENSE AGREEMENT**

This **AGREEMENT** ("Agreement") is made and entered into by and between MLS Technology Platform, LLC d.b.a. MLS GRID ("MLS GRID"), a Delaware limited liability company, Zillow, Inc. ("Vendor") and Paul Ciccone ("Participant"). Each of the foregoing is a "Party" and collectively the "Parties".

"**MLS GRID Rules**" means all rules, other than the Governing Documents, governing the use, maintenance, and display of MLS GRID Data, as may be changed by MLS GRID in its sole discretion.

**Criteria for IDX Display**

Member Participants may select the listings they choose to display through IDX based solely on objective criteria, including but not limited to factors such as geography or location, list price, type of property, or type of listing. Selection of listings displayed through IDX must be independently made by each Member Participant. If the Member Participant chooses to limit the display of any listings based on objective criteria, the Member Participant's IDX site must include a disclosure to consumers that clearly states "Some IDX listings have been excluded from this website."

CONFIDENTIAL

8

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109973

# Zillow's Listing Access Standards

- On April 10, Zillow adopted its LAS Policy:

  - "A listing publicly marketed to some buyers must be entered in the MLS within one business day and published on Zillow as well as other sites that receive MLS feeds. Listings that don't meet these standards won't be published on Zillow or Trulia for the life of the listing agreement between that listing broker and seller."

- LAS promotes transparency – proliferation of private listings obfuscates key listings metrics such as Days-On-Market and generally limits listings from public availability

- LAS enforcement has been rolling out in phases across U.S. markets, but has not yet been implemented in the MRED market

**APR 10, 2025**

### If a listing is online, it should be online everywhere: Zillow's new listing access standards

If a listing is marketed to any home shoppers, it should be marketed to all home shoppers.

**What's allowed under the listing access standards**

- True office exclusives are permitted when:
  - Homeowner signs a disclosure directing the agent not to place the listing in the MLS;
  - The listing is shared only within the listing brokerage and through 1:1 communication between agents and their individual clients; and
  - The listing is *not* marketed publicly in any way, including through a brokerage website, advertisements, or a private listing network that is promoted to consumers.
- Coming soon listings entered into the MLS within one business day and made available to all MLS participants via IDX or VOW.
- Posting a sneak peek of a listing on social media or in an email newsletter to buyers *as long as* it doesn't include details that could approximate a listing, like price and address, and doesn't include a call to action - like an invitation to tour the home or a callout to receive the link to the listing via a direct message.
- Listings placed in MLS where the seller opts out of all internet display so the home is shared with MLS participants but not published anywhere online.

**What's not allowed under the listing access standards**

Listings that are publicly marketed but not entered into the MLS and available via IDX or VOW within one business day of being publicly marketed.

CONFIDENTIAL

9

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109974

**DX509 - page 9 of 14**

# Compass' Anti-Zillow PR Campaign to MRED (And Other MLSs)

- On June 23, 2025 Compass filed an antitrust lawsuit challenging Zillow's Listing Access Standards. Surrounding the lawsuit filing, Compass CEO Robert Reffkin has engaged in a campaign of public statements criticising Zillow's LAS.

- On or about October 2, 2025, Zillow became aware that Compass CEO Robert Reffkin sent emails to many MLSs, urging them to terminate Zillow's data feeds, alleging that Zillow's LAS violates IDX rules.

- Zillow has not yet implemented the LAS in the MRED market, but has been in discussions with MRED.

- Zillow believes that MRED is (1) implementing new rules at the urging of Compass and (2) subjectively applying them to Zillow to benefit Compass.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPASS, INC.,

Plaintiff,

COMPLAINT

v.

JURY TRIAL DEMANDED

ZILLOW, INC., ZILLOW GROUP, INC.,
and TRULIA, LLC,

Defendants.

## Compass CEO Reffkin continues anti-Zillow social media blitz

Compass CEO Robert Reffkin has taken to Instagram and LinkedIn to further criticize Zillow's listing ban, saying the portal has leveraged off-market business tactics to bolster past ventures

CONFIDENTIAL

10

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109975

**DX509 - page 10 of 14**

# MRED Rule Change Proposals

On Oct. 15, 2025, MRED's CEO (and MLS Grid Chair) Rebecca Jensen threatened on a call with Zillow representatives that if Zillow rolls out the enforcement of its Listings Access Standards and does not display listings that are entered into the MRED PLN, then MRED would terminate Zillow's IDX/VOW feeds.

