# DX533



# Multiple Listing Options for Sellers

 Share

After many months of analysis and deliberation across the industry—including MLS leadership; Association Executives; brokerages of all sizes; agents; multi-cultural partners; and fair housing, policy, technology, and legal experts—NAR has adopted a new MLS policy, Multiple Listing Options for Sellers, which exists in conjunction with the Clear Cooperation Policy and other MLS policies to provide sellers and their agents more options and choice when marketing a property, while also supporting fair housing by providing buyers and their agents with equal access to important MLS property information.

**VIDEO:** *NAR President Kevin Sears discusses details of the new MLS policy, including how it came to be and how it will benefit consumers.*

## New MLS Policy Statement

### Multiple Listing Options for Sellers

**Office Exclusive:** Is an exempt listing where the seller has directed that their property not be disseminated through the MLS and not be publicly marketed. The office exclusive listing shall be filed with the MLS but not disseminated to other MLS Participants and Subscribers.

**Delayed Marketing:** Is an exempt listing where the seller has directed the listing broker to delay the public marketing of that listing through IDX and syndication for any period as allowed by the local MLS in its unfettered discretion. A delayed marketing listing shall be filed with the MLS and does not preclude the listing firm from marketing the listing in a manner consistent with their seller's choice.

**Exempt Listing Disclosure:** The filing of an exempt listing (office exclusive or delayed marketing) with the MLS must be pursuant to a certification obtained by the listing broker from the seller which includes:

- disclosure about the professional relationship between the Participant and the seller;
- acknowledgement that the seller understands the MLS benefits they are waiving or delaying with the exempt listing, such as broad and immediate exposure of their listing through the MLS; and
- confirmation of the seller's decision that their listing not be publicly marketed and disseminated by the MLS as an office exclusive listing or that their listing will not have immediate public marketing through IDX and Syndication as a delayed marketing listing.

**DX533 - page 1 of 7**

Multiple Listing Options for Sellers requirements only apply to listing types that are subject to mandatory submission pursuant to the MLS local rules.

## With this new policy:

- A consumer will have the option to market their home as a "delayed marketing exempt listing." This means a seller can instruct their listing agent to delay the marketing of their listing by other agents outside the listing firm through IDX and syndication for a period of time.
- During the delayed marketing period, the home seller and the listing agent can market the listing in a manner consistent with the seller's needs and interests. At the same time, the delayed marketing exempt listing will still be available to other MLS Participants through the MLS platform so they can inform their consumers about the property.

- Each MLS will have discretion to determine a delayed marketing period that is most suitable for their local marketplace.
- Listing agents representing sellers who choose to delay the public marketing of their listing must secure from their seller a signed disclosure documenting the seller's informed consent to waive the benefits of immediate public marketing through IDX and syndication. Seller disclosure is required for both delayed marketing exempt listings and office exclusive exempt listings.

NAR is also clarifying its policy interpretation that one-to-one, broker-to-broker communications about listings do not trigger CCP requirements. However, multi-brokerage communications about a listing will constitute public marketing under CCP. The Multiple Listing Options for Sellers policy is effective March 25, 2025, and must be implemented by September 30, 2025, allowing for technical changes associated with this new seller option of delayed marketing exempt listings. Prior to local implementation, MLSs are encouraged to engage with their brokers and stakeholders to gather input on the flexibility and accommodations consumers need in their local market. **Please note that the new policy does not change an MLS's local mandatory submission deadlines or CCP and its requirement to file a listing with the MLS within one (1) business day from public marketing.**

DX533 - page 2 of 7



Download ⬇ pdf | png

## Multiple Listing Options for Sellers FAQs

Download PDF ›

### Delayed Marketing Exempt Listings

*Overview*

Expand All

| | |
|---|---|
| 1. What was the result of NAR's evaluation of Clear Cooperation Policy (CCP)? | + |
| 2. What is the Multiple Listing Options for Sellers policy? | + |
| 3. Has CCP changed? Is it still in effect? | + |
| 4. Is a delayed marketing exempt listing the same thing as an office exclusive? | + |
| 5. Who benefits from the new delayed marketing listing option and the clarifying interpretation of one-to-one, broker-to-broker communications? | + |
| 6. Who has the authority to decide whether to delay marketing of a listing? | + |
| 7. How long is the delayed marketing window and who determines it? | + |

**DX533 - page 3 of 7**

8. Why is NAR not mandating a specific length for the delayed marketing window? +

9. How is "days on market" defined? +

10. Does the time period during which a listing's marketing is delayed count toward days on the market? +

11. Does an MLS have to show price change history of a delayed marketing exempt listing while in this status? +

12. How does the new delayed marketing exempt listing time period impact the mandatory submission requirements of the local MLS? +

13. Is a delayed marketing exempt listing available for other MLS Participants and Subscribers and their consumers to view and access during the delayed marketing period? +

