## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Zillow Group, Inc., et al.

                            Plaintiff,

v.

                            Case No.: 1:26–cv–05451
                            Honorable John J. Tharp Jr.

Midwest Real Estate Data LLC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2026:

        MINUTE entry before the Honorable John J. Tharp, Jr: The Court acknowledges the plaintiff's motion [114] to file preliminary injunction hearing exhibits, provisionally filed on the docket [115], [116] and [117], under seal. The Court also acknowledges the defendants' motion [120] to file preliminary injunction hearing exhibit, provisionally filed on the docket [121], under seal. The Court accepts the parties' proposed briefing deadline of 7/27/2026 for the parties' responses to all motions to seal materials from the preliminary hearing and related briefs [120]. The parties' aforementioned exhibits, provisionally filed under seal, may remain on the docket under seal until the Court rules on the parties' respective motions to seal. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.