**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZILLOW GROUP, INC. and ZILLOW, INC., | Case No. 1:26-cv-05451 |
| *Plaintiffs*, | Judge: Hon. John J. Tharp, Jr. |
| v. | |
| MIDWEST REAL ESTATE DATA LLC, COMPASS, INC., and COMPASS ILLINOIS, INC., | |
| *Defendants*. | |

**DECLARATION OF BONNIE LAU IN SUPPORT OF PLAINTIFFS'
RESPONSE TO DEFENDANTS' POST-HEARING BRIEFS**

I, Bonnie Lau, hereby declare as follows:

1.      I am a partner at Wilson Sonsini Goodrich Rosati PC, counsel for Plaintiffs Zillow Group, Inc. and Zillow, Inc. ("Zillow" or "Plaintiffs") in this action.

2.      I submit this Declaration in support of Plaintiffs' Response to Defendants' Joint Post-Hearing Brief on Horizontal Group Boycott and MRED's Post-Hearing Brief on Monopolization. I have personal knowledge of the matters set forth in this declaration and could and would testify competently to them.

3.      Attached as Exhibit I is a true and correct copy of further excerpts of the deposition transcript of Robert Reffkin, taken on June 5, 2026.

4.      Attached as Exhibit J is a true and correct copy of further excerpts of the deposition transcript of Ronald McColly, taken on June 22, 2026.

//

//

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July, 2026.

*/s/ Bonnie Lau*
Bonnie Lau
