**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED

AUG 03 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SAN FRANCISCO CA 940

25 JUL 2026 PM 4 L

RETURN TO SENDER

quadient

FIRST-CLASS MAIL
IMI
$000.74
07/14/2026 ZIP 60604
043M31253314

US POSTAGE

26 CV 5451
# 124. 125
nefs

RETURN TO SENDER

☑ **BOX CLOSED**
**RETURN** TO ➡ **SENDER**



Dmitry Shkipin
325 Sharon Park Dr. #416
Menlo Park, CA 94025

1:26-cv-05451

1