**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Zillow Group, Inc., et al.
Plaintiff,
v.
Case No.: 1:26−cv−05451
Honorable John J. Tharp Jr.
Midwest Real Estate Data LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The parties' respective motions to seal [114] [120] [134] are granted. The plaintiff's exhibits, provisionally filed on the docket as [115], [116], [117], are under permitted to remain under seal. The defendant's exhibit, provisionally filed on the docket as [121], is permitted to remain on the docket under seal. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.