- MRED argues that Zillow's LAS policy would violate their new IDX rules because it allegedly discriminates amongst brokers/agents (e.g., targets specific brokerages that market private listings)

- That same day (Oct. 15th) MRED sent Zillow proposed redlines to their IDX and VOW rules (copied here). Proposed new language is added indicating that participants cannot exclude listings based "directly or indirectly" on a broker's identity.

- While this new language is proposed to apply to MRED only, it is consistent with NAR's existing IDX policy and guidance providing that participants may not make selections based on the identity of the listing broker or firm.

**Revised IDX Rule**

**Criteria for IDX Display**
Member Participants may select the listings they choose to display through IDX based solely on objective criteria, including but not limited to factors such as geography or location, list price, type of property, or type of listing. Exclusion criteria may not include, directly or indirectly, the identity of any Participant, brokerage firm, subscriber, licensee, or representative. Selection of listings displayed through IDX must be independently made by each Member Participant. If the Member Participant chooses to limit the display of any listings based on objective criteria, the Member Participant's IDX site must include a disclosure to consumers that clearly states "Some IDX listings have been excluded from this website." "Some listings have been excluded from this website." The IDX site may also identify the specific criteria used for exclusion (e.g., price range, property type, or location).

**Revised VOW Rule**

13. **Exclusion of Listings**
A Member Participants may select the listings they choose to display through VOW based solely on objective criteria, including but not limited to factors such as geography or location, list price, type of property, or type of listing. Exclusion criteria may not include, directly or indirectly, the identity of any Participant, brokerage firm, subscriber, licensee, or representative. Selection of listings displayed through VOW must be independently made by each Member Participant. If the Member Participant chooses to limit the display of any listings based on objective criteria, the Member Participant's VOW must include a disclosure to consumers that clearly states: "Some listings have been excluded from this website." The VOW may also identify the specific criteria used for exclusion (e.g., price range, property type, or location).
Participant's VOW may exclude listings from display based only on objective criteria, including, but not limited to, factors such as geography, list price, and type of property.

CONFIDENTIAL                                                                11

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109976

# Zillow's LAS Policy Does Not Violate MRED Rules

- As Zillow has explained to MRED on multiple occasions since April 2025, Zillow's decision not to display a listing on Zillow's platform because it violates the Listing Access Standards is based on objective criteria and is fully consistent with MRED's existing and proposed revised rules.

- Zillow applies objective criteria that relate to, at a minimum, the "type of listing": whether the listing was publicly marketed but not entered into the MLS for syndication to all MLS participants (through IDX and/or VOW feeds) within one business day.

- The decision to exclude a listing from display on Zillow's platform has nothing to do with, directly or indirectly, the identity of the agent or the brokerage that owns the listing. Zillow's Listing Access Standards are applied uniformly on a listing-by-listing basis to only the specific listings that violate the LAS, regardless of the identity of the listing agent or brokerage.

- Agents and brokerages are free to offer any mix of listings that do or not comply with the LAS, just as agents are free to offer listings at any price point or in any particular geography.

CONFIDENTIAL

12

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109977

# MRED and MLS Grids' Conduct is Anticompetitive

MRED's conduct is directly contrary to the Department of Justice's long-standing position that MLSs and their broker members should not be permitted to leverage their local dominance over listings creation and distribution to discriminate against—and undermine competition from—Internet-enabled brokerages and others with innovative real estate business models.

- Terminating Zillow's data feeds is in conflict with the spirit of NAR's 2008 consent decree with the Department of Justice, which settled claims brought by the DOJ challenging NAR policies that restricted provision of listings access as unlawful restraints of trade under Sherman Act Section 1.

- The consent decree forbade NAR from implementing rules that discriminated against brokers using VOWs with the goal of protecting consumers and competition by ensuring the internet-enabled brokerages could compete with traditional brokerages on equal terms.

<u>Antitrust harm to consumers</u>

As a result of MRED and MLS Grids' conduct, consumers will have vastly reduced access to listings on Zillow and other portals which adopt LAS-like policies. This will lead to a reduction in competition in the market for displaying listings.

CONFIDENTIAL

13

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109978

# MRED & MLS Grids' Conduct Violates Antitrust Law

Sherman Act Section 1

- Group Boycott

- Unreasonable Restraint of Trade

Sherman Act Section 2

- Monopolization (Exclusionary Conduct)

- Refusal to Deal

CONFIDENTIAL

14

CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

ZG-MC-00109979

**DX509 - page 14 of 14**