14. Can a broker share information about a delayed marketing exempt listing with their consumer during the delayed marketing period? +

15. Can an MLS share delayed marketing exempt listings through a Brokerage Backoffice Feed or through consumer-oriented vehicles (email, list sheet)? +

16. Can an MLS show a delayed marketing exempt listing on their public-facing website? +

17. Can an MLS repurpose an existing MLS field or function to satisfy the requirements of the new delayed marketing exempt listing? +

18. Can an MLS prohibit showings for delayed marketing exempt listings? +

19. Can a seller and listing broker advertise their delayed marketing exempt listing on other websites, portals, social media, or elsewhere on the internet, in addition to the listing broker's website? +

20. Can a listing broker for a delayed marketing exempt listing put a yard sign on the property? +

21. Can an MLS Participant or Subscriber obtain an MLS data feed of their listing information and use it to display a delayed marketing listings on other websites or portals? +

22. Can an MLS Participant or Subscriber use the MLS's CRM software or other consumer-oriented vehicles? +

23. How is the delayed marketing exempt listing different from the option to opt-out of IDX and/or syndication? +

24. Can a seller still choose to market their property as an office exclusive? +

25. Can a seller choose to convert an office exclusive exempt listing to a delayed marketing exempt listing? +

26. Can a delayed marketing exempt listing be shown on a VOW display? +

**DX533 - page 4 of 7**

27. Can an MLS exclude delayed marketing listings from VOW data feeds? +

28. Should a delayed marketing exempt listing be considered an active listing? +

### Disclosure Requirements

Expand All

29. What terms are included in the disclosure certification required by the Multiple Listing Options for Sellers Policy Statement? +

30. Does the disclosure certification have to be included in the filing of a delayed marketing exempt listing? +

31. Who is responsible for developing the seller disclosures required for both office exclusive and delayed marketing exempt listings? +

### Timeline for Implementation

Expand All

32. When does the delayed marketing exempt listing option take effect? +

33. When will local MLSs announce the time period for marketing delays? +

34. Can an MLS implement the new MLS policy before September 30, 2025? +

35. What action do brokers who are REALTORS®, brokerage firms, and MLS executives need to take to comply with the new changes? +

### Implications for Members

Expand All

36. What do these changes mean for seller's brokers who are REALTORS® and/or MLS participants? +

37. What do these changes mean for buyer's brokers who are REALTORS® and/or MLS participants? +

38. What do these changes mean for brokerage firms? +

39. What do these changes mean for MLSs? +

**DX533 - page 5 of 7**

40. How will real estate professionals, consumers, and the industry as a whole benefit from these changes? +

### *Implications for Consumers*

Expand All

41. What do these changes mean for home sellers? +

42. Can any home seller choose to delay marketing of their listing? +

43. Why might a home seller choose to delay marketing of their listing? +

44. Can agents choose to delay marketing of a listing on behalf of the seller without seeking a seller's consent and disclosure? +

45. What do these changes mean for homebuyers? +

46. Can a delayed marketing exempt listing be shown to potential buyers during the delayed marketing period? +

## Evaluation of the Clear Cooperation Policy

### *Background on CCP*

Expand All

47. What is CCP? +

48. When was CCP originally implemented and why? +

49. Who is subject to CCP? +

50. What does it mean to publicly market a listing under CCP? +

51. Do one-to-one, broker-to-broker communications trigger the requirements of the Clear Cooperation Policy? +

### *Evaluation Process and Rationale*

Expand All

**DX533 - page 6 of 7**

52. Why did NAR evaluate CCP, and why now? +

53. What feedback did NAR receive on CCP? +

54. What are the consequences for not complying with national mandatory MLS policies? +







### New MLS Policy From NAR Expands Choice for Consumers

MARCH 25, 2025

The new policy will provide sellers and their agents more options and choice when marketing a property, while also supporting fair housing.

### MLS Clear Cooperation Policy

This policy is intended to bolster cooperation and advance the positive, procompetitive impacts that cooperation fosters for consumers.

### MLS Policy

Links and information regarding MLS policy.



**Headquarters**
430 N. Michigan Ave
Chicago, IL 60611-4087
800-874-6500

**DC Office**
500 New Jersey Avenue, NW
Washington, D.C. 20001-2020
202-383-1000

Green Business Benchmark°
Platinum Certified 2024

Newsletters

Careers

Advertise

Reprints

Additional Resources for Members & the Public

Privacy Policy

Accessibility Statement

Terms of Use

Contact Us

1.800.874.6500

Live Chat

Member Support is available Mon-Fri, 8am-5pm Central

Follow Us

**Also of Interest** MLS Clear Cooperation Policy Background on June 2025 Changes Summary of 2025 MLS Changes

© 2026 National Association of REALTORS®. All Rights Reserved.

NATIONAL ASSOCIATION OF REALTORS®

.realestate Your online presence made easy!

DX533 - page 7 of 7